# TABLE OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Laura J. Lederer & Christopher A. Wetzel, *The Health Consequences of Sex Trafficking and Their Implications for Identifying Victims in Healthcare Facilities*, Annals of Health Law, Winter 2014 at 61. |
| 2 | Bill Analysis, C.S.H.B. 3446, Committee Report. |
| 3 | Declaration of Mario R. Dickerson |
| 4 | Declaration of Dr. Donna Harrison |
| 5 | Declaration of Dr. Jeffrey Barrows |
| 6 | Declaration of Dr. Quentin Van Meter |
| 7 | Declaration of Dr. Christina Francis |
| 8 | Declaration of Dr. Ingrid Skop |
| 9 | Declaration of Dr. Nancy Wozniak |
| 10 | Declaration of Dr. Steven A. Foley |
| 11 | Byron Calhoun, *The maternal mortality myth in the context of legalized abortion,* 80 The Linacre Quarterly 264 (2013). |
| 12 | *The FDA and RU-486: Lowering the Standard for Women's Health: Hearing Before the Subcomm. on Crim. Just., Drug Pol'y, & Hum. Res. of the H. Comm. on Gov't Reform*, 109th Cong. 4 (2006). |
| 13 | 2002 Citizen Petition of Am. Ass'n of Pro-Life Obstetricians & Gynecologists to U.S. Food & Drug Admin. (FDA) (Aug. 20, 2002). |
| 14 | FDA-Approved Label for Misoprostol (Cytotec) (Jan. 2017). |
| 15 | Maarit J. Mentula et al., *Immediate adverse events after second trimester medical termination of pregnancy: results of a nationwide registry study*, 26 Hum. Reprod. 927 (2011). |
| 16 | Marrit Niinimaki et al., *Immediate Complications After Medical Compared With Surgical Termination of Pregnancy*, 114 Obstetrics & Gynecology 795 (2009). |
| 17 | James Studnicki et al., *A Longitudinal Cohort Study of Emergency Room Utilization Following Mifepristone Chemical and Surgical Abortions, 1999-2015*, Health Servs. Rsch. & Managerial Epidemiology, Nov. 9, 2021. |

| 18 | Maarit Niinimaki, et al., *Comparison of rates of adverse events in adolescent and adult women undergoing medical abortion: population register based study*, BJM, April 20, 2011. |
|---|---|
| 19 | James Studnicki et al., *A Post Hoc Exploratory Analysis: Induced Abortion Complications Mistaken for Miscarriage in the Emergency Room are a Risk Factor for Hospitalization*, Health Servs. Rsch. & Managerial Epidemiology, May 20, 2022. |
| 20 | Katherine A. Rafferty & Tessa Longbons, *#AbortionChangesYou: A Case Study to Understand the Communicative Tensions in Women's Medication Abortion Narratives*. 36 Health Commc'n 1485 (2021). |
| 21 | Regulations Requiring Manufacturers to Assess the Safety and Effectiveness of New Drugs and Biological Products in Pediatric Patients, 63 Fed. Reg. 66,632 (Dec. 2, 1998). |
| 22 | New Drug, Antibiotic, and Biological Drug Product Regulations; Accelerated Approval, 57 Fed. Reg. 58,942 (Dec. 11, 1992). |
| 23 | FDA Letter to Population Council re: NDA (Feb. 18, 2000). |
| 24 | 2000 FDA Approval Memorandum to Population Council re: NDA 20-687 Mifeprex (mifepristone) (Sept. 28, 2000). |
| 25 | 2000 FDA Approval Letter for Mifeprex (mifepristone) Tablets (Sept. 28, 2000). |
| 26 | 2003 Citizen Petitioners' Response to Opposition Comments filed by The Population Council, Inc. and Danco Laboratories, LLC (Oct. 10, 2003). |
| 27 | 2016 FDA Letter to Am. Ass'n of Pro-Life Obstetricians & Gynecologists, Christian Medical & Dental Associations, and Concerned Women for America denying 2002 Citizen Petition, Docket No. FDA-2002-P-0364 (Mar. 29, 2016) (2016 Petition Denial). |
| 28 | Identification of Drug and Biological Products Deemed to Have Risk Evaluation and Mitigation Strategies for Purposes of the Food and Drug Administration Amendments Act of 2007, 73 Fed. Reg. 16,313, 16,314 (Mar. 27, 2008). |
| 29 | 2011 FDA Supplemental Approval Letter to Danco Laboratories, LLC (June 6, 2011). |
| 30 | 2011 REMS for NDA 20-687 Mifeprex (mifepristone) Tablets, 200mg (June 8, 2011). |
| 31 | 2016 FDA Letter to Danco Laboratories re: NDA 020687, Supp 20 (Mar. 28, 2016). |

| | |
|---|---|
| **32** | FDA, Center for Drug Evaluation and Research, Summary Review of Application Number: 020687Orig1s020 (March 29, 2016) (2016 Summary Review). |
| **33** | Beverly Winikoff, et al., *Extending Outpatient Medical Abortion Services Through 70 Days of Gestational Age*, 120 Obstetrics & Gynecology 1070 (2012). |
| **34** | Mary Gatter, et al., *Efficacy and safety of medical abortion using mifepristone and buccal misoprostol through 63 days*, 91 Contraception 269 (2015). |
| **35** | 2019 Citizen Petition of Am. Ass'n of Pro-Life Obstetricians & Gynecologists to FDA (Mar. 29, 2019). |
| **36** | 2019 FDA Abbreviated New Drug Application (ANDA) Approval Letter to GenBioPro, Inc. (Apr. 11, 2019). |
| **37** | 2019 FDA Supplemental Approval Letter to Danco Laboratories, LLC (Apr. 11, 2019). |
| **38** | 2020 Letter from Am. Coll. of Obstetricians & Gynecologists and Soc'y for Maternal-Fetal Med., to FDA about Mifepristone REMS (Apr. 20, 2020). |
| **39** | 2021 FDA Letter to Am. Coll. of Obstetricians & Gynecologists and Soc'y for Maternal-Fetal Med. about Mifepristone REMS (Apr. 12, 2021). |
| **40** | 2021 FDA Supplemental Approval Letter to Danco Laboratories, LLC (May 14, 2021). |
| **41** | 2021 Updated REMS for Mifepristone Tabets, 200mg (May 14, 2021). |
| **42** | 2021 FDA Center for Drug Evaluation and Research Director Patrizia Cavazzoni Letter to Dr. Graham Chelius (Dec. 16, 2021). |
| **43** | 2021 FDA Letter to Am. Ass'n of Pro-Life Obstetricians & Gynecologists and Am. Coll. of Pediatricians denying in part and granting in part 2019 Citizen Petition, Docket No. FDA-2019-P-1534 (Dec. 16, 2021) (2021 FDA Response). |
| **44** | Questions and Answers on FDA's Adverse Event Reporting System (FAERS), https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers. |
| **45** | Kathi A. Aultman et al., *Deaths and Severe Adverse Events after the use of Mifepristone as an Abortifacient from September 2000 to February 2019*, 26 Law & Medicine 3 (2021). |
| **46** | Christina A. Cirucci et al., *Mifepristone Adverse Events Identified by Planned Parenthood in 2009 and 2010 Compared to Those in the FDA Adverse Event Reporting System and Those Obtained Through the Freedom of Information Act*, 8 Health Servs. Rsch. & Managerial Epidemiology 1 (2021). |

| 47 | FDA, *FDA Adverse Event Reporting System (FAERS) Electronic Submissions.* |
| 48 | *Specifications for Preparing and Submitting Electronic ICSRs and ICSR Attachments* (April 2021). |
| 49 | Declaration of Dr. Tyler Johnson |
| 50 | Declaration of Dr. Regina Frost-Clark |
| 51 | Declaration of Dr. George Delgado |
| 52 | Declaration of Dr. Shaun Jester |