**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. FOOD AND DRUG ADMINISTRATION**, et al., <br><br> Defendants. | **Case No. 2:22-cv-00223-Z** |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS/**

**DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Alliance for Hippocratic Medicine, on behalf of itself, its members, and their members, and these members' patients; American Association of Pro-Life Obstetricians and Gynecologists, on behalf of itself, its members, and their patients; American College of Pediatricians, on behalf of itself, its members, and their patients; Christian Medical & Dental Associations, on behalf of itself, its members, and their patients; Shaun Jester, D.O., on behalf of himself and his patients; Regina Frost-Clark, M.D., on behalf of herself and her patients; Tyler Johnson, D.O., on behalf of himself and his patients; and George Delgado, M.D., on behalf of himself and his patients, provide the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1.  U.S. Food and Drug Administration

2.  Robert M. Califf, M.D., Commissioner of Food and Drugs, U.S. Food and Drug Administration

3.  Janet Woodcock, M.D., Principal Deputy Commissioner, U.S. Food and Drug Administration

4.  Patrizia Cavazzoni, M.D., Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration

5.  U.S. Department of Health and Human Services

6.  Xavier Becerra, Secretary, U.S. Department of Health and Human Services

7.  President Joseph Biden

8.  United States of America

9.  U.S. Postal Service

10. U.S. Department of Justice

11. U.S. Attorney Chad Meacham

12. Merrick Garland, Attorney General of the United States

13. The Population Council

14. Danco Laboratories, LLC

15. GenBioPro, Inc.

16. Chemical abortion drug providers

17. Distributors and sellers of chemical abortion drugs

18. American College of Obstetricians and Gynecologists

19. Society for Maternal-Fetal Medicine

20. National Abortion Federation and its members

21. Council of University Chairs of Obstetrics and Gynecology

22. New York State Academy of Family Physicians

23. SisterSong Women of Color Reproductive Justice Collective

24. Guttmacher Institute

25. Gynuity Health Projects

26. Columbia University, Mailman School of Public Health

27. Beverly Winikoff, M.D., M.P.H.

28. Elizabeth Raymond, M.D.

29. Princeton University, Office of Population Research

30. University of California, San Francisco, Bixby Center for Global
    Reproductive Health

31. Daniel Grossman, M.D.

32. Ushma Upadhyay, Ph.D, M.P.H.

33. University of California, Davis, Department of Obstetrics and Gynecology

34. Mitchell Creinin, M.D.

35. Melissa Chen, M.D., M.P.H.

36. American Civil Liberties Union

37. Planned Parenthood Federal of America and similarly situated abortion facilities

38. Mary Gatter, M.D.

39. Deborah Nucatola, M.D.

40. Alliance for Hippocratic Medicine and its members

41. American Association of Pro-Life Obstetricians and Gynecologists and its members

42. American College of Pediatricians and its members

43. Catholic Medical Association and its members

44. Christian Medical & Dental Associations and its members

45. Coptic Medical Association of North America and its members

46. Donna Harrison, M.D.

47. Jeffrey Barrows, M.D.

48. Quentin Van Meter, M.D.

49. Christina Francis, M.D.

50. Ingrid Skop, M.D.

51. Nancy Wozniak, M.D.

52. Steven Foley, M.D.

53. Shaun Jester, D.O

54. Regina Frost-Clark, M.D.

55. Tyler Johnson, D.O.

56. George Delgado, M.D.

57. Alliance Defending Freedom

58. Morgan Williamson, LLP

59. The Abortion Pill Rescue Network

Respectfully submitted November 18, 2022.

By: s/ *Erik C. Baptist*
ERIK C. BAPTIST, D.C. Bar No. 490159
ERIN MORROW HAWLEY, D.C. Bar No. 500782*
MATTHEW S. BOWMAN, D.C. Bar No. 993261
ERICA STEINMILLER-PERDOMO, FL Bar No. 118439
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
ebaptist@ADFlegal.org
ehawley@ADFlegal.org
mbowman@ADFlegal.org
esteinmiller@ADFlegal.org

JULIE MARIE BLAKE, VA Bar No. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

DENISE M. HARLE, GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE,
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dharle@ADFlegal.org

CHRISTIAN D. STEWART, TX Bar No. 24013569
MORGAN WILLIAMSON, LLP
701 S Taylor, Suite 400, LB 103
Amarillo, Texas 79101
Telephone: (806) 358-8116
Facsimile: (806) 350-7642
cstewart@mw-law.com

*Attorneys for Plaintiffs*
*\*Pro Hac Vice application forthcoming*