IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>Defendants. | Case No. 2:22-cv-00223-Z |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs the Alliance for Hippocratic Medicine, American Association of Pro-Life Obstetricians and Gynecologists, American College of Pediatricians, Christian Medical & Dental Associations, Dr. Shaun Jester, Dr. Regina Frost-Clark, Dr. Tyler Johnson, and Dr. George Delgado move for preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

As set forth more fully in the brief filed in support of this motion, injunctive relief is warranted because Plaintiffs are likely to prevail on their claims that the U.S. Food and Drug Administration (FDA) acted unlawfully when it approved mifepristone and misoprostol to be used as chemical abortion drugs in the United States and subsequently eviscerated the safeguards for women and girls who undergo this dangerous drug regimen.

For the reasons discussed here and in Plaintiffs' brief in support, the Court should grant Plaintiffs' request for a preliminary injunction, without bond, ordering Defendants to: (1) withdraw or suspend its September 28, 2000, Approval of Mifeprex and its April 11, 2019, approval of Mifepristone Tablets, 200 mg, and remove them from the list of approved drugs; (2) withdraw or suspend its March 29, 2016, Approval of Danco Laboratories, LLC's supplemental new drug application for Mifeprex (Application Number: 020687Orig1s020); and (3) withdraw or suspend its April 12, 2021, Non-Enforcement Decision letter, and December 16, 2021, Response to the 2019 Citizen Petition concerning the in-person dispensing requirement for mifepristone.[1]

---

[1] Because the injunctive relief requested would serve the public interest, Plaintiffs ask the Court to exercise its discretion to not require a security or bond under Fed. R. Civ. P. 65(c). *See City of Atlanta v. Metro. Atlanta Rapid Transit Auth.*, 636 F.2d 1084, 1094 (5th Cir. 1981).

Respectfully submitted this November 18, 2022.

                                     By: s/ *Erik C. Baptist*
                                     ERIK C. BAPTIST, D.C. Bar No. 490159
                                     ERIN MORROW HAWLEY, D.C. Bar No. 500782*
                                     MATTHEW S. BOWMAN, D.C. Bar No. 993261
                                     ERICA STEINMILLER-PERDOMO, FL Bar No. 118439
                                     ALLIANCE DEFENDING FREEDOM
                                     440 First Street NW, Suite 600
                                     Washington, DC 20001
                                     Telephone: (202) 393-8690
                                     Facsimile: (202) 347-3622
                                     ebaptist@ADFlegal.org
                                     ehawley@ADFlegal.org
                                     mbowman@ADFlegal.org
                                     esteinmiller@ADFlegal.org

                                     JULIE MARIE BLAKE, VA Bar No. 97891
                                     ALLIANCE DEFENDING FREEDOM
                                     44180 Riverside Parkway
                                     Lansdowne, Virginia 20176
                                     Telephone: (571) 707-4655
                                     Facsimile: (571) 707-4790
                                     jblake@ADFlegal.org

                                     DENISE M. HARLE, GA Bar No. 176758
                                     ALLIANCE DEFENDING FREEDOM
                                     1000 Hurricane Shoals Rd NE,
                                     Suite D-1100
                                     Lawrenceville, Georgia 30043
                                     Telephone: (770) 339-0774
                                     Facsimile: (770) 339-6744
                                     dharle@ADFlegal.org

                                     CHRISTIAN D. STEWART, TX Bar No. 24013569
                                     MORGAN WILLIAMSON, LLP
                                     701 S Taylor, Suite 400, LB 103
                                     Amarillo, Texas 79101
                                     Telephone: (806) 358-8116
                                     Facsimile: (806) 350-7642
                                     cstewart@mw-law.com

                                     *Attorneys for Plaintiffs*
                                     **Pro Hac Vice Application forthcoming*

## CERTIFICATE OF CONFERENCE

I hereby certify that it was not possible to confer on this motion, because counsel has not appeared for Defendants. Under Local Rule 7.1(b)(3), this motion is presumed to be opposed.

*s/ Erik C. Baptist*
ERIK C. BAPTIST

## CERTIFICATE OF SERVICE

I certify that this document will be served on all defendants via USPS Priority Mail Express to the addresses listed in the complaint and on the summonses. In addition, I will cause courtesy copies of all filings in this case to be sent via USPS Priority Mail Express and via email to General Counsel Samuel R. Bagenstos, U.S. Department of Health and Human Services, 200 Independence Ave., S.W., Room 713-F, Washington, D.C. 20201, Samuel.Bagenstos@hhs.gov, and Isaac Belfer, U.S. Department of Justice, Civil Division, Consumer Protection Branch, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, Isaac.C.Belfer@usdoj.gov.

*s/ Erik C. Baptist*
ERIK C. BAPTIST