IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and their members' patients; **AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS**, on behalf of itself, its members, and their patients; **AMERICAN COLLEGE OF PEDIATRICIANS**, on behalf of itself, its members, and their patients; **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS**, on behalf of itself, its members, and their patients; **SHAUN JESTER, D.O.**, on behalf of himself and his patients; **REGINA FROST-CLARK, M.D.**, on behalf of herself and her patients; **TYLER JOHNSON, D.O.**, on behalf of himself and his patients; and **GEORGE DELGADO, M.D.**, on behalf of himself and his patients,<br>        Plaintiffs,<br><br>     v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION;**<br>**ROBERT M. CALIFF, M.D.**, in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; **PATRIZIA CAVAZZONI, M.D.**, in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**; and **XAVIER BECERRA,** in his official capacity as Secretary, U.S. Department of Health and Human Services,<br>        Defendants. | Case No. 2:22-cv-00223-Z |

**ORDER GRANTING PRELIMINARY INJUNCTION**

1

Before the Court is Plaintiffs' Motion for Preliminary Injunction. After due consideration of the briefing and arguments, the complaint and its attachments, the evidence presented, and applicable law, the Court holds that Plaintiffs have shown a substantial likelihood of success on the merits, a substantial threat of irreparable harm if an injunction does not issue, that the threatened injury outweighs any harm that will result if the injunction is granted, and that the grant of an injunction is in the public interest.

It is therefore ORDERED that Plaintiffs' Motion for Preliminary Injunction [ECF No. ___ ] is GRANTED as to all Defendants.

It is FURTHER ORDERED that, for the period of time while this lawsuit is pending or until the court otherwise amends this order, Defendants are ordered to:

1) Withdraw or suspend its September 28, 2000, Approval of Mifeprex and its April 11, 2019, approval of Mifepristone Tablets, 200 mg, and remove them from the list of approved drugs;

2) Withdraw or suspend its March 29, 2016, Approval of Danco Laboratories, LLC's supplemental new drug application for Mifeprex (Application Number: 020687Orig1s020); and

3) Withdraw or suspend its April 12, 2021, Non-Enforcement Decision letter, and December 16, 2021, Response to the 2019 Citizen Petition concerning the in-person dispensing requirement for mifepristone.

It is FURTHER ORDERED that Defendants, and their officials, agents, employees, and all persons in active concert or participation with them, including

their successors in office, are enjoined from enforcing the Federal Food, Drug, and Cosmetic Act inconsistent with these orders while they remain in effect.

Because this case serves the public interest, no bond or other security is required.

SO ORDERED.

| Dated _____ | _____<br>MATTHEW J. KACSMARYK<br>UNITED STATES DISTRICT JUDGE |
|---|---|