IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00223-Z |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of Erin Morrow Hawley.

It is ORDERED that:

☐　the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐　the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____　　　_____
DATE　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE