**Melissa Southwick**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, November 30, 2022 10:36 AM |
| **To:** | Melissa Southwick |
| **Subject:** | Pay.gov Payment Confirmation: TEXAS NORTHERN DISTRICT COURT |

*EXTERNAL*

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Richard Holt at 214-753-2202.

  Account Number: 6400307
  Court: TEXAS NORTHERN DISTRICT COURT
  Amount: $100.00
  Tracking Id: ATXNDC-13334273
  Approval Code: 026055
  Card Number: ************3099
  Date/Time: 11/30/2022 12:35:32 ET

NOTE: This is an automated message. Please do not reply