IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 9), filed on November 30, 2022. Erin Morrow Hawley is an attorney licensed to practice law in the District of Columbia. Ms. Hawley represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Ms. Hawley has obtained local counsel. *See* ECF No. 9 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Hawley may appear in this matter, subject to further order of the Court.

**SO ORDERED**.

December __/__, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE