UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00223-Z |

**JOINT MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly move this Court to extend deadlines for good cause, as set forth herein.

1. Plaintiffs filed their Complaint and Motion for a Preliminary Injunction on November 18, 2022. Under the local rules, Defendants' response to that Motion is due on December 9, 2022.

2. In light of the intervening Thanksgiving holiday, the large volume of material accompanying Plaintiffs' motion, and the upcoming holidays in December and January, the parties agree that an extended briefing schedule is warranted.

3. The parties therefore propose that Defendants' response to the Motion for a Preliminary Injunction be due no later than January 13, 2023, and that Plaintiffs' reply and any amicus briefs in support of either party be due no later than February 10, 2023. The parties further stipulate that they will not oppose the filing of amicus briefs, and

that any amici do not need to seek the specific consent of either Plaintiffs or Defendants before seeking leave of the Court.

4. The parties further propose that Defendants' deadline to answer or respond to the Complaint be stayed pending the Court's resolution of Plaintiffs' Motion for a Preliminary Injunction. Within two weeks of this Court's ruling on Plaintiffs' Motion, the parties will propose a new answer or response deadline.

Dated:  December 2, 2022                                         Respectfully submitted,

<u>/s/ Erik C. Baptist</u>                                                           <u>/s/ Noah T. Katzen</u>
ERIK C. BAPTIST, D.C. Bar No. 490159                  NOAH T. KATZEN
ERIN MORROW HAWLEY, D.C. Bar No. 500782*   Trial Attorney
MATTHEW S. BOWMAN, D.C. Bar No. 993261       Consumer Protection Branch
ERICA STEINMILLER-PERDOMO, FL Bar No. 118439   Civil Division
ALLIANCE DEFENDING FREEDOM                           U.S. Department of Justice
440 First Street NW, Suite 600                                 P.O. Box 386
Washington, DC 20001                                             Washington, DC 20044-0386
Telephone: (202) 393-8690                                       (202) 305-2428
Facsimile: (202) 347-3622                                        (202) 514-8742 (fax)
ebaptist@ADFlegal.org                                              Noah.T.Katzen@usdoj.gov
ehawley@ADFlegal.org
mbowman@ADFlegal.org                                       *Counsel for Defendants*
esteinmiller@ADFlegal.org

JULIE MARIE BLAKE, VA Bar No. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

DENISE M. HARLE, GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE,
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dharle@ADFlegal.org

CHRISTIAN D. STEWART, TX Bar No. 24013569
MORGAN WILLIAMSON, LLP
701 S Taylor, Suite 400, LB 103
Amarillo, Texas 79101
Telephone: (806) 358-8116
Facsimile: (806) 350-7642
cstewart@mw-law.com

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*