# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.* Plaintiffs, v. U.S. Food and Drug Administration, *et al.*, Defendants. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Motion to Extend Deadlines, it is ORDERED that the Motion is GRANTED. It is further ORDERED THAT:

1. Defendants SHALL FILE their response to Plaintiffs' Motion for a Preliminary Injunction no later than January 13, 2023;

2. Plaintiffs SHALL FILE their reply in support of their Motion for a Preliminary Injunction no later than February 10, 2023;

3. Any amici SHALL FILE motions for leave to file amicus briefs (along with attached briefs) no later than February 10, 2023, and such amici shall not be required to seek consent of any party; and

4. Defendants' time to answer or respond to the Complaint is STAYED. No later than two weeks after this Court rules on the Motion for a Preliminary Injunction, the parties SHALL PROPOSE a new deadline for Defendants to answer or respond to the Complaint.

SO ORDERED.

Date: _____       _____
                                 Matthew J. Kacsmaryk
                                 United States District Court Judge