IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' Joint Motion to Extend Deadlines and Set Briefing Schedule ("Motion") (ECF No. 12), filed on December 2, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. Defendants must respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 6) **on or before January 13, 2023**. Plaintiffs may reply to Defendants' response **on or before February 10, 2023**.

The Court **STAYS** Defendants' deadline to answer or otherwise respond to the Complaint (ECF No. 1) until the Court resolves Plaintiffs' Motion for Preliminary Injunction. Within two weeks of the Court's ruling on Plaintiffs' Motion for Preliminary Injunction, parties must jointly propose a new answer or response deadline.

**SO ORDERED.**

December 8, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE