UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00223-Z |

**CONSENT MOTION FOR LEAVE TO FILE BRIEFS WITH EXTENDED PAGE LIMITS**

Pursuant to Local Rule 7.2(c), Defendants move for this Court to extend Defendants' page limit for their opposition to Plaintiffs' motion for a preliminary injunction by 15 pages. Plaintiffs consent to this motion, provided they be given an additional 15 pages for their reply, and Defendants consent to that condition. As set forth herein, extraordinary and compelling reasons exist to extend the page limits.

1. Plaintiffs filed their Complaint and Motion for a Preliminary Injunction on November 18, 2022. Pursuant to this Court's December 8, 2022 Order, Defendants' opposition to that Motion is due on or before January 13, 2023, and Plaintiffs' reply is due on or before February 10, 2023. Dkt. No. 13.

2. Plaintiffs' Motion raises numerous arguments involving six separate agency actions dating back to 2000. In support of that Motion, Plaintiffs submitted a large volume of material in a separate appendix.

3. Under Local Rule 7.2(c), Defendants' opposition may not exceed 25 pages, and Plaintiffs' reply may not exceed 10 pages. Given the number of agency actions and large volume of material at issue, granting Defendants an additional 15 pages is necessary to enable

Defendants to fully address Plaintiffs' Motion. And granting Plaintiffs an additional 15 pages would be equitable if Defendants are granted their requested extension.

4. Accordingly, Defendants request (with Plaintiffs' consent) that the Court increase the page limit for Defendants' opposition from 25 pages to 40 pages and increase the page limit for Plaintiffs' reply from 10 pages to 25 pages.


Dated:  December 27, 2022                                   Respectfully submitted,


/                                                                                   */s/ Noah T. Katzen*
                                                                                    NOAH T. KATZEN
                                                                                    Trial Attorney
                                                                                    Consumer Protection Branch
                                                                                    Civil Division
                                                                                    U.S. Department of Justice
                                                                                    P.O. Box 386
                                                                                    Washington, DC 20044-0386
                                                                                    (202) 305-2428
                                                                                    (202) 514-8742 (fax)
                                                                                    Noah.T.Katzen@usdoj.gov

                                                                                    *Counsel for Defendants*