UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEFS WITH EXTENDED PAGE LIMITS**

Upon consideration of Defendants' Consent Motion For Leave To File Briefs With Extended Page Limits, it is ORDERED that the Motion is GRANTED. It is further ORDERED that the page limits are extended as follows:

1. Defendants' response to Plaintiffs' Motion for a Preliminary Injunction SHALL NOT EXCEED 40 pages;

2. Plaintiffs' reply in support of their Motion for a Preliminary Injunction SHALL NOT EXCEED 25 pages.

SO ORDERED.

Date: _____

_____
Matthew J. Kacsmaryk
United States District Court Judge