IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Consent Motion for Leave to File Briefs with Extended Page Limits ("Motion") (ECF No. 14), filed on December 27, 2022. The Court **GRANTS** the Motion. Accordingly, it is **ORDERED** that the page limits are extended as follows:

1. Defendants' response to Plaintiffs' Motion for a Preliminary Injunction shall not exceed 40 pages;

2. Plaintiffs' reply in support of their Motion for a Preliminary Injunction shall not exceed 25 pages.

**SO ORDERED**.

January 3, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE