UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | § § Case No. 2:22-cv-00223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § |
| Defendants. | § § § |

### DANCO LABORATORIES, LLC'S UNOPPOSED MOTION
### FOR LEAVE TO INTERVENE

Pursuant to Fed. R. Civ. P. 24(a) and (b), Danco Laboratories, LLC moves for leave to intervene as a defendant in the above-captioned case. Danco seeks to intervene as to Claims One, Two, Three, Five, and Six of Plaintiffs' Complaint. The accompanying Memorandum of Points and Authorities sets out why this motion should be granted. A proposed brief in opposition to Plaintiffs' Motion for a Preliminary Injunction is attached as Exhibit 1, an appendix in support of the Opposition is attached as Exhibit 2, and a proposed order granting this Motion for Leave to intervene is attached as Exhibit 3.

Dated: January 13, 2023

Respectfully submitted,

*/s/ Ryan Patrick Brown*
RYAN BROWN ATTORNEY AT LAW
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711

Jessica L. Ellsworth*
Catherine E. Stetson*

>Philip Katz*
>Lynn W. Mehler*
>Kaitlyn A. Golden*
>Marlan Golden*
>HOGAN LOVELLS US LLP
>555 Thirteenth Street, NW
>Washington, D.C. 20004
>Tel:  (202) 637-5600
>jessica.ellsworth@hoganlovells.com
>
>*pro hac vice forthcoming*
>
>*Counsel for Danco Laboratories, LLC*

## **CERTIFICATE OF CONFERENCE**

I certify that on January 12, 2023, counsel for Danco conferred with counsel for the Federal Defendants regarding this Motion.  Counsel for the Federal Defendants stated they do not oppose Danco's intervention.  I further certify that counsel for Danco conferred with Plaintiffs' counsel on the Motion on January 12, 2023.  Counsel for the Plaintiffs also stated they do not oppose Danco's intervention.  The Motion is therefore unopposed.

>/s/  Jessica L. Ellsworth

## **CERTIFICATE OF SERVICE**

I certify that on January 13, 2023, I electronically filed the foregoing Motion for Leave to Intervene using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

>/s/  Ryan Brown