# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

## [PROPOSED] ORDER GRANTING DANCO LABORATORIES, LLC'S MOTION FOR LEAVE TO INTERVENE

Upon consideration of Danco Laboratories, LLC's Unopposed Motion for Leave to Intervene and the Memorandum of Points and Authorities in Support, it is hereby ORDERED that the Motion is GRANTED.

So ordered this __ day of _____, 2023.

_____

Honorable Matthew J. Kacsmaryk
United States District Judge