UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Alliance for Hippocratic Medicine, et al. §
  *Plaintiff* §
 §
 §
 §
  v. § Case No. 2:22-cv-00223-Z
 §
 §
U.S. Food and Drug Administration et al. §
  *Defendant* §
 §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Hogan Lovells US LLP , with offices at

555 Thirteenth Street NW
(Street Address)

Washington                                  DC                          20004
(City)                                      (State)                     (Zip Code)

202-637-5886                                202-637-5910
(Telephone No.)                             (Fax No.)


**II.** Applicant will sign all filings with the name Jessica L. Ellsworth .


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Danco Laboratories, LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 484170    Admission date: December 8, 2003

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of the United States | February 21, 2006 | Active |
| Court of Appeals for D.C. Circuit | June 20, 2005 | Active |
| Court of Appeals for First Circuit | October 29, 2008 | Active |
| Court of Appeals for Third Circuit | November 5, 2007 | Active |

Statement of additional courts attached.

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: _____   Case No. And Style: _____

_____   _____

_____   _____

_____   _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Ryan P. Brown_____, who has offices at

1222 S. Fillmore St._____
(Street Address)

Amarillo_____   TX_____   79101_____
(City)                                (State)         (Zip Code)

806-372-5711_____   _____
(Telephone No.)                      (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of January_____, 2023_____.

Jessica L. Ellsworth
Printed Name of Applicant

*Jessica L Ellsworth*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Court of Appeals for the Second Circuit | January 16, 2009 | Active |
| | renewed October 21, 2013 | |
| | renewed October 19, 2018 | |
| Court of Appeals for the Fourth Circuit | April 29, 2002 | Active |
| Court of Appeals for the Fifth Circuit | December 22, 2014 | Active |
| Court of Appeals for the Sixth Circuit | December 11, 2002 | Active |
| Court of Appeals for the Seventh Circuit | January 8, 2015 | Active |
| Court of Appeals for the Eighth Circuit | August 3, 2011 | Active |
| Court of Appeals for the Ninth Circuit | May 22, 2008 | Active |
| Court of Appeals for the Tenth Circuit | July 26, 2010 | Active |
| Court of Appeals for the Eleventh Circuit | June 11, 2010 | Active |
| | renewed June 23, 2020 | |
| Court of Appeals for the Federal Circuit | November 19, 2004 | Active |
| District Court for the Eastern District of Virginia | December 3, 2001 | Active |
| District Court for the District of Columbia | November 5, 2012 | Active |
| | renewed November 3, 2015 | |
| | renewed May 1, 2019 | |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jessica Ellsworth

was duly qualified and admitted on December 8, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 11, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.