UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Alliance for Hippocratic Medicine, et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00223-Z |
| | § | |
| | § | |
| U.S. Food and Drug Administration et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Hogan Lovells US LLP                                        , with offices at

555 Thirteenth Street NW
(Street Address)

Washington                     DC                    20004
(City)                         (State)               (Zip Code)

202-637-5491                   202-637-5910
(Telephone No.)                (Fax No.)


**II.**  Applicant will sign all filings with the name  Catherine E. Stetson                        .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Danco Laboratories, LLC




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 453221          Admission date: December 2, 1996

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached sheet | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ryan P. Brown                                                                                                                , who has offices at

1222 S. Fillmore St.
(Street Address)

Amarillo                                           TX                          79101
(City)                                               (State)                    (Zip Code)

806-372-5711
(Telephone No.)                                                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    13    day of  January                              2023    .

Catherine E. Stetson
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## CATHERINE E. STETSON

### Bar/Court Admissions

| | | |
|---|---|---|
| District of Columbia<br>[Bar No. 453221] | 12/2/96 | Active |
| Virginia<br>[Bar No. 37651] | 11/1/94 | Active |
| U.S. Supreme Court | 1/7/02 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 8/6/98 | Active |
| U.S. Court of Appeals for the First Circuit<br>[Bar No. 1124393] | 5/22/08 | Active |
| U.S. Court of Appeals for the Second Circuit<br>[Bar No. 05-177348] | 11/13/13<br>[Renewed 10/31/18] | Active |
| U.S. Court of Appeals for the Third Circuit | 12/12/06 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 12/3/99 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 5/9/05<br>[Renewed 7/22/15]<br>[Renewed 7/10/20] | Active |
| U.S. Court of Appeals for the Sixth Circuit | 6/3/98 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 10/8/99 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 2/9/07 | Active |

\\DC - 701621/000620 - 15170535 v1

**CATHERINE E. STETSON**

**Bar/Court Admissions—Continued**

| | | |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 2/2/00 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 4/15/99 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 3/25/04 [Renewed 12/22/14] | Active |
| U.S. Court of Appeals for the Federal Circuit | 12/2/99 | Active |
| U.S. District Court for the District of Columbia | 4/8/99 [Renewed 10/1/12; 4/6/16] | Active |
| U.S. District Court for the Eastern District of Michigan | 12/1/04 | Active |

2

\\DC - 701621/000620 - 15170535 v1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## Catherine Stetson

*was duly qualified and admitted on December 2, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 12, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*