IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Amicus Chattanooga National Memorial for the Unborn's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 16), filed on January 9, 2023. Michael S. Jennings and Darald J. Shaffer ("Applicants") are attorneys licensed to practice in the State of Tennessee. Applicants represented to the Court that they have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Accordingly, the Court finds the Application should be and is hereby **GRANTED**.

**SO ORDERED.**

January 17, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE