IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Motion of the Chattanooga National Memorial for the Unborn for Leave to File a Brief as Amicus Curiae in Support of Plaintiff's Complaint and Motion for Temporary Injunction ("Motions") (ECF Nos. 17, 18), filed on January 9, 2023. The Court **GRANTS** the Motions.

**SO ORDERED.**

January 17, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE