U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 3 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § | |

# ORDER

On or before February 10, 2023, the parties are **ORDERED** to submit separate briefs on whether the Court should consolidate the injunction hearing and the trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2).

**SO ORDERED.**

February __3__, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE