IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, § § § | |
| Plaintiffs, § § § | |
| v. § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, § § § § | |
| Defendants. § | |

**ORDER**

Before the Court is Danco Laboratories, LLC's ("Danco") Application for Admission *Pro Hac Vice* ("Application") (ECF No. 23), filed on January 13, 2023. Kaitlyn A. Golden is an attorney licensed to practice in the District of Columbia. Ms. Golden represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ryan Patrick Brown has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Golden may represent Danco in this matter, subject to further order of the Court.

**SO ORDERED.**

February 6, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE