UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Alliance for Hippocratic Medicine et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | Case No. 2:22-cv-00223-Z |
| v. | § | |
| | § | |
| | § | |
| U.S. Food and Drug Administration et al. | § | |
| *Defendant* | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Morningside Heights Legal Services, Inc.                                                  , with offices at

Columbia Law School, 435 W 116 St
_____
(Street Address)

| New York | New York | 10027 |
|---|---|---|
| (City) | (State) | (Zip Code) |
| 212.854.4291 | 212.854.3554 | |
| (Telephone No.) | (Fax No.) | |

**II.**    Applicant will sign all filings with the name Christopher J. Morten                                    .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Amicus curiae Doctors for America

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of

New York                                  , where Applicant regularly practices law.

Bar license number: 5428107          Admission date: May 26, 2016

**For Court Use Only.**
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Court of Appeals for the Federal Circuit | June 9, 2016 | active |
| US Patent & Trademark Office (Patent Bar) | June 29, 2016 | active |
| US Court of Appeals for the Second Circuit | June 19, 2017 | active |
| Please see attached supplement for complete list of admissions. | | |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

Thomas S. Leatherbury (State Bar No. 12095275)_____, who has offices at

1901 N. Akard St.
(Street Address)

| Dallas | Texas | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(214) 213-5004
(Telephone No.)                                          (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___9th___ day of __February_____, __2023____.

Christopher J. Morten
Printed Name of Applicant

Signature

**Court admissions of Christopher J. Morten**
*Current as of February 9, 2023*

| Court | Admission date | Active or Inactive |
|---|---|---|
| New York State | 5/26/2016 | Active |
| US Court of Appeals for the Federal Circuit | 6/9/2016 | Active |
| US Patent & Trademark Office (Patent Bar) | 6/29/2016 | Active |
| US Court of Appeals for the Second Circuit | 6/19/2017 | Active |
| District Court for the Southern District of New York | 1/16/2018 | Active |
| District Court for the Eastern District of New York | 1/16/2018 | Active |
| US Court of Appeals for the Third Circuit | 10/3/2018 | Active |
| US Supreme Court | 11/18/2019 | Active |
| District Court for the District of Columbia | 4/5/2021 | Active |
| District Court for the Eastern District of Texas | 2/8/2022 | Active |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

——————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christopher John Morten

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 26, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 28, 2022.

*Clerk of the Court*

CertID-00097765

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*AD3.AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Robert D. Mayberger*
*Clerk of the Court*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022