# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE,** *et al.*, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 2:22-cv-00223-z |
| **U.S. FOOD AND DRUG ADMINISTRATION,** *et al.*, | § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Before the Court is the Motion of Doctors for America to Waive Local Rule 83.10(a)'s Local Counsel Requirement ("Motion") (ECF No. __), filed on February 9, 2023. The Court **GRANTS** the Motion.

**SO ORDERED**.

February ___, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE