IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE,** *et al.*, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | CASE NO. 2:22-cv-00223-z |
| **U.S. FOOD AND DRUG ADMINISTRATION,** *et al.*, | | |
| Defendants. | | |

# [PROPOSED] ORDER

Before the Court is Motion of Doctors for America for Leave to File a Brief as *Amicus Curiae* in Support of Defendants' Opposition for Temporary Injunction ("Motion") (ECF No. __), filed on February 9, 2023. The Court **GRANTS** the Motion and **ORDERS** that the brief be filed.

**SO ORDERED**.

February ___, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

1