IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

On February 6, 2023, the Court granted Danco Laboratories, LLC's ("Danco") motion to intervene. ECF No. 33. Accordingly, the Court hereby **ORDERS** Danco to promptly file its brief in opposition to Plaintiff's motion for a preliminary injunction (ECF No. 19-1). Plaintiffs may file any reply to Defendants' responses to the motion for preliminary injunction **on or before February 24, 2023**. Briefing will then be closed on the matter, absent any "exceptional or extraordinary circumstances." *Sw. Insulation, Inc. v. Gen. Insulation Co.*, No. 4:15-CV-601-O, 2016 WL 9244824, at *1 (N.D. Tex. June 6, 2016) (noting sur-replies are "highly disfavored"). Danco may also respond to the Court's order requiring briefing from parties on consolidation under Federal Rule of Civil Procedure 65(a)(2). *See* ECF No. 32. Any response to that order must be filed **on or before February 10, 2023**.

**SO ORDERED.**

February 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE