IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**,        CASE NO. 2:22-cv-00223-z
*et al.*,

    Plaintiffs,

v.

**U.S. FOOD AND DRUG ADMINISTRATION**,
*et al.*,

    Defendants.

**UNOPPOSED MOTION OF THE AMERICAN CENTER FOR LAW AND JUSTICE
FOR WAIVER OF LOCAL RULE 83.10(a)**

    Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, movant – and prospective amicus curiae – the American Center for Law and Justice (ACLJ) hereby respectfully moves the Court to waive the requirements of Local Rule 83.10(a) to obtain local counsel who resides or has a principal office located within 50 miles of the courthouse. The ACLJ is seeking only to be an amicus curiae in this action, as requested by separate motion. The undersigned attorney is a member of the Bar of the Northern District of Texas, but lives outside the jurisdiction. This Court has already granted a similar motion from another amicus in this same case. *See* Order (Doc. 30). This motion is unopposed as noted in the below certificate of conference.

    Good cause exists to grant the ACLJ's request for a waiver from Local Rule 83.10(a). The ACLJ will only file, along with this motion, a motion for leave to file an amicus brief. This Court will likely decide the motions on the papers without a hearing. Given the ACLJ's limited participation in this case, local counsel under Local Rule 83.10(a) would be unnecessary. As noted, the undersigned is a member of the bar of this Court, but lives outside the jurisdiction. Should the

Court request a hearing on the ACLJ's motions, the ACLJ will attend the hearing and, if needed, obtain local counsel under Local Rule 83.10(a).

Accordingly, for the above-stated reasons, the ACLJ respectfully requests that this Court enter an order waiving the local counsel requirement in Local Rule 83.10(a) for purposes of the filing of this motion and the ACLJ's motion for leave to file an amicus curiae brief and appear in this case as an amicus curiae. A proposed order accompanies this motion.

Respectfully submitted,

/s/Edward L. White
Edward L. White
(N.D. Tex. Bar No. P62485MI)
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile: (734) 680-8006
ewhite@aclj.org

Jay Alan Sekulow (D.C. Bar No. 496335)*
Jordan Sekulow (D.C. Bar No. 991680)*
Stuart J. Roth (D.C. Bar No. 475937)*
Christina A. Compagnone (D.C. Bar No. 1657929)*
Walter M. Weber (D.C. Bar No. 416924)*
Olivia F. Summers (D.C. Bar No. 1017339)*
American Center for Law & Justice
201 Maryland Ave. NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546-9309

*Counsel for the American Center for Law & Justice*

\* not admitted in this jurisdiction

Dated: February 10, 2023

## CERTIFICATE OF CONFERENCE UNDER LOCAL RULE 7.1

Before filing this motion, the undersigned conferred with counsel for Plaintiffs, Defendants, and Intervenor Danco Laboratories. On February 4, 2023, counsel for Plaintiffs authorized the undersigned to state that Plaintiffs do not oppose the motion. On February 3, 2023, counsel for Defendants authorized the undersigned to state that Defendants take no position on this motion. On February 4, 2023, counsel for Intervenor authorized the undersigned to state that Intervenor takes no position on this motion.

/s/ Edward L. White
Edward L. White
(N.D. Tex. Bar No. P62485MI)
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, the above motion and the accompanying proposed order were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

/s/ Edward L. White
Edward L. White
(N.D. Tex. Bar No. P62485MI)
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for Law & Justice*