IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**, *et al.*,

    Plaintiffs,

v.

**U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*,

    Defendants.

CASE NO. 2:22-cv-00223-z

**[PROPOSED] ORDER GRANTING MOTION OF THE AMERICAN CENTER FOR LAW AND JUSTICE FOR WAIVER OF LOCAL RULE 83.10(a)**

Before the Court is the unopposed motion of the American Center for Law and Justice for waiver of Local Rule 83.10(a) for purposes of filing that motion and a motion for leave to file an amicus curiae brief and appear as an amicus curiae. The Court GRANTS the motion.

    **SO ORDERED.**

    February ___, 2023

                                                                         _____
                                                                         Matthew J. Kacsmaryk
                                                                         U.S. District Judge