IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**, *et al.*,

    Plaintiffs,

v.

**U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*,

    Defendants.

**CASE NO. 2:22-cv-00223-z**

**[PROPOSED] ORDER GRANTING MOTION OF THE AMERICAN CENTER FOR LAW AND JUSTICE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of the American Center for Law and Justice for leave to file an amicus curiae brief in support of Plaintiffs' motion for preliminary injunction. The Court GRANTS the motion. The amicus curiae brief of the American Center for Law and Justice that accompanied the motion will be filed in the docket of this case.

    **SO ORDERED.**

    February ___, 2023

                                                                _____
                                                               Matthew J. Kacsmaryk
                                                               U.S. District Judge