UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:22-cv-00223-Z |

### [PROPOSED] ORDER EXCUSING LOCAL COUNSEL REQUIREMENT

Before the Court is a motion by the State of Missouri, as prospective amicus curiae, to excuse the requirement of local counsel under Local Rule 83.10(a). Doc. ____. The motion is hereby GRANTED, and Missouri is excused from the requirement of obtaining local counsel.

DATED: _____, 2023          SIGNED:_____

                                                                                                        Judge Matthew J. Kacsmaryk