UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-00223-Z |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE A BRIEF AS AMICUS CURIAE

Before the Court is the State of Missouri's motion to file a brief as amicus curiae pursuant to Local Rule 7.2(b). Doc. ___. Missouri seeks to provide the Court with information it has discovered in the course of previous litigation and which it claims will aid the Court in evaluating the merits of the suit before it. The motion is hereby GRANTED. The Court expresses no view as to the merits of any argument made in the brief.

DATED: _____, 2023　　　　　　SIGNED:_____

　　　　　　　　　　　　　　　　　　　　Judge Matthew J. Kacsmaryk