# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of itself, its members, and their patients; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, on behalf of itself, its members, and their patients; SHAUN JESTER, D.O., on behalf of himself and his patients; REGINA FROST-CLARK, M.D., on behalf of herself and her patients; TYLER JOHNSON, D.O., on behalf of himself and his patients; and GEORGE DELGADO, M.D., on behalf of himself and his patients, § § § § § § § § § § § § § § § § § § § |  |
| Plaintiffs, § | Case No. 2:22-cv -00223-Z |
| v. § § | |
| U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services, § § § § § § § § § § § § § § § § § § |  |
| Defendants. § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Elissa Graves enters her appearance as counsel for proposed amicus curiae Human Coalition. Human Coalition requests that the undersigned attorney be added to the Court's list of counsel and that she be copied with all notices, correspondence, and documents in this matter.

>Elissa M. Graves
>Texas Bar No. 24090135
>The Law Office of Elissa Graves
>1907 Bonanza Dr.
>Sachse, TX 75048
>(214) 733-3213
>elissamgraves@gmail.com

Dated: February 10, 2023

>Respectfully submitted,
>
>*/s/ Elissa M. Graves*
>Elissa M. Graves
>Texas Bar No. 24090135
>The Law Office of Elissa Graves
>1907 Bonanza Dr.
>Sachse, TX 75048
>(214) 733-3213
>elissamgraves@gmail.com
>
>*Attorney for proposed amicus curiae*
>*Human Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, this document was electronically filed and served via the Court's CM/ECF system.

*/s/ Elissa M. Graves*