## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of itself, its members, and their patients; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, on behalf of itself, its members, and their patients; SHAUN JESTER, D.O., on behalf of himself and his patients; REGINA FROST-CLARK, M.D., on behalf of herself and her patients; TYLER JOHNSON, D.O., on behalf of himself and his patients; and GEORGE DELGADO, M.D., on behalf of himself and his patients, | § § § § § § § § § § § § § § § § § § | Case No. 2:22-cv -00223-Z |
| Plaintiffs, | § § | |
| v. | § § | |
| U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## **[PROPOSED] ORDER**

Before the Court is Human Coalition's Motion for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction, filed on February 10, 2023. Having considered the motion and relevant law, the Court concludes that the motion should be granted.

It is therefore **ORDERED** that Human Coalition's Motion for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction is **GRANTED.**

Signed this _____ day of _____, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE