# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

**IT IS HEREBY ORDERED** that the Motion For Leave To Proceed Without Local Counsel filed by the States of Mississippi, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming is **GRANTED**.

**SIGNED** this ___ day of February, 2023.

_____
Hon. Matthew J. Kacsmaryk
United States District Judge