# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ALLIANCE FOR HIPPOCRATIC MEDICINE §
*Plaintiff* §
§
§
v. § Case No. 2:22-cv-00223-z
§
§
U.S. FOOD AND DRUG ADMINISTRATION §
*Defendant* §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

M. Edward Whelan III , with offices at

1730 M Street NW, Suite 910
(Street Address)

Washington                          D.C.                      20036
(City)                               (State)                  (Zip Code)

202-682-1200                        202-408-0632
(Telephone No.)                     (Fax No.)

**II.** Applicant will sign all filings with the name M. Edward Whelan III .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Ethics and Public Policy Center (amicus)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 479530   Admission date: 10/4/2002

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| United States Supreme Court | 7/19/1992 | active |
| California | 12/16/1985 | resigned 6/16/2011 |
| U.S. Court of Appeals, Eighth Circuit | 1/15/1998 | active |
| U.S. Court of Appeals, Fourth Circuit | 6/29/1998 | active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

Over the decades, I have allowed some court admissions to expire. In no instance did I face any threat of discipline. It's also possible that I have forgotten long-ago court admissions that might remain active. (My several attempts to inquire on my status in one court have been unsuccessful.) I have never been disciplined, or faced any threat of discipline, in any court.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

n/a  _____      _____

_____         _____

_____         _____
              (If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

__H. Dustin Fillmore, III, and Charles W. Fillmore, The Fillmore Law Firm, LLP__, who has offices at

__201 Main Street, Suite 700_____
(Street Address)

__Fort Worth_____   __TX_____   __76102_____
(City)                                  (State)         (Zip Code)

__817-332-2351_____   _____
(Telephone No.)                          (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  __10th__ day of __February_____, __2023___.

M. Edward Whelan III
Printed Name of Applicant

*/s/ M. Edward Whelan III*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## Certificate Of Service

I certify that this document has been served on all parties via the court's ECF system on this 10th day of February, 2023.

>General Counsel Samuel R. Bagenstos
>U.S. Department of Health and Human Services
>200 Independence Ave., S.W., Room 713-F
>Washington, D.C. 20201
>Samuel.Bagenstos@hhs.gov
>
>Isaac Belfer
>U.S. Department of Justice
>Civil Division, Consumer Protection Branch
>950 Pennsylvania Ave., M.W.
>Washington, D.C. 20530
>Isaac.c.belfer@usdoj.gov
>
>Erik C. Baptist, Esq.
>440 First Street, N.W.
>Suite 600
>Washington, D.C. 20001
>ebaptist@ADFlegal.org

　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles W. Fillmore
　　　　　　　　　　　　　　　　　　　　　　Charles W. Fillmore

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE § <br> _____ § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> U.S. FOOD AND DRUG ADMINISTRATION § <br> _____ § <br> *Defendant* § | Case No. __2:22-cv-00223-z__ |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

__M. Edward Whelan III_____.

It is ORDERED that:

☐  the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐  the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____       _____
DATE                                                                 PRESIDING JUDGE