IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>Plaintiff,<br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br>Defendants | CASE NO. 2:22-CV-00223-Z |

ORDER GRANTING UNOPPOSED MOTION OF
ETHICS AND PUBLIC POLICY CENTER
FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

Before the Court is the Unopposed Motion of Ethics and Public Policy Center to File a Brief as Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction ("Motion"). The Court **GRANTS** the Motion.

**SO ORDERED**.

February ____, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

Solo Page