# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Alliance for Hippocratic Medicine, et al. §
    *Plaintiff* §
§
§
v. § Case No. 2:22-cv-00223-Z
§
§
U.S. Food and Drug Administration, et al. §
    *Defendant* §

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

New York State Office of the Attorney General, with offices at

28 Liberty Street
(Street Address)

New York      NY      10005
(City)      (State)      (Zip Code)

(212) 416-8059      (212) 416-6030
(Telephone No.)      (Fax No.)

**II.** Applicant will sign all filings with the name Galen Leigh Sherwin.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Proposed amici States of New York, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 4232682     Admission date: May 10, 2004

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached list | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

n/a

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

**None (see declaration in support of application to proceed without local counsel)**, who has offices at

_____
(Street Address)

_____    _____    _____
(City)                             (State)                           (Zip Code)

_____    _____
(Telephone No.)                   (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  10th  day of February , 2023 .

Galen Leigh Sherwin
Printed Name of Applicant

*/s/ Galen Sherwin*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

### Galen L. Sherwin, List of admissions (current as of February 10, 2023):

**State Courts:**
- New York Appellate Division, First Judicial Dept.; 05/10/2004; State bar no. 4232682

**U.S. Supreme Court**
- Admitted 01/25/2021

**U.S. Courts of Appeals:**
- U.S. Court of Appeals for the Second Circuit; 7/25/2006 (renewed 09/01/2016; active)
- U.S. Court of Appeals for the Fourth Circuit; 04/07/2017
- U.S. Court of Appeals for the Eighth Circuit; 10/5/2016
- U.S. Court of Appeals for the Tenth Circuit; 06/13/2005
- U.S. Court of Appeals for the Eleventh Circuit; 07/13/2017
- U.S. Court of Appeals for the Fifth Circuit; 8/20/10 (lapsed 2015)

**U.S. District Courts:**
- U.S. District Court for the Eastern District of New York; 2/15/2005
- U.S. District Court for the Southern District of New York; 2/14/2005
- U.S. District Court for the District of Colorado; 12/04/2014

*All admissions active unless otherwise indicated.*
*List of pro hac admissions available upon request.*



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Galen Leigh Sherwin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 10, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 16, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00096783



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE   NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400   INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/