UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

    *Plaintiffs*,

    v.    No. 2:22-cv-00223-Z

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

    *Defendants*.

## ORDER FOR ADMISSION PRO HAC VICE

The court has considered the Application for Admission Pro Hac Vice of Galen Sherwin. It is ORDERED that:

**X**    the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).[1]

☐    the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____    _____
DATE    Matthew J. Kacsmaryk
    U.S. District Court Judge

---

[1] Pursuant to Local Rule 83.10, the applicant has been granted leave to proceed without local counsel.