UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of itself, its members, and their patients; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, on behalf of itself, its members, and their patients; SHAUN JESTER, D.O., on behalf of himself and his patients; REGINA FROST-CLARK, M.D., on behalf of herself and her patients; TYLER JOHNSON, D.O., on behalf of himself and his patients; and GEORGE DELGADO, M.D., on behalf of himself and his patients, | |
| *Plaintiffs*, | No. 2:22-cv-00223-Z |
| v. | |
| U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services, | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR THE STATES OF NEW YORK, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, WASHINGTON, AND WISCONSIN, AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The States of New York, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia respectfully move this Court for leave to file the attached brief as amici curie in support of defendants and in opposition to plaintiffs' motion for preliminary injunction. For the reasons described below, amici's proposed brief contains relevant material that may aid the Court in resolving the issues raised by plaintiffs' motion. Counsel for the parties have been consulted regarding this motion, and all parties have indicated they do not oppose.

Amici States have a substantial interest in this case. The continued availability of mifepristone for medication abortions is critical to safeguarding each of the amici State's interest in protecting the health, safety, and rights of its residents, including an interest in ensuring safe access to essential reproductive health care. An order requiring the FDA to withdraw its approval of mifepristone will have devasting consequences for the residents of amici States. It would make medication abortion largely unavailable, leaving women seeking abortion with no choice other than to undergo a nonmedication abortion procedure, and drastically reduce access to abortion overall. And because medication abortion is the most common method used to terminate pregnancy during the first trimester, eliminating access to this method will result in more abortions taking place later in pregnancy, further increasing costs and medical risks. Finally, annulling the FDA's approval of mifepristone would, in effect, eviscerate amici States' sovereign decisions to protect the right to choose to terminate a pregnancy as it could prevent countless persons in amici States from obtaining an abortion.

The attached brief explains that in the experience of amici States, medication abortion is a safe and effective method for terminating pregnancies. The brief describes how the FDA's

determinations regarding the overall safety and efficacy of medication abortion are consistent with the overwhelming medical consensus and supported by voluminous evidence based on years of clinical research and practice. The brief further argues that medication abortion is an indispensable component of reproductive health care and describes how it has helped promote access to abortion in rural and underserved communities. Amici present data and studies showing that medication abortion not only promotes access to abortion as early as possible when it is safest and least expensive, but also that it vastly improves access to reproductive health care, particularly for low-income individuals, women of color, and those living in rural and underserved communities.

As amici also describe in their brief, annulling the FDA's approval of mifepristone would have devastating consequences for the residents of amici States. The brief explains that without the ability to obtain medication abortion, individuals seeking abortion would need to turn to other methods that are more costly, less accessible, and involve greater risks. The brief explains how these harms are heightened following the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022), and will impact women both in States where abortion is available and also in States where abortion is banned. The information from amici's own experiences will assist this Court in assessing the likelihood of success on the merits, weighing the equities of plaintiffs' motion, and determining whether an injunction serves the public interest.

## CONCLUSION

The Court should grant amici curiae leave to file the attached brief in support of defendants and in opposition to plaintiffs' motion for preliminary injunction.

Dated:   New York, New York
         February 10, 2023

                                    Respectfully submitted,

                                    LETITIA JAMES
                                      *Attorney General*
                                      *State of New York*

                                      /s/ Galen Leigh Sherwin*
                                    GALEN LEIGH SHERWIN
                                      *Special Counsel for Reproductive Justice*
                                    N.Y. State Bar No. 4232682

                                    Barbara D. Underwood
                                      *Solicitor General*
                                    Ester Murdukhayeva
                                      *Deputy Solicitor General*
                                    Galen Leigh Sherwin
                                      *Special Counsel for Reproductive Justice*
                                    Daniel S. Magy
                                      *Assistant Solicitor General*
                                          *of Counsel*

                                    Office of the Attorney General
                                    28 Liberty Street
                                    New York, NY 10005
                                    (212) 416-6073
                                    (212) 416-8962 (fax)
                                    galen.sherwin@ag.ny.gov

                                    *Admission pro hac vice pending

                                    *(Counsel listing continues on next page.)*

ROB BONTA
  *Attorney General*
  *State of California*
1515 Clay Street
Oakland, CA 94612

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway
Denver, CO 80203

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King
  Jr. Blvd.
St. Paul, MN 55155

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
100 West Randolph Street
Chicago, IL 60601

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street
Carson City, NV 89701

<div style="columns:2">

MATTHEW J. PLATKIN
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504

JOSHUA H. STEIN
  *Attorney General*
  *State of North Carolina*
Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

ELLEN F. ROSENBLUM
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

MICHELLE A. HENRY
  *Attorney General*
  *Commonwealth of Pennsylvania*
Strawberry Square
Harrisburg, PA 17120

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

ROBERT W. FERGUSON
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
17 West Main Street
Madison, WI 53703

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, D.C. 20001

</div>

## CERTIFICATE OF CONFERENCE (Local Rule 7.1)

Galen Leigh Sherwin, counsel for movants, conferred via email with counsel for plaintiffs. Counsel for plaintiffs has indicated they do not oppose this motion for permission to file the attached brief as amici curiae.

Galen Leigh Sherwin also conferred via email with counsel for defendants and counsel for intervenor defendant, who confirmed that defendants and intervenor defendant do not oppose this motion for permission to file the attached brief as amici curiae.

Dated: New York, New York
February 10, 2023

       /s/ Galen Leigh Sherwin
       GALEN LEIGH SHERWIN