UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

    *Plaintiffs*,

    v.                                            No. 2:22-cv-00223-Z

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

    *Defendants*.

## ORDER

Upon consideration of the unopposed motion of the States of New York, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia for permission to file a proposed brief as amici curiae,

**IT IS HEREBY ORDERED that** the motion is granted and the amicus brief is accepted for filing.

_____        _____
DATE                                                                             Matthew J. Kacsmaryk
                                                                                U.S. District Court Judge