**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

Alliance for Hippocratic Medicine, et al., §
*Plaintiff* §
§
§
v. § Case No. 2:22-cv-000223_Z
§
§
U.S. Food and Drug Administration, et al., §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

The Smith Appellate Law Firm                                           , with offices at

1717 Pennsylvania Avenue N.W., Suite 1025
(Street Address)

Washington                              DC              20006
(City)                                  (State)         (Zip Code)

(202) 454-2860                          (202) 747-5630
(Telephone No.)                         (Fax No.)


II.  Applicant will sign all filings with the name  Michael F. Smith                          .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Family Research Council




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____Michigan_____, where Applicant regularly practices law.

Bar license number: P49472   Admission date: June 15, 1995

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see Attachment 1 | | |
| | | |
| | | |
| | | |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

 None   

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

 Counsel is applying to for leave to proceed without local counsel under LR 83.10(a).  , who has offices at

_____
(Street Address)

_____   _____   _____
(City)                                      (State)           (Zip Code)

_____   _____
(Telephone No.)                              (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   10th   day of February            , 2023     .

/s/ Michael F. Smith
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Tab 1

ADDENDUM - STATE AND FEDERAL COURT ADMISSIONS
Michael F. Smith – February 10, 2023

| **State Courts** | Status | Date Admitted |
|---|---|---|
| Michigan (P49472) | Active | 6-15-95 |
| District of Columbia (975954) | Active | 8-06-07 |
| Maryland (MD Atty No. 1006100007; Dist. Ct. Atty Code 011881) | Active | 6-10-10 |
| Arizona (029015) | Active | 12-2-11 |
| **Federal Courts** | | |
| Supreme Court of the United States | Active | 5-20-02 |
| 2nd Circuit Court of Appeals | Active | 2-10-09 |
| 4th Circuit Court of Appeals | Active | 3-17-08 |
| 5th Circuit Court of Appeals | Active | 7-29-14 |
| 6th Circuit Court of Appeals | Active | 6-19-95 |
| 7th Circuit Court of Appeals | Active | 12-4-15 |
| 8th Circuit Court of Appeals | Active | 9-14-99 |
| 9th Circuit Court of Appeals | Active | 2-23-12 |
| 10th Circuit Court of Appeals | Active | 8-07-09 |
| 11th Circuit Court of Appeals | Active | 9-05-12 |
| D.C. Circuit Court of Appeals | Active | 9-17-07 |
| Federal Circuit Court of Appeals | Active | 8-18-08 |
| Eastern District of Michigan | Active | 6-15-95 |
| Western District of Michigan | Active | 6-03-96 |
| District of the District of Columbia | Active | 3-04-10 |
| District of Maryland #29941 | Active | 5-18-12 |

# Tab 2

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Michael F. Smith, P49472 of Washington, District of Columbia is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on June 15, 1995 in Macomb County and became a member of the State Bar of Michigan on June 16, 1995.



*Peter W. Cunningham*, Executive Director
January 17, 2023

STATE BAR OF MICHIGAN

MICHAEL FRANCK BUILDING
306 TOWNSEND STREET
LANSING, MI 48933-2012

GRAND RAPIDS MI 493
18 JAN 2023 PM 1

Michael Smith
The Smith Appellate Law Firm
1717 Pennsylvania Ave NW Ste 1025
Washington, DC 20006-3951

20006-395150