IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No. 2:22-cv-00223-Z ) ) |
| U.S. FOOD AND DRUG ADMINISTATION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING MOTION OF FAMILY RESEARCH COUNCIL
TO WAIVE LOCAL-COUNSEL REQUIREMENT OF LOCAL RULE 83.10**

The Court has considered the Motion of *Amicus Curiae* Family Research Council for leave to proceed without the local counsel required by Local Rule 83.10(a).

It is ORDERED that the Motion is granted, and that *Amicus Curiae* Family Research Council is excused from the requirement of Local Rule 83.10 to obtain local counsel.

SO ORDERED.

_____     _____
DATE                                                              PRESIDING JUDGE