IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTATION, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

**ORDER GRANTING UNOPPOSED MOTION OF**
**FAMILY RESEARCH COUNCIL**
**FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The Court has considered the unopposed Motion of non-party Family Research Council for leave to file a brief *Amicus Curiae*.

It is ORDERED that the Motion is granted, and that the brief *Amicus Curiae* tendered with the motion is accepted for filing.

SO ORDERED.

_____      _____
DATE                                                               PRESIDING JUDGE