# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-z |

**[PROPOSED] ORDER**

Upon consideration of Movant's Motion of Judicial Watch, Inc. to Waive the Requirement of Local Counsel, it is hereby ORDERED that:

1. Movant's motion is GRANTED.

SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Court Judge, ND Texas