IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:22-cv-00223-z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Proposed Amicus, Judicial Watch, Inc.'s, Motion of Judicial Watch, Inc. for Leave to File an Amicus Curiae Brief in Support of Plaintiffs' Complaint and Motion for Temporary Injunction, it is hereby ORDERED that:

1. Proposed Amicus, Judicial Watch, Inc.'s motion is GRANTED.

SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Court Judge, ND Texas