**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.,* <br><br> *Defendants*, <br><br> DANCO LABORATORIES, LLC, <br><br> *Intervenor-Defendant.* | Case No. 2:22-cv-00223-Z |

**ORDER GRANTING PROPOSED *AMICUS CURIAE* SUSAN B. ANTHONY PRO-LIFE AMERCIA, CATHOLIC HEALTH CARE LEADERSHIP ALLIANCE, THE NATIONAL CATHOLIC BIOETHICS CENTER, CATHOLIC BAR ASSOCIATION, CATHOLIC BENEFITS ASSOCIATION, AND CHRIST MEDICUS FOUNDATION'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

On this day the Court considered the Unopposed motion for leave to file an amicus brief in support of Plaintiff's Motion for a Preliminary Injunction filed by Proposed *amici*, Susan B. Anthony Pro-Life America (SBA), Catholic Health Care Leadership Alliance (CHCLA), The National Catholic Bioethics Center (NCBC), Catholic Bar Association (Cbar), Catholic Benefits Association (CBA), and Christ Medicus Foundation (CMF).  After reviewing the motion the Court is of the opinion it should, in all respects be GRANTED, it is therefore

ORDERED that Proposed amici, as referenced above, are hereby Granted Leave to file an Amicus Brief pursuant to Rule 7.2(b) of the Local Rules of the United States District Courts for the Northern District of Texas.

SIGNED on this_____day of February, 2023.

                                                                                                                       _____
The Honorable United States District Judge