**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al.; <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

**APPENDIX TO BRIEF *AMICI CURIAE* OF 67 MEMBERS OF CONGRESS IN
SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

FERNANDO M. BUSTOS
TX Bar No. 24001819
MATTHEW N. ZIMMERMAN
TX Bar No. 24100386
 *Counsel of Record*
BUSTOS LAW FIRM, P.C.
1001 Main Street
Suite 501
Lubbock, Texas 79408
fbustos@bustoslawfirm.com
mzimmerman@bustoslawfirm.com
Telephone: 806-780-3976

CAROLYN MCDONNELL, WI Bar No. 1126958*
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036
Carolyn.McDonnell@aul.org
Telephone: (202) 289-1478

*Pro hac vice* application forthcoming


*Counsel for* Amici Curiae


*Counsel for* Amici Curiae

**App. 1**

## TABLE OF CONTENTS

TABLE OF CONTENTS..................................................................................................1a

LIST OF *AMICI CURIAE*..............................................................................................2a

    U.S. Senate...............................................................................................................2a

    U.S. House of Representatives................................................................................3a

## LIST OF *AMICI CURIAE*

*U.S. Senate*

Lead Senator: Cindy Hyde-Smith (MS)

| | |
|---|---|
| Mike Braun (IN) | Markwayne Mullin (OK) |
| Kevin Cramer (ND) | James Risch (ID) |
| Steve Daines (MT) | Marco Rubio (FL) |
| John Hoeven (ND) | John Thune (SD) |
| James Lankford (OK) | Tommy Tuberville (AL) |
| Roger Marshall (KS) | Roger Wicker (MS) |

*U.S. House of Representatives*

Lead Representative: August Pfluger (TX–11)

| | |
|---|---|
| Robert Aderholt (AL–04) | Russ Fulcher (ID–01) |
| Mark Alford (MO–04) | Tony Gonzales (TX–23) |
| Jodey Arrington (TX–19) | Bob Good (VA–05) |
| Brian Babin (TX–36) | Michael Guest (MS–03) |
| Jim Banks (IN–03) | Andy Harris, M.D. (MD–01) |
| Cliff Bentz (OR–02) | Diana Harshbarger (TN–01) |
| Andy Biggs (AZ–05) | Kevin Hern (OK–01) |
| Lauren Boebert (CO–03) | Ronny Jackson (TX–13) |
| Mike Bost (IL–12) | Bill Johnson (OH–06) |
| Michael Burgess (TX–26) | Mike Johnson (LA–04) |
| Jerry Carl (AL–01) | Trent Kelly (MS–01) |
| Earl L. "Buddy" Carter (GA–01) | Doug LaMalfa (CA–01) |
| Ben Cline (VA–06) | Doug Lamborn (CO–05) |
| Michael Cloud (TX–27) | Debbie Lesko (AZ–08) |
| Andrew Clyde (GA–09) | Lisa McClain (MI–09) |
| Warren Davidson (OH–08) | Mary Miller (IL–15) |
| Jeff Duncan (SC-03) | John Moolenaar (MI–02) |
| Jake Ellzey (TX–06) | Alex X. Mooney (WV–02) |
| Ron Estes (KS–04) | Nathaniel Moran (TX–01) |
| Mike Ezell (MS–04) | Andy Ogles (TN–05) |
| Randy Feenstra (IA–04) | David Rouzer (NC–07) |
| Virginia Foxx (NC–05) | Keith Self (TX–03) |

| | |
|---|---|
| Pete Sessions (TX–17) | Daniel Webster (FL–11) |
| Adrian Smith (NE–03) | Brad R. Wenstrup, D.P.M. (OH–02) |
| Chris Smith (NJ–04) | Roger Williams (TX–25) |
| Claudia Tenney (NY–24) | Joe Wilson (SC–02) |
| Randy Weber (TX–14) | |