UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Alliance for Hippocratic Medicine, et al. §
*Plaintiff* §
§
§
§
v. §   Case No.   2:22-cv-00223-Z
§
§
U.S. Food and Drug Administration, et al. §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) Carolyn McDonnell, with offices at

1150 Connecticut Avenue NW, Suite 500
(Street Address)

Washington          DC          20036
(City)              (State)     (Zip Code)

(202) 289-1478      n/a
(Telephone No.)     (Fax No.)


**II.** Applicant will sign all filings with the name Carolyn McDonnell.


**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

67 Members of Congress as amici curiae


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Wisconsin_____, where Applicant regularly practices law.

Bar license number: 1126958        Admission date: September 28, 2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| n/a | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

n/a

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

_____Fernando M. Bustos_____, who has offices at

1001 Main Street, Suite 501
(Street Address)

Lubbock                                         TX                        79401
(City)                                          (State)                   (Zip Code)

(806) 780-3976                                  (806) 780-3800
(Telephone No.)                                 (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __10th__ day of __February__, __2023__.

Carolyn McDonnell
Printed Name of Applicant

*Carolyn McDonnell*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**CAROLYN MCDONNELL**

*was admitted to practice as an attorney within this state on September 28, 2021 and is presently in good standing in this court.*

Dated: February 9, 2023

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing