# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>*Defendants*. | Case No. 2:22-cv-00223-Z |

## PROPOSED ORDER

Before the Court is the Unopposed Motion of Texas Business Leaders to file a brief as *Amici Curiae* in support of Plaintiffs' Motion for Preliminary Injunction. The Court **GRANTS** this Motion.

**SO ORDERED**.

February ___, 2023.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE