IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>*Defendants*. | Case No. 2:22-cv-00223-Z |

## MOTION TO PROCEED WITHOUT LOCAL COUNSEL

*Amici Curiae* Texas Business Leaders seek leave of the Court to proceed without local counsel and provide the following good cause to do so:

The undersigned counsel resides in and maintains his principal office in this District but does not live within 50 miles of the Amarillo Division courthouse. Counsel is from that area of Texas, however—having grown up in Lubbock and Midland—and is very familiar with Amarillo as well as traveling there from the Dallas area. Counsel has previously attended Court in the Amarillo Division and is able to attend any hearing scheduled by the Court in this case. Counsel does not anticipate needing to be at any hearing, however, since his role will be confined solely to filing an *amicus* brief on behalf of *Amici Curiae*.

## CONCLUSION

For the foregoing reasons, *Amici Curiae* request that the Court grant the motion to proceed without local counsel.

Dated:  February 10, 2023          Respectfully submitted,


*/s/ John C. Sullivan*
John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com

*Attorney for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a true and correct copy of this Motion to Proceed Without Local Counsel was served by CM/ECF on all counsel or parties of record.

                                            */s/ John C. Sullivan*
                                            John C. Sullivan
                                            S|L LAW PLLC
                                            Texas Bar Number: 24083920
                                            610 Uptown Boulevard, Suite 2000
                                            Cedar Hill, Texas 75104
                                            (469) 523–1351 (v)
                                            (469) 613-0891 (f)
                                            john.sullivan@the-sl-lawfirm.com

                                            *Attorney for Amici Curiae*