IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants.* | Civil Action No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, ET AL, TO FILE AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Before the Court is an Unopposed Motion for Leave to an Opposition to Plaintiffs' Motion for Preliminary Injunction by proposed *amici curiae* American College of Obstetricians and Gynocologists, et al (ECF #___), seeking leave to file a brief *amici curiae* in the above-captioned matter. The Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amici* participation.

SO ORDERED.

_____, 2023

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRIC JUDGE