UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

NOTICE OF APPEARANCE

Notice is hereby given that Kate Talmor, a trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance on behalf of Defendants in the above-captioned action.

Dated: February 10, 2023                    Respectfully submitted,

                                                                   BRIAN M. BOYNTON
                                                                   Acting Assistant Attorney General

                                                                   ERIC P. BECKENHAUER
                                                                   Assistant Branch Director

                                                                   */s/ Kate Talmor*
                                                                   KATE TALMOR
                                                                   (Maryland Bar)
                                                                   Trial Attorney
                                                                   U.S. Department of Justice
                                                                   Civil Division, Federal Programs Branch
                                                                   1100 L Street, N.W.
                                                                   Washington, D.C. 20005
                                                                   (202) 305-5267
                                                                   kate.talmor@usdoj.gov
                                                                   *Attorneys for Defendants*