IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-0223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court are motions for leave to file amicus briefs filed by Doctors for America, American Center for Law and Justice, the State of Missouri, Human Coalition, the State of Mississippi *et al.*, Ethics and Public Policy Center, Life Collective Inc., the State of New York *et al.*, Family Research Council, Judicial Watch, Advancing American Freedom, Concerned Women for America, Food and Drug Law Scholars, and Susan B. Anthony Pro-Life America *et al.*, and 67 Members of Congress (ECF Nos. 42, 45, 48, 51, 55, 56, 58, 59, 63, 65, 66, 69-1, 70, 81, 83) (collectively, "Motions"). Having considered the Motions, the Court **GRANTS** the Motions. The Court also **GRANTS** the motions to waive local counsel requirements filed by amici (ECF Nos. 41, 44, 47, 53, 60, 62, 64). Accordingly, the Court **GRANTS** the *pro hac vice* applications filed by amici (ECF Nos. 40, 46, 54, 57, 61, 67, 69, 71–75, 77, 80, 86). Amici are hereby **ORDERED** to promptly file their amicus brief with the Court.

**SO ORDERED.**

February 10, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE