# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,

    *Plaintiffs*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

    *Defendants*,

DANCO LABORATORIES, LLC,

    *Intervenor-Defendant.*

Case No. 2:22-cv-00223-Z

## [PROPOSED] ORDER

Before the Court is Charlotte Lozier Institute's Motion for Leave to File a Brief as *Amicus Curiae* and to File a Brief in Excess of the Page Limit in Support of Plaintiffs' Motion for a Preliminary Injunction. The Court GRANTS the Motion and ORDERS that the brief be filed.

February __, 2023

 

_____
MATTHEW J. KACSMARYK
United States District Judge