IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:22-CV-0223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | | |
| Defendants. | | |

**ORDER**

Before the Court are motions for leave to file amicus briefs filed by Texas Business Leaders, American Academy of Family Physicians *et al.*, and Charlotte Lozier Institute ("CLI") (ECF Nos. 89, 91, and 97) (collectively, "Motions"). Having considered the Motions, the Court **GRANTS** the Motions. Because CLI showed good cause for exceeding the standard page limit, the Court **GRANTS** CLI's unopposed motion to file an extended amicus brief. The Court also **GRANTS** the Motions to waive local counsel requirements and the *pro hac vice* applications filed by amici (ECF Nos. 78, 87, 88, and 90). Amici are hereby **ORDERED** to promptly file their amicus brief with the Court.

**SO ORDERED.**

February 13, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE