# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Alliance for Hippocratic Medicine, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00223-z |
| U.S. Food and Drug Administration, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Doctors for America.

Date: 02/13/2023

/s/ Thomas S. Leatherbury
*Attorney's signature*

Thomas S. Leatherbury TX State Bar No. 12095275
*Printed name and bar number*
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 N. Akard St.
Dallas, TX 75291
*Address*

tom@tsleatherburylaw.com
*E-mail address*

(214) 213-5004
*Telephone number*

*FAX number*