IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, § § § Plaintiffs, § § v. § § U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, § § § Defendants. § | 2:22-CV-0223-Z |

**ORDER**

On February 6, 2023, the Court granted Danco Laboratories, LLC's ("Danco") motion for to intervene. ECF No. 33. The Court subsequently extended Plaintiffs' deadline to reply to February 24 to afford Plaintiffs more time to consider Danco's response to the motion for preliminary injunction. *See* ECF No. 43. Plaintiffs misconstrued the Court's order as permitting two replies — one to the response by the U.S. Food and Drug Administration *et al.* ("FDA") and one to the response by Danco. On February 10, Plaintiffs filed their reply to the FDA's response only. The Court hereby **ORDERS**: On or before February 24, 2023, Plaintiffs may file one Reply that consolidates (1) Plaintiffs' reply to the FDA's response (ECF No. 28) *and* (2) Plaintiffs' reply to Danco's Response (ECF No. 50). The Court therefore **STRIKES** Plaintiffs' reply (ECF Nos. 76, 79) without prejudice to Plaintiffs re-filing a reply in accordance with this order.

**SO ORDERED.**

February 13, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE