# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, on behalf of itself, its member organizations, their members, and these members' patients; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of itself, its members, and their patients; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, on behalf of itself, its members and their patients; SHAUN JESTER, D.O., on behalf of himself and his patients; REGINA FROST-CLARK, M.D., on behalf of herself and her patients; TYLER JOHNSON, D.O., on behalf of himself and his patients; and GEORGE DELGADO, M.D., on behalf of himself and his Patients, | Case No. 2:22-cv-00223-z |
| VS. | |
| U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services, | |

**THE COALITION FOR JEWISH VALUES HEALTHCARE COUNCIL'S MOTION TO JOIN BRIEF OF *AMICI CURIAE,* SUSAN B. ANTHONY PRO-LIFE AMERICA, CATHOLIC HEALTH CARE LEADERSHIP ALLIANCE, THE NATIONAL CATHOLIC BIOETHICS CENTER, CATHOLIC BAR ASSOCIATION, CATHOLIC BENEFITS ASSOCIATION, AND CHRIST MEDICUS FOUNDATION IN SUPPORT OF PLANTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Coalition for Jewish Values (CJV) concurs with the brief of *amici curiae*, Susan B. Anthony Pro-Life America, Catholic Health Care Leadership Alliance, National Catholic Bioethics Center, Catholic Bar Association, Catholic Benefits Association, and Christ Medics Foundation in support of Plaintiff's motion for preliminary injunction filed at doc. 82. All *amici* consent to CJV's joining their *amici* brief.

## STATEMENT OF INTEREST

The Coalition for Jewish Values ("CJV") is the largest Rabbinic public policy organization in America, representing over 2,000 traditional, Orthodox rabbis. CJV promotes religious liberty, human rights, and classical Jewish ideas in public policy, and does so through education, mobilization, and advocacy, including by filing *amicus curiae* briefs in defense of equality and freedom for religious institutions and individuals. The CJV Healthcare Council was launched in 2022 to serve medical practitioners and others in the healthcare industry, advocating for religious liberty, freedom of conscience, and public policy aligned with Jewish values in medical care. It is critical that doctors and healthcare providers act to protect the religious rights of all Americans, and for the right of qualified medical practitioners to administer appropriate and reasonable care consonant with their beliefs. The FDA's actions to allow chemical abortion based on misinformation and faulty science and data put the lives of women, girls, and the unborn at enormous risk, thereby frustrating our core values while forcing medical professionals to administer care contrary to their beliefs.

Respectfully submitted,

**Weycer, Kaplan, Pulaski & Zuber, PC**

By: /s/ Murphy S. Klasing
    Murphy S. Klasing
    TX State Bar No. 00791034
    2608 Hibernia Street
    Dallas, Texas  75204
    (713) 961-9045
    (713) 961-5341 Fax
    Email:  mklasing@wkpz.com

**ATTORNEYS FOR *AMICUS CURIAE***

## CERTIFICATE OF SERVICE

On February 17, 2023, I filed the foregoing document with the clerk of court for the United States District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) (ECF System).

**Weycer, Kaplan, Pulaski & Zuber, PC**

By: /s/ Murphy S. Klasing
    Murphy S. Klasing
    TX State Bar No. 00791034
    2608 Hibernia Street
    Dallas, Texas  75204
    (713) 961-9045
    (713) 961-5341 Fax
    Email:  mklasing@wkpz.com

**ATTORNEYS FOR *AMICUS CURIAE***