UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Alliance for Hippocratic Medicine, et al., §
          *Plaintiff* §
§
§
        v. § Case No. 2:22-cv-00223-Z
§
§
U.S. Food and Drug Administration, et al. §
          *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of the Arizona Attorney General, with offices at

2005 N. Central Avenue
(Street Address)

Phoenix      AZ      85004
(City)      (State)      (Zip Code)

(602) 542-8958      (602) 542-8308
(Telephone No.)      (Fax No.)

**II.** Applicant will sign all filings with the name Joshua D. Bendor.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Proposed Amicus State of Arizona

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Arizona_____, where Applicant regularly practices law.

Bar license number: 031908      Admission date: February 4, 2015

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court, Arizona | February 23, 2015 | Active |
| U.S. Court of Appeals, Ninth Circuit | January 4, 2016 | Active |
| California (310782) | September 14, 2016 | Inactive |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

 N/A   

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

 None. (Please see concurrently filed motion to proceed without local counsel.) , who has offices at

(Street Address)

(City)                (State)      (Zip Code)

(Telephone No.)            (Facsimile No.)

XI. Check the appropriate box below.

    For Application in a **Civil Case**

    [✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

    [ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17th   day of February  , 2023   .

/s/ Joshua D. Bendor
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

_____

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### JOSHUA DAVID ROTHENBERG BENDOR

*was on the 4th day of February, 2015 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 11th day of January, 2023.*

*TRACIE K. LINDEMAN, Clerk*

By *Ana Ramirez*
*Ana Ramirez*
*Deputy Clerk III*



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOSHUA DAVID ROTHENBERG BENDOR** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 4, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this   **JANUARY 10 2023**   .

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Margaret Lindsey
Associate Disciplinary Clerk