IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., | § § § § § § § § § § | |
| **Plaintiffs,** | | |
| v. | | CASE NO. 2:22-cv-00223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, et al. | | |
| **Defendants.** | | |

## UNOPPOSED MOTION TO WAIVE LOCAL RULE 83.10(A)'S LOCAL COUNSEL REQUIREMENT AND PROCEED AS AMICUS CURIAE

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1, prospective amicus curiae the State of Arizona respectfully requests the Court waive the requirement under Local Rule 83.10(a) to obtain local counsel and allow Arizona to proceed as an amicus curiae in this matter.

In a concurrently filed motion, Arizona seeks leave to join the amicus brief (Doc. 102) filed on behalf of the States of New York, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia.  Like the other amici States, Arizona does not request party status or oral argument at this time, only leave to join the amici States' Brief in Support of Defendants and in Opposition to Plaintiffs' Motion for a Preliminary Injunction.

Good cause exists to grant Arizona a waiver.  The Court has already accepted the amici States' Brief that Arizona seeks to join, and the Court has granted similar motions for a waiver by other amici.  Accordingly, the State of Arizona respectfully asks the Court to grant leave for

Arizona to appear as amicus curiae, without local counsel, in this limited capacity to join the aforementioned amici States' brief.

RESPECTFULLY SUBMITTED this 21st day of February, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ Joshua D. Bendor*
Joshua D. Bendor (No. 031908)
Solicitor General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
ACL@azag.gov


*Attorney for the State of Arizona*

**CERTIFICATE OF CONFERENCE (Local Rule 7.1)**

I certify that counsel for proposed amicus curiae the State of Arizona conferred with counsel for Plaintiffs, Defendants, and Intervenor Defendant about the relief sought in this motion. Counsel for Plaintiffs and Intervenor Defendant consented to the relief sought, and counsel for Defendants took no position.

s/ Joshua D. Bendor
*Attorney for the State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been served on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

s/ Joshua D. Bendor
*Attorney for the State of Arizona*