IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § | CASE NO. 2:22-cv-00223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, et al. | § § § | |
| **Defendants.** | | |

## UNOPPOSED MOTION FOR LEAVE TO JOIN AMICUS CURIAE BRIEF OF AMICI STATES NEW YORK, ET AL. IN SUPPORT OF DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1 and 7.2, the State of Arizona respectfully requests leave to appear as amicus curiae in this matter and join the amicus brief filed by amici States New York, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia (Doc. 102).

The State of Arizona shares the significant interests of the amici States discussed in their brief in support of Defendants (*see* Doc. 102 at 12-13), and adopts in full that explanation of those interests.  Accordingly, and with the consent of counsel for those amici States, Arizona seeks leave to join the brief in full to have its common interests represented in this matter.

RESPECTFULLY SUBMITTED this 21st day of February, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ Joshua D. Bendor*
Joshua D. Bendor (No. 031908)
Solicitor General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
ACL@azag.gov

*Attorney for the State of Arizona*

## CERTIFICATE OF CONFERENCE (Local Rule 7.1)

I certify that counsel for proposed amicus curiae the State of Arizona conferred via email with counsel for Plaintiffs, Defendants, and Intervenor Defendant, and all consented to the relief sought in this motion.

s/ Joshua D. Bendor
*Attorney for the State of Arizona*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been served on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

s/ Joshua D. Bendor
*Attorney for the State of Arizona*
