IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., <br><br>**Plaintiffs,**<br><br>v.<br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>**Defendants.** | §§§§§§§§§§ CASE NO. 2:22-cv-00223-Z |

## ORDER

Upon consideration of the unopposed motion of the State of Arizona to appear as amicus curiae and join the amicus brief filed on behalf of amici States New York, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Wisconsin, and the District of Columbia (Doc. 102),

**IT IS HEREBY ORDERED** that the motion is granted.

_____        _____
DATE                                                              Matthew J. Kacsmaryk
                                                                        U.S. District Court Judge