IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | §   2:22-CV-0223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § |
| Defendants. | § |

## ORDER

On February 3, 2023, the Court ordered parties to submit separate briefs on whether the Court should consolidate the injunction hearing and the trial on the merits under Federal Rule of Civil Procedure 65(a)(2). *See* ECF No. 32. Having considered the briefing and relevant law, the Court determines that consolidation would not be appropriate in this case. *See Univ. of Tex. v. Camenisch*, 451 U.S. 390, 395 (1981) (explaining that "it is generally inappropriate for a federal court at the preliminary-injunction stage to give a final judgment on the merits.").

**SO ORDERED.**

February 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE