IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § | 2:22-CV-0223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Application for Admission *Pro Hac Vice* ("Application") (ECF No. 107), filed on January 13, 2023, by amici American Academy of Family Physicians *et al.* Megan McGuiggan is an attorney licensed to practice in the District of Columbia. Ms. Guiggan represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Matt Sherwood has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**.

**SO ORDERED.**

February 21, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE