IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:22-CV-0223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | | |
| Defendants. | | |

## ORDER

Before the Court is the Charlotte Lozier Institute's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 111), filed on January 13, 2023. Gene C. Schaerr is an attorney licensed to practice in the District of Columbia. Mr. Schaerr represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Accordingly, the Court finds the Application should be and is hereby **GRANTED**.

**SO ORDERED.**

February 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE