IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | §   2:22-CV-223-Z |
| | § |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Before the Court is The Coalition for Jewish Values Healthcare Council's Motion to Join Brief of *Amici Curiae* Susan B. Anthony Pro-Life America *et al.* in Support of Plaintiffs' Motion for Preliminary Injunction ("Motion") (ECF No. 112), filed on February 17, 2023. Having considered the Motion, the Court **GRANTS** the Motion.

**SO ORDERED.**

February 28, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE