IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, § § § | | |
| Plaintiffs, § § | | |
| v. § | 2:22-CV-223-Z | |
| § § | | |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, § § § | | |
| Defendants. § | | |

# ORDER

Before the Court is the State of Arizona's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 113), filed on February 21, 2023. Joshua D. Bendor is an attorney licensed to practice in Arizona. Mr. Bendor represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Arizona also filed an Unopposed Motion to Waive Local Rule 83.10(A)'s Local Counsel Requirement and Proceed as Amicus Curiae (ECF No. 115), which the Court **GRANTS**. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. Additionally, the Court **GRANTS** Arizona's Unopposed Motion to Join Amicus Curiae Brief of Amicus States New York, *et al.*, in Support of Defendants (ECF No. 116).

**SO ORDERED.**

February 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE