AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Alliance for Hippocratic Medicine, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22-cv-00223-z |
| U.S. Food and Drug Administration, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Objectors News Media Coalition                                                                                                   .

Date:     03/13/2023

/s/ Peter B. Steffensen
*Attorney's signature*

Peter B. Steffensen (TX - 24106464)
*Printed name and bar number*

SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
*Address*

psteffensen@smu.edu
*E-mail address*

(214) 768-4077
*Telephone number*

(214) 768-1611
*FAX number*

| Print | Save As... | Reset |
|---|---|---|