# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Ms. Nestler:

    Emily B. Nestler
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, D.C. 20005
    (202) 305-0167
    emily.b.nestler@usdoj.gov

Dated: March 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Emily B. Nestler*
Emily B. Nestler (D.C. Bar #973886)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0167
emily.b.nestler@usdoj.gov

*Counsel for Defendants*