# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00223-Z |

### Defendants' Notice of Appeal

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order, entered at ECF No. 137 and dated April 7, 2023.

April 7, 2023

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel

MARK RAZA
Associate General Counsel
U.S. Department of Health
  and Human Services
Chief Counsel
Food and Drug Administration

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

 */s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
JULIE STRAUS HARRIS
Senior Trial Counsel
CHRISTOPHER A. EISWERTH
EMILY NESTLER
KATE TALMOR
Trial Attorneys
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW

Washington, DC 20005
202-305-8693
daniel.s.schwei@usdoj.gov


A<small>RUN</small> G. R<small>AO</small>
Deputy Assistant Attorney General

A<small>MANDA</small> N. L<small>ISKAMM</small>
Acting Director

H<small>ILARY</small> K. P<small>ERKINS</small>
Assistant Director

N<small>OAH</small> T. K<small>ATZEN</small>
Trial Attorney
Consumer Protection Branch