# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, § § § <br> Plaintiffs, § § <br> v. § § <br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, § § § <br> Defendants, § § <br> DANCO LABORATORIES, LLC, § § <br> Intervenor-Defendant. § § | Case No. 2:22-cv-00223-Z |

## DANCO LABORATORIES, LLC'S NOTICE OF APPEAL

Notice is given that Intervenor-Defendant Danco Laboratories, LLC hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order, entered into on April 7, 2023 at ECF No. 137.

Dated: April 7, 2023

Respectfully submitted,

*/s/ Jessica L. Ellsworth*

Ryan Brown
RYAN BROWN ATTORNEY AT LAW
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711

Jessica L. Ellsworth*
Catherine E. Stetson*
Philip Katz*
Lynn W. Mehler*
Kaitlyn A. Golden*

1

        Marlan Golden*
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, D.C. 20004
        Tel:  (202) 637-5600
        jessica.ellsworth@hoganlovells.com

        *admitted *pro hac vice*

        *Counsel for Danco Laboratories, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on April 7, 2023, I electronically filed the foregoing Notice of Appeal using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

        /s/ *Jessica L. Ellsworth*