# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>Defendants,<br><br>and<br><br>Danco Laboratories, LLC,<br><br>Intervenor-Defendant | Case No. 2:22-cv-00223-Z |

**JOINT MOTION TO STAY DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly move this Court to stay Defendants' and Intervenor-Defendant's deadline(s) to answer or respond to Plaintiffs' Complaint. Good cause exists for such a stay, as set forth herein.

1. Plaintiffs filed their Complaint and Motion for Preliminary Injunction on November 18, 2022.

2. On December 8, 2022, on a joint motion by the parties, this Court stayed Defendants' deadline to answer or respond to the Complaint until the Court resolved Plaintiffs' Motion for Preliminary Injunction. ECF No. 13. The Court further ordered that the parties jointly propose a new answer or response deadline within two weeks after this Court's decision on the Motion for Preliminary Injunction. *Id.*

3.   On February 6, 2023, this Court granted Intervenor-Defendant's Motion to Intervene. ECF No. 33.

4.   On April 7, 2023, this Court entered an order granting Plaintiffs' Motion in part. ECF No. 137 (April 7, 2023 Memorandum Opinion and Order). That same day, Defendants and Intervenor-Defendant filed notices of appeal. ECF Nos. 138 & 139. Both appeals remain pending.[1] The Fifth Circuit has expedited the appeals, set a briefing schedule, and scheduled oral argument for May 17, 2023.

5.   In light of the pending appeals, and to conserve the parties' and the Court's resources, the parties propose that Defendants' and Intervenor-Defendant's deadline to answer or respond to the Complaint be stayed until the resolution of Defendants' and Intervenor-Defendant's appeals of this Court's April 7, 2023 Memorandum Opinion and Order. Within two weeks of the resolution of all appellate avenues with respect to this Court's April 7, 2023 Memorandum Opinion and Order, including a petition for certiorari and any related subsequent proceedings, if applicable, the parties will propose a new answer or response deadline.

---

[1] On April 12, 2023, the United States Court of Appeals for the Fifth Circuit partially stayed this Court's April 7, 2023 Memorandum Opinion and Order. On April 14, 2023, Defendants and Intervenor-Defendant sought emergency relief from the Supreme Court. That same day, Justice Alito granted an administrative stay for 5 days. On April 19, 2023, Justice Alito extended the administrative stay for an additional two days, until 11:59 p.m. EDT on April 21, 2023.

Dated: April 21, 2023                                         Respectfully submitted,

/s/ Erik C. Baptist                                          /s/ Noah T. Katzen
ERIK C. BAPTIST, D.C. Bar No. 490159                         NOAH T. KATZEN
ERIN MORROW HAWLEY, D.C. Bar No. 500782*                     Trial Attorney
MATTHEW S. BOWMAN, D.C. Bar No. 993261                       Consumer Protection Branch
ERICA STEINMILLER-PERDOMO, DC Bar No.                        Civil Division
90009737                                                     U.S. Department of Justice
ALLIANCE DEFENDING FREEDOM                                   P.O. Box 386
440 First Street NW, Suite 600                               Washington, DC 20044-0386
Washington, DC 20001                                         (202) 305-2428
Telephone: (202) 393-8690                                    (202) 514-8742 (fax)
Facsimile: (202) 347-3622                                    Noah.T.Katzen@usdoj.gov
ebaptist@ADFlegal.org
ehawley@ADFlegal.org                                         Counsel for Defendants
mbowman@ADFlegal.org
esteinmiller@ADFlegal.org                                    /s/ Jessica L. Ellsworth
                                                             JESSICA L. ELLSWORTH

                                                             RYAN BROWN
                                                             RYAN BROWN ATTORNEY AT LAW
                                                             Texas Bar No. 24073967
                                                             ryan@ryanbrownattorneyatlaw.com
                                                             1222 S. Fillmore Street
                                                             Amarillo, Texas 79101
                                                             Tel: (806) 372-5711

                                                             JESSICA L. ELLSWORTH*
                                                             CATHERINE E. STETSON*
                                                             PHILIP KATZ*
                                                             LYNN W. MEHLER*
                                                             KAITLYN A. GOLDEN*

JULIE MARIE BLAKE, VA Bar No. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

DENISE M. HARLE, GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE,
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dharle@ADFlegal.org

CHRISTIAN D. STEWART, TX Bar No. 24013569
MORGAN WILLIAMSON, LLP
701 S Taylor, Suite 400, LB 103
Amarillo, Texas 79101
Telephone: (806) 358-8116
Facsimile: (806) 350-7642
cstewart@mw-law.com

*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*

MARLAN GOLDEN*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com

*admitted pro hac vice

*Counsel for Danco Laboratories, LLC*