UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, <br><br> and <br><br> Danco Laboratories, LLC, <br><br> Intervenor-Defendant | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

Upon consideration of the parties' Joint Motion to Stay Deadline to Answer or Respond to Complaint, it is ORDERED that the Motion is GRANTED. It is further ORDERED THAT:

1. Defendants' and Intervenor-Defendant's deadline to answer or respond to the Complaint is STAYED; and

2. No later than two weeks after the resolution of all appellate avenues with respect to this Court's April 7, 2023 Memorandum Opinion and Order, including a petition for certiorari and any related proceedings, if applicable, the parties SHALL PROPOSE a

new deadline for Defendants and Intervenor-Defendant to answer or respond to the Complaint.

SO ORDERED.

Date: _____                              _____
                                                   Matthew J. Kacsmaryk
                                                   United States District Court Judge