IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,

Plaintiffs,

v.

2:22-CV-223-Z

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

Defendants.

## ORDER

Before the Court is parties' Joint Motion to Stay Deadline to Answer or Respond to Complaint ("Motion") (ECF No. 143), filed on April 21, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that:

- Defendants' and Intervenor-Defendant's (collectively, "Defendants") deadline to answer or respond to the Complaint is **STAYED**; and

- No later than two weeks after the resolution of all appellate avenues concerning this Court's April 7, 2023, Order, the parties shall propose a new deadline for Defendants to answer or respond to the Complaint.

**SO ORDERED.**

April 25, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE