## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:22-cv-00223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | § § § | |
| Defendants, | § § § | |
| DANCO LABORATORIES, LLC, | § § | |
| Intervenor-Defendant. | § § | |

## MOTION TO WITHDRAW APPEARANCE OF KAITLYN A. GOLDEN

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Intervenor-Defendant, Danco Laboratories, LLC, hereby moves to withdraw the appearance of Kaitlyn A. Golden. (ECF Nos. 23, 38.) Ms. Golden, having appeared in the above-captioned case on behalf of Danco, will no longer work at Hogan Lovells US LLP and will no longer act as counsel for Danco in this action after August 14, 2023. In support of this motion, the undersigned represents that Danco is currently and will continue to be represented by the following counsel:

Ryan Brown
RYAN BROWN ATTORNEY AT LAW
Texas Bar No. 24073967
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711
ryan@ryanbrownattorneyatlaw.com

Jessica L. Ellsworth*
Catherine E. Stetson*
Philip Katz*
Lynn W. Mehler*
Marlan Golden*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal

of the appearance of Kaitlyn A. Golden as counsel for Danco.

Dated: August 14, 2023                          Respectfully submitted,

                                                */s/ Jessica L. Ellsworth*

                                                Ryan Brown
                                                RYAN BROWN ATTORNEY AT LAW
                                                Texas Bar No. 24073967
                                                1222 S. Fillmore Street
                                                Amarillo, Texas 79101
                                                Tel: (806) 372-5711
                                                ryan@ryanbrownattorneyatlaw.com

                                                Jessica L. Ellsworth*
                                                Catherine E. Stetson*
                                                Philip Katz*
                                                Lynn W. Mehler*
                                                Kaitlyn A. Golden*
                                                Marlan Golden*
                                                HOGAN LOVELLS US LLP
                                                555 Thirteenth Street, NW
                                                Washington, D.C. 20004
                                                Tel:  (202) 637-5600
                                                jessica.ellsworth@hoganlovells.com

                                                *admitted pro hac vice*

2

## CERTIFICATE OF CONFERENCE

I certify that on August 14, 2023, counsel for Danco conferred with counsel for all parties regarding this motion.  Counsel are unopposed to this motion.

*/s/ Jessica L. Ellsworth*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I electronically filed the foregoing using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Jessica L. Ellsworth*