# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> DANCO LABORATORIES, LLC, <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF KAITLYN A. GOLDEN

Upon consideration of Intervenor-Defendant Danco Laboratories, LLC's unopposed motion to withdraw the appearance of Kaitlyn A. Golden (ECF No. 145), and any response thereto, it is on this ___ day of _____, 2023, **ORDERED** that the motion is **GRANTED** and that the appearance of Kaitlyn A. Golden as counsel for Danco Laboratories, LLC is withdrawn.

Dated: _____, 2023

_____
Hon. Matthew J. Kacsmaryk
United States District Judge