## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **U.S. FOOD AND DRUG ADMINISTRATION**, et al., ) | Case No. 2:22-cv-00223-Z |
| ) | |
| Defendants, ) | |
| ) | |
| **DANCO LABORATORIES, LLC,** ) | |
| ) | |
| Intervenor-Defendant. ) | |
| ) | |

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL EMILE J. KATZ

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, undersigned counsel Emile J. Katz, admitted *pro hac vice* for Amici Curiae Food and Drug Law Scholars (R. Alta Charo, I. Glenn Cohen, Marsha Cohen, Nathan Cortez, Greer Donley, Rebecca Eisenberg, Henry Greely, George Horvath, Peter Barton Hutt, Joan Krause, Holly Fernandez Lynch, Elizabeth McCuskey, Jennifer Oliva, Jordan Paradise, Christopher Robertson, Joanna Sax, Allison Whelan, Diana Winters, & Patricia Zettler) hereby respectfully moves to withdraw as counsel in the above-styled case.

The undersigned will no longer work at Covington & Burling LLP after August 21 and will no longer act as counsel for Amici Curiae Food and Drug Law Scholars after August 18, 2023.  In support of this motion, the undersigned represents that Amici Curiae Food and Drug Law Scholars will continue to be represented by:

COVINGTON & BURLING LLP
Lewis A. Grossman
Denise Esposito
Robert A. Long
Julia F. Post
Beth Braiterman
Guillaume Julian
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 telephone
(202) 662-6291 facsimile
lgrossman@cov.com
desposito@cov.com
rlong@cov.com
jpost@cov.com
bbraiterman@cov.com
gjulian@cov.com

MULLIN HOARD & BROWN, LLP
Richard Biggs, SBN 24064899
Alysia Córdova, SBN 24074076
500 S. Taylor St., Suite 800
Amarillo, Texas 79101-1656
(806) 372-5050 telephone
(806) 372-5086 facsimile
rbiggs@mhba.com
acordova@mhba.com

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal

of the appearance *pro hac vice* of undersigned counsel Emile J. Katz for Amici Curiae Food and

Drug Law Scholars.

Dated: August 18, 2023                    Respectfully submitted,

                                          */s/ Emile J. Katz*
                                          Emile Katz, D.C. Bar No. 90006190*
                                          COVINGTON & BURLING LLP
                                          850 Tenth Street, NW
                                          Washington, DC 20001

(202) 662-6000 telephone
(202) 662-6291 facsimile
ekatz@cov.com

*admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

I certify that on August 18, 2023, the undersigned conferred with counsel for the parties regarding this motion.  Counsel for the parties do not oppose this motion.

*/s/ Emile J. Katz*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2023, I electronically filed the foregoing using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Emile J. Katz*