IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Motion to Withdraw Appearance of Counsel Kaitlyn A. Golden ("Motion") (ECF No. 145), filed on August 14, 2023. Local Rule 83.12(a) of the United States District Court for the Northern District of Texas provides that "an attorney desiring to withdraw in any case must file a motion to withdraw" and that this motion must "specify the reasons requiring withdrawal and provide the name and address of the succeeding attorney." Because Defendants have specified the reasons for Golden's withdrawal and provided the names and addresses of the succeeding attorneys, the rule is satisfied. The Court hereby **GRANTS** the Motion.

**SO ORDERED.**

August 24, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE