# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 10, 2023



Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101

    No. 23-10362    Alliance Hippocratic Medicine v. FDA  
                        USDC No. 2:22-CV-223

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Renee S. McDonough, Deputy Clerk  
                                  504-310-7673

cc:  
    Mr. Steven H. Aden  
    Ms. Jessica Ring Amunson  
    Mr. Adam B. Aukland-Peck  
    Ms. Charlotte Baigent  
    Mr. Erik Baptist  
    Ms. Cynthia Barmore  
    Mr. Cody S. Barnett  
    Ms. Amanda Beane  
    Mr. Boris Bershteyn  
    Ms. Julie Marie Blake  
    Mr. Matthew Scott Bowman  
    Ms. Kendall Tappan Burchard  
    Mr. John J. Bursch  
    Ms. Elizabeth A. Charles  
    Mr. Anthony Scott Chinn  
    Mr. Ben E. Clayton

```
Mr.  Joshua Paul Clayton
Mr.  Richard Dearing
Mr.  Joshua M. Divine
Ms.  Margaret Dotzel
Ms.  Jessica Lynn Ellsworth
Mr.  John Patrick Elwood
Mr.  Charles William Fillmore
Mr.  Roger K. Gannam
Ms.  Emily Gerry
Mr.  Marlan Golden
Ms.  Elissa Graves
Ms.  Stephanie L. Gutwein
Ms.  Heather Gebelin Hacker
Ms.  Denise Harle
Ms.  Sarah Elaine Harrington
Ms.  Erin Morrow Hawley
Mr.  David Ray Hogue
Ms.  Alyssa Howard
Mrs. Jayme Alyse Jonat
Mr.  Robert J. Katerberg
Mr.  Philip Katz
Mr.  Thomas S. Leatherbury
Mr.  Peter Dominick Lepiscopo
Mr.  Robert Allen Long Jr.
Ms.  Janice Mac Avoy
Mr.  Justin Lee Matheny
Ms.  Megan McGuiggan
Ms.  Lynn Whipkey Mehler
Mr.  Paul Alessio Mezzina
Mr.  Christopher Morten
Ms.  Ester Murdukhayeva
Ms.  Rachel Neil
Mr.  Warren Norred
Mr.  Allan Edward Parker Jr.
Mr.  Hugh Carleton Phillips
Ms.  Rona Proper
Mr.  Michael S. Raab
Mr.  Joshua Rosenthal
Mr.  Nicolas Sansone
Mr.  Dean John Sauer
Mr.  Gene C. Schaerr
Ms.  Eva Marie Schifini
Mr.  Andrew Layton Schlafly
Mr.  William B. Schultz
Mr.  Daniel Schwei
Mr.  Jordan Dentler Segall
Ms.  Shannon Rose Selden
Mr.  Michael Francis Smith
Mr.  Samuel Spital
Mrs. Cristina Martinez Squiers
Ms.  Danielle Desaulniers Stempel
Ms.  Catherine Emily Stetson
Mr.  Christian D. Stewart
Ms.  Simona Strauss
Ms.  Eva Temkin
Mr.  John F. Walsh III
Mr.  John Marc Wheat
Mr.  Edward Lawrence White
Ms.  Grace Zhou
```

Ms. Allison M. Zieve