IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRACTIC ) <br> MEDICINE, on behalf of itself, its member ) <br> Organizations, their members, and these ) <br> Members' patients, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. FOOD AND DRUG ) <br> ADMINISTRATION, et al. ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-00223 |

**THE STATES OF MISSOURI, KANSAS, AND IDAHO'S MOTION TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24(a) and (b), the States of Missouri, Kansas, and Idaho (collectively, "Intervenors") respectfully move for leave to intervene as plaintiffs in the above-captioned case. Intervenors seek to intervene to assert the claims raised in their complaint in intervention attached to this motion. The accompanying Suggestions in Support of Intervenors' Motion to Intervene sets out why the Court should grant Intervenors' motion. A proposed complaint in intervention is attached as Exhibit 1, and an Appendix of exhibits to Intervenors' proposed complaint in intervention is attached as Exhibit 2.

**CERTIFICATE OF CONFERENCE**

Plaintiffs consent to this request. Defendants oppose it. Pursuant to Local Rule 7.1, between October 31 and November 1, 2023, counsel for Missouri (Joshua Divine) conferred with counsel for the Federal Government (Daniel Schwei) who said that the Federal Government opposes intervention "because we do not believe that Missouri satisfies the requirements for intervention." The States disagree and so file this motion.

1

| | |
|---|---|
| Dated: November 3, 2023 | Respectfully submitted, |

| | |
|---|---|
| **ANDREW BAILEY**<br>Missouri Attorney General | **RAÚL R. LABRADOR**<br>Idaho Attorney General |
| /s/ *Joshua M. Divine*<br>Joshua M. Divine, #69875MO<br>*Solicitor General*<br>*Maria Lanahan, #65956MO<br>*Deputy Solicitor General*<br>*Samuel C. Freedlund, #73707MO<br>*Deputy Solicitor General* | /s/ Joshua N. Turner<br>*Joshua N. Turner, #12193ID<br>Acting Solicitor General<br>James E.M. Craig, #6365ID<br>Acting Division Chief |
| Office of the Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102<br>(573) 751-8870<br>(573) 751-0774 (fax)<br>Josh.Divine@ago.mo.gov<br>Maria.Lanahan@ago.mo.gov<br>Samuel.Freedlund@ago.mo.gov | Idaho Office of<br>the Attorney General<br>700 W. Jefferson St., Suite 210<br>Boise, ID 83720<br>(208) 334-2400<br>josh.turner@ag.idaho.gov<br>james.craig@ag.idaho.gov<br><br>*Counsel for Proposed Plaintiff-Intervenors*<br><br>* *pro hac vice applications forthcoming* |
| **KRIS W. KOBACH**<br>Attorney General of Kansas | |
| s/ Erin B. Gaide<br>*Erin B. Gaide, #29691KS<br>Assistant Attorney General | |
| Office of the Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612<br>(785) 296-7109<br>(785) 296-3131 (fax)<br>Erin.Gaide@ag.ks.gov | |