IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:22-CV-223-Z |

**ORDER**

Before the Court is Missouri, Kansas, and Idaho's (collectively, "the States") Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 153), filed on November 3, 2023. The States "move the Court under Local Rule 83.10(a) to waive the requirement to obtain local counsel who resides or has a principal office located within 50 miles of the courthouse." *Id.* And in the alternative, "the States ask for the Court to stay that requirement temporarily." *Id.*

This Court has routinely waived Rule 83.10(a)'s requirement for local counsel in this case. *See* ECF No. 94 (granting several such motions). Moreover, the States persuasively argue that they, as sovereign states, are similarly situated to attorneys appearing on behalf of the Federal Government or the Texas Attorney General — all of which are exempted by the Rule. ECF No. 153 at 1. Accordingly, the Court **GRANTS** the Motion and waives the requirement as to the States.

**SO ORDERED.**

November 7, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE