IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:22-CV-223-Z |

**ORDER**

Before the Court is Defendants' Motion to Hold in Abeyance the Motion to Intervene filed by the States of Missouri, Kansas, and Idaho ("Motion") (ECF No. 155), filed November 9, 2023. Defendants ask this Court to hold in abeyance the motion to intervene (ECF No. 151) pending Supreme Court proceedings regarding this Court's April 7, 2023 order. ECF No. 155 at 1. And in the alternative, Defendants ask the Court to extend their deadline for responding to the motion to intervene until 30 days after the resolution of this Motion. *Id.*

The Court declines to hold the motion to intervene in abeyance but agrees that "additional time is warranted to allow Defendants to review . . . voluminous materials submitted in connection with the States' [motion to intervene]." *Id.* at 6. Accordingly, the Motion is **GRANTED IN PART**. Defendants are **ORDERED** to respond to the motion to intervene **within 30 days of this Order**.

**SO ORDERED**.

November 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE