IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>Defendants. | Case No. 2:22-cv-00223-Z |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL DENISE M. HARLE

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel Denise M. Harle for Plaintiffs, Alliance for Hippocratic Medicine, American Association of Pro-Life Obstetricians and Gynecologists, American College of Pediatricians, Christian Medical & Dental Associations, Shaun Jester, D.O., Regina Frost-Clark, M.D., Tyler Johnson, D.O., and George Delgado, M.D., hereby moves to withdraw as counsel in the above-styled case.

The undersigned no longer works at Alliance Defending Freedom and will no longer act as counsel for Plaintiffs. In support of this motion, the undersigned represents that Plaintiffs will continue to be represented by the following counsel:

1

ERIK C. BAPTIST, D.C. Bar No. 490159
ERIN MORROW HAWLEY, D.C. Bar No. 500782*
MATTHEW S. BOWMAN, D.C. Bar No. 993261
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
ebaptist@ADFlegal.org
ehawley@ADFlegal.org
mbowman@ADFlegal.org

JULIE MARIE BLAKE, VA Bar No. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

CHRISTIAN D. STEWART, TX Bar No. 24013569
MORGAN WILLIAMSON, LLP
701 S Taylor, Suite 400, LB 103
Amarillo, Texas 79101
Telephone: (806) 358-8116
Facsimile: (806) 350-7642
cstewart@mw-law.com

WHERFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of undersigned, Denise M. Harle, as counsel for Plaintiffs.

Respectfully submitted this December 19, 2023.

By: s/ *Denise M. Harle*
DENISE HARLE, GA BAR NO. 176758
Shutts & Bowen
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

2

Telephone: (850) 241-1727
DHarle@shutts.com

3

**CERTIFICATE OF CONFERENCE**

I certify that on December 19, 2023, counsel for Plaintiffs conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

*s/ Denise M. Harle*
DENISE M. HARLE

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2023, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*s/ Denise M. Harle*
DENISE M. HARLE