IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its member organizations, their members, and these members' patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, et al.,<br><br>Defendants. | **Case No. 2:22-cv-00223-Z** |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL ERICA STEINMILLER-PERDOMO**

Before the Court is Plaintiffs' Motion to Withdraw Appearance of Counsel of Erica Steinmiller-Perdomo ("Motion") (ECF No. ___), filed on December 19, 2023. Local Rule 83.12(a) of the United States District Court for the Northern District of Texas provides that "an attorney desiring to withdraw in any case must file a motion to withdraw" and that this motion must "specify the reasons requiring withdrawal and provide the name and address of the succeeding attorney." Because Plaintiffs have specified the reasons for Ms. Steinmiller-Perdomo's withdrawal and provided the names and addresses of the succeeding attorneys, the rule is satisfied. The Court hereby **GRANTS** the Motion.

    **SO ORDERED.**

2

December \_\_\_, 2023

                                                  _____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE