UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-00223-Z |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO STATES' MOTION TO INTERVENE**

Pursuant to Fed. R. Civ. P. 6, the States of Missouri, Kansas, and Idaho respectfully request an extension of time to file a Reply to their Motion to Intervene. In support of this request, the States state as follows:

1. The States filed a Motion to Intervene on November 3, 2023. Dkt. No. 151.

2. On November 16, the Court gave Defendants a 30-day extension of time to file a response.

3. Defendants' Opposition to the States' Motion to Intervene was filed on December 15, 2023. Dkt. No. 163.

4. Intervenor-Defendant filed a response in opposition on December 18. Dkt. 164.

1

5. Due to the press of other business, the States seek an extension of time up to and including January 5, 2024, to file their reply.

6. The States conferred with Defendants and Intervenor-Defendant on December 18 and 19, who both consented to this extension.

WHEREFORE the States of Missouri, Kansas and Idaho respectfully request this Court grant their Motion for Extension of Time to file their Reply up to and including January 5, 2024.

| | |
|---|---|
| Dated:        December 19, 2023 | Respectfully submitted, |

<table>
<tr><td>

**ANDREW BAILEY**
Missouri Attorney General

/s/ *Joshua M. Divine*
Joshua M. Divine, #69875MO
*Solicitor General*
*Maria Lanahan, #65956MO
*Deputy Solicitor General*
*Samuel C. Freedlund, #73707MO
*Deputy Solicitor General*

Office of the Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
(573) 751-0774 (fax)
Josh.Divine@ago.mo.gov
Maria.Lanahan@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

</td><td>

**RAÚL R. LABRADOR**
Idaho Attorney General

/s/ *Joshua N. Turner*
*Joshua N. Turner, #12193ID
Acting Solicitor General
James E.M. Craig, #6365ID
Acting Division Chief

Idaho Office of
the Attorney General
700 W. Jefferson St., Suite 210
Boise, ID 83720
(208) 334-2400
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

*Counsel for Proposed Plaintiff-Intervenors*

* *pro hac vice applications forthcoming*

</td></tr>
</table>

**KRIS W. KOBACH**
Attorney General of Kansas

s/ Erin B. Gaide
*Erin B. Gaide, #29691KS
Assistant Attorney General

Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
(785) 296-7109
(785) 296-3131 (fax)
Erin.Gaide@ag.ks.gov

3

**CERTIFICATE OF CONFERENCE**

I certify that on December 18 and 19, 2023, counsel for the States conferred with counsel for Defendants and Intervenor-Defendant who both consented to this extension.

*/s/ Joshua M. Divine*
JOSHUA M. DIVINE

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ Joshua M. Divine*
JOSHUA M. DIVINE