IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:22-CV-223-Z |

# ORDER

Before the Court is Missouri, Kansas, and Idaho's ("States") Unopposed Motion for Extension of Time to File Reply to States' Motion to Intervene ("Motion") (ECF No. 167), filed December 19, 2023. Specifically, the States request "an extension of time up to and including January 5, 2024, to file their reply." *Id.* at 2.

This Court has generously granted extensions to all parties. *See, e.g.*, ECF No. 159 (granting Defendants a 30-day extension of time to file a response to the States' motion to intervene). In keeping with that trend, the Court **GRANTS** the Motion. The States are **ORDERED** to file their reply **on or before January 5, 2024**.

**SO ORDERED**.

December 21, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE