IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court are Plaintiffs' Motions to Withdraw Appearance of Counsel Denise M. Harle and Erica Steinmiller-Perdomo (ECF Nos. 165–166), filed on December 19, 2023. In support, Plaintiffs explain that Harle "no longer works at Alliance Defending Freedom ("ADF") and will no longer act as counsel for Plaintiffs" and Steinmiller-Perdomo "has moved into another position at ADF where she no longer acts as [Plaintiffs' counsel]." ECF Nos. 165 at 1; 166 at 1. And Plaintiffs identify the attorneys that will continue to represent them in the above-styled natter.

Local Rule 83.12(a) of the Northern District of Texas provides that "an attorney desiring to withdraw in any case must file a motion to withdraw" and that this motion must "specify the reasons requiring withdrawal and provide the name and address of the succeeding attorney." Plaintiffs have fulfilled these requirements. Accordingly, the Motions are **GRANTED**.

**SO ORDERED.**

December 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE