IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**,      CASE NO. 2:22-cv-00223-z
*et al.*,

    Plaintiffs,

v.

**U.S. FOOD AND DRUG ADMINISTRATION**,
*et al.*,

    Defendants.

### UNOPPOSED MOTION FOR SUBSTITUTION OF NATHAN MOELKER AND WITHDRAWAL OF EDWARD WHITE AS COUNSEL FOR AMICUS CURIAE AMERICAN CENTER FOR LAW AND JUSTICE

Pursuant to Local Rules 7.1 and 83.12(d), amicus curiae American Center for Law and Justice (ACLJ) moves this Court for an order substituting Attorney Nathan Moelker and withdrawing Attorney Edward White as its counsel in this action. Attorneys Moelker and White are both attorneys with the ACLJ. Attorney White filed the ACLJ's amicus brief in this case, Doc. 105, and will be retiring from the ACLJ. The substitution of Attorney Moelker and withdrawal of Attorney White as counsel for amicus curiae ACLJ will cause no prejudice to any party and will cause no delay in this action. This motion is unopposed, and a proposed order accompanies this motion.

Accordingly, for the above-stated reasons, the ACLJ respectfully requests that this Court grant this motion and substitute Nathan Moelker and withdraw Edward White as its counsel in this action and remove Attorney White from the Court's electronic service list so that no further pleadings or other documents be served on him in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Nathan Moelker |
| Edward L. White | Nathan Moelker |
| (N.D. Tex. Bar No. P62485MI) | (N.D. Tex. Bar No. 98313VA) |
| American Center for Law & Justice | American Center for Law & Justice |
| 3001 Plymouth Road, Suite 203 | 201 Maryland Ave., NE |
| Ann Arbor, Michigan 48105 | Washington, DC 20001 |
| Telephone: (734) 680-8007 | Telephone: (202) 546-8890 |
| Facsimile: (734) 680-8006 | Facsimile: (202) 546-9309 |
| ewhite@aclj.org | nmoelker@aclj.org |
|  | *Counsel for the American Center for Law & Justice* |

## CERTIFICATE OF CONFERENCE UNDER LOCAL RULE 7.1

Before filing this motion, the undersigned counsel conferred with counsel for Plaintiffs, Defendants, and Intervenor Danco Laboratories. They have authorized the undersigned counsel to state that they do not oppose this motion.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 4, 2024, the above motion and the accompanying proposed order were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

/s/ Nathan Moelker
Nathan Moelker
(N.D. Tex. Bar No. 98313)
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
nmoelker@aclj.org

*Counsel for the American Center for Law & Justice*