IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**,     **CASE NO. 2:22-cv-00223-z**
*et al*.,

     Plaintiffs,

v.

**U.S. FOOD AND DRUG ADMINISTRATION**,
*et al*.,

     Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE NATHAN MOELKER AND WITHDRAW EDWARD WHITE AS COUNSEL FOR AMICUS CURIAE AMERICAN CENTER FOR LAW AND JUSTICE**

     Before the Court is the unopposed motion of the American Center for Law and Justice (ACLJ) to substitute Nathan Moelker and withdraw Edward White as its counsel in this action. The Court GRANTS the motion. Attorney Moelker is substituted as counsel for amicus ACLJ in this action and Attorney White is withdrawn as counsel for amicus ACLJ and is removed from this Court's electronic service list so no further pleadings or other documents are served on him in this action.

     **SO ORDERED.**

     January ___, 2024

                                                                                     _____
                                                                                     Hon. Matthew J. Kacsmaryk
                                                                                     U.S. District Judge