IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALLIANCE FOR HIPPOCRATIC
MEDICINE, *et al.*,

      Plaintiffs,

v.

                                      2:22-CV-223-Z

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

      Defendants.

## ORDER

Before the Court is the American Center for Law and Justice's ("ACLJ") Unopposed Motion for Substitution of Nathan Moelker and Withdrawal of Edward White as Counsel for *Amicus Curiae* American Center for Law and Justice ("Motion") (ECF No. 171), filed January 4, 2024. In support, the ACLJ shows that Mr. White — who filed the ACLJ's *amicus* brief in this case — will be retiring. *Id.* at 1. And it avers that the withdrawal of Mr. White and substitution of Mr. Moelker "as counsel for *amicus curiae* ACLJ will cause no prejudice to any party" or "delay in this action." *Id.*

Withdrawal and substitution of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to withdraw Mr. White and substitute Mr. Moelker as counsel for the ACLJ in this action and remove Mr. White from the Court's electronic service list.

      **SO ORDERED**.

      January __4__, 2024

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE