IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Idaho's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 170), filed January 3, 2024. James E. M. Craig is an attorney licensed to practice in Idaho. *Id.* at 2. This Court has largely waived the local counsel requirement given the nature of this case. *See, e.g.*, ECF Nos. 123, 119, 101, 94. Accordingly, the Court **GRANTS** the Application.

**SO ORDERED.**

January ___, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE