UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Alliance for Hippocratic Medicine, et al　§
　　　　　　　*Plaintiff*　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　v.　　　　　　　　　　　　§　Case No. :22-cv-00223-Z
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
US FDA, et al　　　　　　　　　　　　　§
　　　　　　　*Defendant*　　　　　　　§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**　Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of Kansas Attorney General　　　　　　　　　　　　　　　　, with offices at

120 SW 10th Avenue, 2nd Floor
(Street Address)

Topeka　　　　　　　　　　　　　　　KS　　　　　　　66612
(City)　　　　　　　　　　　　　　　(State)　　　　　(Zip Code)

(785) 296-7109　　　　　　　　　　　(785) 296-3131
(Telephone No.)　　　　　　　　　　　(Fax No.)

**II.**　Applicant will sign all filings with the name Erin B. Gaide　　　　　　　　　.

**III.**　Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Intervenor State of Kansas

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____Kansas_____, where Applicant regularly practices law.

Bar license number: 29691     Admission date: September 26, 2023

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Tenth Circuit Court of Appeals | March 22, 2023 | Active |
| Colorado | October 31, 2022 | Active |
|  |  |  |
|  |  |  |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A _____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

N/A _____, who has offices at

_____
(Street Address)

_____    _____    _____
(City)                                                  (State)                     (Zip Code)

_____    _____
(Telephone No.)                                       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  12  day of  January , 2024 .

                                                             Erin B. Gaide
                                                             Printed Name of Applicant

                                                             Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.