UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> State of Missouri, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> *v.* <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, <br><br> and <br><br> Danco Laboratories, LLC, <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**[Proposed] Order Granting Defendants' Unopposed Motion to Stay Deadline to Answer or Respond to Intervenor-Plaintiffs' Complaint**

Before the Court is Defendants' Unopposed Motion to Stay Deadline to Answer or Respond to Intervenor-Plaintiffs' Complaint ("Motion") (ECF No. 179), filed on January 19, 2024. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that:

- Defendants' and Intervenor-Defendant's (collectively, "Defendants") deadline to answer or respond to the Intervenor-Plaintiffs' Complaint is **STAYED**; and

- No later than two weeks after the resolution of all appellate avenues concerning this Court's April 7, 2023, Order, the parties shall propose a new deadline for Defendants to answer or respond to the Intervenor-Plaintiffs' Complaint.

**SO ORDERED.**

January ___, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE