IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion to Stay Deadline to Answer or Respond to Intervenor-Plaintiffs' Complaint ("Motion") (ECF No. 179), filed January 19, 2024. To avoid any "potential ambiguity" regarding Defendants' deadline for responding to Intervenor-Plaintiffs' Complaint, "the United States respectfully requests that the Court enter the same stay order currently in effect with respect to Plaintiffs' Complaint . . . ." *Id.* at 2.

Having reviewed the Motion, the Court **GRANTS** the Motion. Defendants' deadline to answer or respond to Intervenor-Plaintiffs' Complaint is hereby **STAYED**, and the parties are **DIRECTED** to propose — no later than two weeks after the resolution of all appellate avenues concerning this Court's April 7, 2023 Order — a new deadline for Defendants to answer or respond to both Complaints.

**SO ORDERED.**

January 24, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE