IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No.  2:22-CV-223-2-Z |
| v. | ) ) ) | |
| U.S. FOOD AND DRUG ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Missouri's Application for Admission Pro Hac Vice filed by Samuel C. Freedlund on January 31, 2024.  Samuel C. Freedlund is an attorney licensed to practice in Missouri.  This Court has waived the local counsel requirement. See, ECF No. 154.  Accordingly, the Court GRANTS the Application.

SO ORDERED.

Dated: _____         _____
                             MATTHEW J. KACSMARYK
                             UNITED STATES DISTRICT JUDGE