IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Missouri's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 181), filed January 31, 2024. Samuel C. Freedlund is an attorney licensed to practice in Missouri. *Id.* at 2. And he practices with the Office of the Missouri Attorney General. *Id.* at 1.

This Court has routinely waived the local counsel requirement given the nature of this case. *See, e.g.*, ECF Nos. 178, 174, 123, 119, 101, 94. Accordingly, the Court **GRANTS** the Application.

**SO ORDERED**.

February 2, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE