# United States District Court
# Northern District of Texas
# Office of the Clerk

Amarillo Division
205 East 5th Room 133
Amarillo, TX 79101-1559

February 7, 2024

Clerk
U.S. Supreme Court
1 First Street, NE
Washington, DC 20543

SUBJECT:   Appeal Record No. 23-10362 re: Alliance Hippocratic Medicine v FDA USDC No. 2:22-CV-223-Z

Dear Clerk:

In connection with the appeal cited above, the following documents are transmitted:

- [x] Copy of the notice of appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.
- [ ] Copy of the notice of cross-appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.
- [x] Record on appeal consisting of __13__ volume(s) of the record;
  - __2__ Volume(s) of the transcript
  - ____ Volume(s) of depositions
  - ____ Container(s) of exhibits
  - ____ Folder(s) of State Court Papers
  - __1__ Sealed documents
  - ____ Audio Visual Tapes

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT

- [ ] Supplemental record, including updated docket entries
- [ ] Other: _____

In regard to the notice of appeal, the following additional information is furnished:

- [x] The Court of Appeals docket fee   has   been paid
- [ ] This case is proceeding *in forma pauperis*
- [ ] A motion to proceed *in forma pauperis* on appeal is currently pending in district court.
- [ ] This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act.
- [ ] The presiding judge entering the final judgment is: _____
- [ ] The court reporter assigned to this case is: _____
- [ ] This case was decided without a hearing, therefore there will be no transcript.
- [x] UPS or FedEx Tracking #: 7751 0975 7131

Sincerely,
KAREN MITCHELL
Clerk of Court

By: /s/ Christopher Kordes
Deputy Clerk

cc: