February 09, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775109757131

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | J.FLANAGAN | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | WASHINGTON, DC, |
| | | **Delivery date:** | Feb 9, 2024 10:23 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775109757131 | **Ship Date:** | Feb 8, 2024 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
WASHINGTON, DC, US,

**Shipper:**  
AMARILLO, TX, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

Case 2:22-cv-00223-Z   Document 185   Filed 02/09/24   Page 1 of 3   PageID 6465

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | RE: Appeal Record No. 23-10362 re: Alliance Hippocratic Medicine v FDA USDC No. 2:22-CV-223-Z |
| **Date:** | Friday, February 9, 2024 9:06:21 AM |
| **Attachments:** | image001.png |

Great, thanks

Have a nice weekend.

                                 Office of the Clerk

Supreme Court of the United States
1 First St., NE
Washington, D.C. 20543
202-479-3135

---

**From:**
**Sent:** Friday, February 9, 2024 9:32 AM
**To:**
**Cc:**
**Subject:** FW: Appeal Record No. 23-10362 re: Alliance Hippocratic Medicine v FDA USDC No. 2:22-CV-223-Z

---

**From:** Christopher Kordes
**Sent:** Thursday, February 8, 2024 8:28 AM
**To:**
**Subject:** Appeal Record No. 23-10362 re: Alliance Hippocratic Medicine v FDA USDC No. 2:22-CV-223-Z

Good morning,

I am transmitting the electronic appeal record referenced above to the Supreme Court of the United States per United States Court of Appeals 5th Circuit attached Order dated 2/6/2024.

Thank you,