UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Alliance for Hippocratic Medicine et al | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00223-Z |
| | § | |
| | § | |
| U.S. Food and Drug Administration et al | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Idaho Office of the Attorney General                                                    , with offices at

700 W. Jefferson Street, Room 210
(Street Address)

Boise                                              ID                     83720
(City)                                             (State)                (Zip Code)

208-334-2400                                       208-854-8071
(Telephone No.)                                    (Fax No.)

**II.**    Applicant will sign all filings with the name Joshua N. Turner                                     .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of Idaho

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

<div style="float:right; border:1px solid black;">For Court Use Only.<br>Bar StatusVerified:<br><br>_____</div>

_____Idaho_____, where Applicant regularly practices law.

Bar license number: 12193          Admission date: May 5, 2023_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court, District of Idaho | 06/05/2023 | Acitve |
| Ninth Circuit Court of Appeals | 03/23/2023 | Active |
| | | |
| | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

 NA

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

 NA

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

 NA

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 Oct. 12, 2023                     2-23-cv-16

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

 See Docket 154                                                                                         , who has offices at

(Street Address)

(City)                                                          (State)              (Zip Code)

(Telephone No.)                                      (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    27    day of February                         , 2024      .

 Joshua N. Turner
Printed Name of Applicant

 /s/ Joshua N. Turner
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.