IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Kansas's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 188), filed August 23, 2024. Abhishek Kambli is an attorney licensed to practice in Kansas. *Id.* at 2. And he practices with the Kansas Office of the Attorney General. *Id.* at 1. Mr. Kambli represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas and that he will comply with the standards set forth therein. The Court waives the local counsel requirement per Local Rule 83.10. Accordingly, the Court **GRANTS** the Application.

**SO ORDERED.**

September 3, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE