# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                       USDC No. 2:22-CV-223

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate forthwith and a copy of the court's opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Mary Frances Yeager, Deputy Clerk
                                       504-310-7686

cc:   Mr. Steven H. Aden
      Ms. Jessica Ring Amunson
      Mr. Adam B. Aukland-Peck
      Ms. Charlotte Baigent
      Mr. Erik Baptist
      Ms. Cynthia Barmore
      Mr. Cody S. Barnett
      Ms. Amanda Beane
      Mr. Boris Bershteyn
      Ms. Julie Marie Blake
      Mr. Matthew Scott Bowman
      Ms. Kendall Tappan Burchard
      Mr. John J. Bursch
      Ms. Alyssa Howard Card
      Ms. Elizabeth A. Charles

```
Mr. Anthony Scott Chinn
Mr. Ben E. Clayton
Mr. Joshua Paul Clayton
Mr. Richard Dearing
Mr. Joshua M. Divine
Ms. Margaret Dotzel
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Mr. Charles William Fillmore
Mr. Roger K. Gannam
Ms. Emily Gerry
Mr. Marlan Golden
Ms. Elissa Graves
Ms. Stephanie L. Gutwein
Ms. Heather Gebelin Hacker
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Mr. David Ray Hogue
Mrs. Jayme Alyse Jonat
Mr. Robert J. Katerberg
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. Peter Dominick Lepiscopo
Mr. Robert Allen Long Jr.
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Christopher Morten
Ms. Ester Murdukhayeva
Ms. Rachel Neil
Mr. Warren Norred
Mr. Allan Edward Parker Jr.
Mr. Hugh Carleton Phillips
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua A. Rosenthal
Mr. Nicolas Sansone
Mr. Dean John Sauer
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. Alan E. Schoenfeld
Mr. William B. Schultz
Mr. Daniel Schwei
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Mr. Michael Francis Smith
Mr. Samuel Spital
Mrs. Cristina Martinez Squiers
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. Walter M. Weber
Mr. John Marc Wheat
```

Ms. Grace Zhou
Ms. Allison M. Zieve