# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al., *Plaintiffs*, v. U.S. FOOD AND DRUG ADMINISTRATION, et al., *Defendants*. | No. 2:22-CV-223-Z |

# MOTION TO SUBSTITUTE COUNSEL

Intervenor Plaintiff State of Idaho files this Motion to Substitute Counsel to alert the Court that Michael A. Zarian will appear as counsel on its behalf in the above-captioned case. Mr. Zarian will replace Joshua N. Turner as lead counsel for the State of Idaho. Mr. Zarian is a member in good standing with the State Bar of Idaho and an inactive member in good standing with the State Bar of Texas. He is admitted to practice in the Northern District of Texas. His contact information is in the signature block below. Joshua N. Turner is to be removed from all notifications and future correspondence in this matter.

DATED this 9th day of October, 2024.

    Respectfully submitted,

    /s/ Michael A. Zarian

    RAUL LABRADOR
    Attorney General

    MICHAEL A. ZARIAN, TX 24115978
    Deputy Solicitor General

    Office of the Attorney General
    P.O. Box 83720
    Boise, Idaho 83720-0010
    Telephone: (208) 947-8776
    michael.zarian@ag.idaho.gov

## CERTIFICATE OF CONFERENCE

Before filing this motion, the undersigned counsel conferred with counsel for Defendants and Intervenor Danco Laboratories, who indicated that they do not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on October 9, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ Michael A. Zarian
Michael A. Zarian