UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,  *Plaintiffs*,  v.  U.S. FOOD AND DRUG ADMINISTRATION, et al.,  *Defendants*. | No. 2:22-CV-223-Z |

**[PROPOSED] ORDER**

Before the Court is Intervenor Plaintiff State of Idaho's Motion to Substitute Counsel ("Motion"), filed October 9, 2024. Idaho moves that Michael A. Zarian replace Joshua N. Turner as lead counsel for the State of Idaho in this case.

Withdrawal and substitution of counsel is governed by Northern District of Texas Local Rule 83.12. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Joshua N. Turner from all notifications and future correspondence in the above-styled case.

**SO ORDERED.**

Dated:_____

                                                                                                         Hon. Matthew J. Kacsmaryk
                                                                                                         U.S. District Judge