IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION *et al.*,<br><br>    Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Intervenor Plaintiff State of Idaho's Motion to Substitute Counsel ("Motion") (ECF No. 192), filed October 9, 2024. Idaho moves that Michael A. Zarian replace Joshua N. Turner as lead counsel for the State of Idaho in this case. *Id.* at 1. "Mr. Zarian is a member in good standing with the State Bar of Idaho and an inactive member in good standing with the State Bar of Texas." *Id.*

Withdrawal and substitution of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion, the Court GRANTS the Motion and DIRECTS the Clerk of the Court to remove Joshua N. Turner from all notifications and future correspondence in this case.

**SO ORDERED.**

October 10, 2024

                                                    MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE