# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>and<br><br>State of Missouri, *et al.*,<br><br>　　　　　　　　Intervenor-Plaintiffs,<br><br>*v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>　　　　　　　　Defendants,<br><br>and<br><br>Danco Laboratories, LLC,<br><br>　　　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3), Defendants hereby respectfully move to dismiss both Plaintiffs' Complaint (ECF No. 1) and the Intervenor States' operative Complaint (ECF No. 176). In the alternative, Plaintiffs' Complaint should be dismissed and the Intervenor States' Complaint should be transferred to a District where venue would be proper—*i.e.*, the District of Columbia, the District of Maryland, the Western District of Missouri, the District of Idaho, or the District of Kansas. The reasons supporting this motion are set forth in the accompanying Memorandum, and a proposed order is attached.

November 1, 2024　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
JULIE STRAUS HARRIS
EMILY NESTLER
Assistant Directors

/s/ *Daniel Schwei*
DANIEL SCHWEI
Special Counsel
CHRISTOPHER A. EISWERTH
KATE TALMOR
Trial Attorneys
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
202-305-8693
daniel.s.schwei@usdoj.gov

BURDEN WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Acting Director

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch

*Counsel for Defendants*