# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　and<br><br>State of Missouri, *et al.*,<br><br>　　　　　　　　Intervenor-Plaintiffs,<br><br>　*v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>　　　　　　　　Defendants,<br><br>　and<br><br>Danco Laboratories, LLC,<br><br>　　　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## **[PROPOSED] ORDER**

　　　　This case comes before the Court upon Defendants' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3). Upon consideration of Defendants' motion, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and accordingly,

　　　　Plaintiffs' Complaint, ECF No. 1, is hereby **DISMISSED** for lack of subject-matter jurisdiction;

　　　　The Intervenor-Plaintiffs' operative Complaint, ECF No. 176, is likewise **DISMISSED**;

　　　　The Intervenor-Plaintiffs' motion for leave to amend their Complaint, ECF No. 195, is hereby **DENIED**; and

Case 2:22-cv-00223-Z     Document 196-1     Filed 11/01/24     Page 2 of 2     PageID 12087

This entire action is hereby **DISMISSED.**

Done and ordered in Amarillo, Texas, this _____ day of _____, 2024.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE