UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,<br>　　　　　　Plaintiffs,<br>　and<br>MISSOURI, KANSAS, and IDAHO,<br>　　　　　　Intervenor-Plaintiffs,<br>　v.<br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br>　　　　　　Defendants,<br>　and<br>DANCO LABORATORIES, LLC,<br>　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**DANCO LABORATORIES, LLC'S MOTION TO DISMISS THE ALLIANCE PLAINTIFFS' COMPLAINT AND THE THREE STATES' COMPLAINT IN INTERVENTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3), Danco Laboratories, LLC moves to dismiss the complaint of Plaintiffs Alliance for Hippocratic Medicine, et al., ECF No. 1, and to dismiss the complaint in intervention of Intervenor-States Missouri, Idaho, and Kansas, ECF No. 176. The reasons for dismissal are set forth in the accompanying Brief. A proposed order is also attached.

Respectfully submitted this 1st day of November, 2024,

<u>*/s/ Jessica L. Ellsworth*</u>
Ryan Brown
RYAN BROWN ATTORNEY AT LAW
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore Street
Amarillo, TX 79101
Tel: (806) 372-5711

Jessica L. Ellsworth*
Catherine E. Stetson*
Philip Katz*
Lynn W. Mehler*
Marlan Golden*
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com

*admitted *pro hac vice*

*Counsel for Danco Laboratories, LLC*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2024, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth
