# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,<br>　　　　　　Plaintiffs,<br>　and<br>MISSOURI, KANSAS, and IDAHO,<br>　　　　　　Intervenor-Plaintiffs,<br>　v.<br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br>　　　　　　Defendants,<br>　and<br>DANCO LABORATORIES, LLC,<br>　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## [PROPOSED] ORDER GRANTING DANCO'S MOTION TO DISMISS

Upon consideration of Danco Laboratories, LLC's Motion to Dismiss, and all papers submitted on the Motion, the Court GRANTS the Motion. The complaint of Plaintiffs Alliance for Hippocratic Medicine, et al., ECF No. 1, and the complaint in intervention of Intervenor-States Missouri, Idaho, and Kansas, ECF No. 176, are hereby DISMISSED. The clerk shall close the case.

So ordered this ___ day of _____, 2024.

_____

Honorable Matthew J. Kacsmaryk
United States District Judge