IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Alliance for Hippocratic Medicine,** et al.**,** | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| and | )<br>) |
| **State of Missouri**, et al., | )<br>) |
| *Intervenor Plaintiffs,* | )<br>) **Case No. 2:22-cv-00223-Z** |
| v. | )<br>) |
| **U.S. Food and Drug Administration**, et al., | )<br>)<br>) |
| *Defendants,* | )<br>) |
| and | )<br>) |
| **Danco Laboratories, LLC**, | )<br>) |
| *Intervenor Defendant.* | )<br>) |

### PRIVATE PLAINTIFFS' NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The private plaintiffs file this voluntarily notice to dismiss without prejudice all claims brought in their complaint as to all defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Complaint, ECF No. 1, No. 2:22-cv-00223-Z.

Private plaintiffs are

- Alliance For Hippocratic Medicine (AHM), on behalf of itself, its member organizations, their members, and these members' patients;

1

- American Association of Pro-Life Obstetricians and Gynecologists (AAPLOG), on behalf of itself, its members, and their patients;

- American College of Pediatricians (ACPeds), on behalf of itself, its members, and their patients;

- Christian Medical & Dental Associations (CMDA), on behalf of itself, its members, and their patients;

- Shaun Jester, D.O., on behalf of himself and his patients;

- Regina Frost-Clark, M.D., on behalf of herself and her patients;

- Tyler Johnson, D.O., on behalf of himself and his patients; and

- George Delgado, M.D., on behalf of himself and his patients.

Respectfully submitted this 19th day of November, 2024.

*/s/ Julie Marie Blake*
**JULIE MARIE BLAKE**
VA Bar No. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

**CHRISTIAN D. STEWART**
TX Bar No. 24013569
MORGAN WILLIAMSON, LLP
701 South Taylor, Suite 440, LB 103
Amarillo, Texas 79101
Telephone: (806) 358-8116
Facsimile: (806) 350-7642
cstewart@mw-law.com

**ERIK CHRISTOPHER BAPTIST**
D.C. Bar No. 490159
**ERIN MORROW HAWLEY**
D.C. Bar No. 500782*
**MATTHEW S. BOWMAN**
D.C. Bar No. 993261
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
ebaptist@ADFlegal.org
ehawley@ADFlegal.org
mbowman@ADFlegal.org

*Attorneys for Private Plaintiffs*
*Admitted pro hac vice