IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
|     Intervenor Plaintiffs. | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
|     Defendants, | |
| and | |
| DANCO LABORATORIES, LLC, | |
|     Intervenor Defendant. | |

**ORDER**

Before the Court is Defendants' and Intervenor Defendant's Unopposed Joint Motion for Extension of Time to File Replies in Support of Federal Defendants' and Danco's Motions to Dismiss ("Motion") (ECF No. 204), filed November 19, 2024. Defendants and Intervenor Defendant request a "four-day extension of time to file their respective reply briefs in support of their motions to dismiss" to set a new deadline of December 6, 2024. ECF No. 204 at 1. They request the extension because of the Thanksgiving holiday, travel, and family commitments. *Id.* at 2. This Court has "generously granted extensions to all parties" in this case. ECF No. 168. Intervenor Plaintiffs do not oppose the Motion. ECF No. 204 at 3. Accordingly, the Motion is **GRANTED**. Defendants and Intervenor Defendant are **ORDERED** to file their respective reply briefs **on or before December 6, 2024.**

**SO ORDERED.**

November 25, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE