IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> STATE OF MISSOURI, *et al.*, <br><br> Intervenor Plaintiffs. <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> DANCO LABORATORIES, LLC, <br><br> Intervenor Defendant. | 2:22-CV-223-Z |

**NOTICE**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) ("Notice") (ECF No. 203), filed November 19, 2024. A Rule 41(a)(1)(A)(i) notice is effective if filed "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. A voluntary dismissal of an action is "self-effectuating . . . no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). This Court has "los[t] jurisdiction" as to Plaintiffs' claims. *Id.* All claims by Intervenor Plaintiffs remain at this juncture.

The Court issues notice accordingly.

November 25, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE