# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>       Plaintiffs,<br><br> and<br><br>State of Missouri, *et al.*,<br><br>       Intervenor-Plaintiffs,<br><br> v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>       Defendants,<br><br> and<br><br>Danco Laboratories, LLC,<br><br>       Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## MOTION TO WITHDRAW APPEARANCE
## OF CHRISTOPHER A. EISWERTH

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Defendants hereby moves to withdraw the appearance of Christopher A. Eiswerth as counsel in the above-styled case.

The undersigned is no longer assigned to handle this matter and will, therefore, no longer be participating in this case. In support of this motion, the undersigned represents that Defendants are currently and will continue to be represented by the following counsel of record:

JULIE STRAUS HARRIS
DANIEL SCHWEI
KATE TALMOR
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005

NOAH T. KATZEN
U.S. Department of Justice
Civil Division, Consumer Protection Branch
450 5th St., NW
Washington, DC 20530

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of Christopher A. Eiswerth as counsel for Defendants.

November 25, 2024                                Respectfully submitted,


*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
202-305-0568
christopher.a.eiswerth@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I certify that on November 25, 2024, counsel for Defendants conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

*/s/ Christopher A. Eiswerth*

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2024, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Christopher A. Eiswerth*