# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>      Plaintiffs,<br><br> and<br><br>State of Missouri, *et al.*,<br><br>      Intervenor-Plaintiffs,<br><br> v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>      Defendants,<br><br> and<br><br>Danco Laboratories, LLC,<br><br>      Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion to withdraw the appearance of Christopher A. Eiswerth, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: _____    _____
                                 Matthew J. Kacsmaryk
                                 United States District Judge