UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>State of Missouri, *et al.*,<br><br>　　　　　　　Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>　　　　　　　Defendants,<br><br>and<br><br>Danco Laboratories, LLC,<br><br>　　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**MOTION TO WITHDRAW APPEARANCE
OF EMILY B. NESTLER**

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Defendants hereby moves to withdraw the appearance of Emily B. Nestler as counsel in the above-styled case.

Since entering an appearance in this case, the undersigned has moved into a different management role in the Federal Programs Branch of the U.S. Department of Justice. The undersigned is no longer assigned to this matter and will, therefore, no longer be participating in this case. In support of this motion, the undersigned represents that Defendants are currently and will continue to be represented by the following counsel of record:

JULIE STRAUS HARRIS
DANIEL SCHWEI
KATE TALMOR
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005

NOAH T. KATZEN
Civil Division, Consumer Protection Branch
450 5th St., NW
Washington, DC 20530

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of Emily B. Nestler as counsel for Defendants.

November 25, 2024                    Respectfully submitted,


                                     */s/ Emily B. Nestler*
                                     Emily B. Nestler
                                     Assistant Branch Director
                                     U.S. Department of Justice
                                     Civil Division, Federal Programs Branch
                                     1100 L St. NW
                                     Washington, DC 20005
                                     202-305-0167
                                     emily.b.nestler@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I certify that on November 25, 2024, counsel for Defendants conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

/s/ Emily Nestler_____

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2024, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

/s/ Emily Nestler_____