UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br>and<br><br>Danco Laboratories, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion to withdraw the appearance of Emily B. Nestler, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: _____ _____
                     Matthew J. Kacsmaryk
                     United States District Judge