IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| Intervenor Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants, | |
| and | |
| DANCO LABORATORIES, LLC, | |
| Intervenor Defendant. | |

# ORDER

Before the Court is Defendants' Motion to Withdraw Appearance ("Motion") (ECF No. 207), filed November 25, 2024. Defendants request that Christopher A. Eiswerth be withdrawn as counsel because he "is no longer assigned to handle this matter." ECF No. 207 at 1. The Motion is unopposed.

Withdraw of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Christopher A. Eiswerth should be withdrawn as counsel in this case.

**SO ORDERED.**

November 26, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE