IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF MISSOURI, *et al.*,

    Intervenor Plaintiffs,

v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

    Defendants,

and

DANCO LABORATORIES, LLC,

    Intervenor Defendant.

2:22-CV-223-Z

**ORDER**

Before the Court is Defendants' Motion to Withdraw Appearance ("Motion") (ECF No. 208), filed November 25, 2024. Defendants request that Emily B. Nestler be withdrawn as counsel because she "has moved into a different management role in the Federal Programs Branch" ECF No. 208 at 1. The Motion is unopposed.

Withdraw of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Emily B. Nestler should be withdrawn as counsel in this case.

**SO ORDERED.**

November 26, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE