# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> State of Missouri, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, <br><br> and <br><br> Danco Laboratories, LLC, <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## MOTION TO WITHDRAW APPEARANCE
## OF JULIE STRAUS HARRIS

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Defendants hereby moves to withdraw the appearance of Julie Straus Harris as counsel in the above-styled case.

Since entering an appearance in this case, the undersigned has moved into a different management role in the Federal Programs Branch of the U.S. Department of Justice. The undersigned is no longer assigned to this matter and will, therefore, no longer be participating in this case. In support of this motion, the undersigned represents that Defendants are currently and will continue to be represented by the following counsel of record:

> DANIEL SCHWEI
> KATE TALMOR
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L St., NW
> Washington, DC 20005
>
> NOAH T. KATZEN
> Civil Division, Consumer Protection Branch
> 450 5th St., NW
> Washington, DC 20530

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of Julie Straus Harris as counsel for Defendants.

December 10, 2024         Respectfully submitted,

> */s/ Julie Straus Harris*
> Julie Straus Harris
> Assistant Branch Director
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L St. NW
> Washington, DC 20005
> 202-353-7633
> julie.strausharris@usdoj.gov

### CERTIFICATE OF CONFERENCE

I certify that on December 9, 2024, counsel for Defendants conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

                    */s/ Julie Straus Harris*_____

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2024, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Julie Straus Harris*