IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| Intervenor Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants, | |
| and | |
| DANCO LABORATORIES, LLC, | |
| Intervenor Defendant. | |

**ORDER**

Before the Court is Defendants' Motion to Withdraw Appearance ("Motion") (ECF No. 213), filed December 10, 2024. Defendants request that Julie Straus Harris be withdrawn as counsel because she "has moved into a different management role in the Federal Programs Branch" ECF No. 213 at 1. The Motion is unopposed. *Id.* at 2.

Withdraw of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Julie Straus Harris should be withdrawn as counsel in this case.

**SO ORDERED**.

December **11**, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE