UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br>and<br><br>Danco Laboratories, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**MOTION TO WITHDRAW APPEARANCE
OF KATE TALMOR**

  Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Defendants hereby moves to withdraw the appearance of Kate Talmor as counsel in the above-styled case.

  Effective tomorrow, January 17, 2025, the undersigned will no longer be employed by the U.S. Department of Justice. In support of this motion, the undersigned represents that Defendants are currently and will continue to be represented by the following counsel of record:

            DANIEL SCHWEI
            U.S. Department of Justice
            Civil Division, Federal Programs Branch

<div style="margin-left: 2em;">
1100 L St., NW  
Washington, DC 20005

NOAH T. KATZEN  
Civil Division, Consumer Protection Branch  
450 5th St., NW  
Washington, DC 20530
</div>

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of Kate Talmor as counsel for Defendants.

January 17, 2025                    Respectfully submitted,

<div style="margin-left: 2em;">
<u>/s/ Kate Talmor</u>  
Kate Talmor  
Senior Counsel  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L St. NW  
Washington, DC 20005
</div>

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred with counsel for all parties by email regarding this motion. Counsel are unopposed to this motion.

<div style="margin-left: 2em;">
<u>/s/ Kate Talmor</u>
</div>