# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>  *v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br>  and<br><br>Danco Laboratories, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), Defendants hereby respectfully move to dismiss the Intervenor States' Amended Complaint (ECF No. 217). Venue in this District is improper, and therefore the States' Amended Complaint should be dismissed, *see* Fed. R. Civ. P. 12(b)(3), or transferred to a District where venue may be proper—*i.e.*, the District of Columbia, the District of Maryland, the Western District of Missouri, the District of Idaho, or the District of Kansas. *See* 28 U.S.C. § 1406(a).

Alternatively, the States' Amended Complaint should be dismissed because this Court lacks Article III jurisdiction over the States' claims; the States failed to administratively exhaust their claims; and the States' challenges to Defendants' 2016 actions are barred by the statute of limitations. *See* Fed. R. Civ. P. 12(b)(1), (6).

The reasons supporting this motion are set forth in the accompanying Memorandum, and a proposed order is attached.

January 18, 2025                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
202-305-8693
daniel.s.schwei@usdoj.gov

AMANDA N. LISKAMM
Director

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch

*Counsel for Defendants*