UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*,<br><br>   Intervenor-Plaintiffs,<br><br> *v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>   Defendants,<br><br> and<br><br>Danco Laboratories, LLC,<br><br>   Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER**

This case comes before the Court upon Defendants' Motion to Dismiss. Upon consideration of Defendants' motion, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and accordingly,

The Intervenor-Plaintiffs' Amended Complaint, ECF No. 217, is hereby **DISMISSED**; and

The Clerk is directed to **CLOSE** this action.

Done and ordered in Amarillo, Texas, this _____ day of _____, 2025.

                _____
                HON. MATTHEW J. KACSMARYK
                UNITED STATES DISTRICT JUDGE