IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br>　　Intervenor Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br>　　Defendants, <br><br> and <br><br> DANCO LABORATORIES, LLC, <br><br>　　Intervenor Defendant. | 2:22-CV-223-Z |

**ORDER**

Before the Court is Defendants' Motion to Withdraw Appearance ("Motion") (ECF No. 216), filed January 16, 2025. Defendants request that Kate Talmor be withdrawn as counsel because she "will no longer be employed by the U.S. Department of Justice." ECF No. 216 at 1. The Motion is unopposed. *Id.* at 2.

Northern District of Texas Local Civil Rule 83.12 governs withdraw of counsel. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Kate Talmor should be withdrawn as counsel in this case.

**SO ORDERED.**

January 21, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE