# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| MISSOURI, KANSAS, and IDAHO,<br><br>　　　　　Intervenor-Plaintiffs,<br><br>　v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　Defendants,<br>　and<br>DANCO LABORATORIES, LLC,<br><br>　　　　　Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

### DANCO LABORATORIES, LLC'S MOTION TO DISMISS INTERVENOR-PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), Danco Laboratories, LLC moves to dismiss the amended complaint in intervention of Intervenor-States Missouri, Idaho, and Kansas, ECF No. 217. The reasons for dismissal are set forth in the accompanying Memorandum. A proposed order is also attached.

Respectfully submitted this 28th day of January, 2025,

<u>/s/ Jessica L. Ellsworth</u>
Ryan Brown
RYAN BROWN ATTORNEY AT LAW
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore Street
Amarillo, TX 79101
Tel: (806) 372-5711

Jessica L. Ellsworth*
Catherine E. Stetson*
Philip Katz*
Lynn W. Mehler*
Marlan Golden*
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com

*admitted *pro hac vice*

*Counsel for Danco Laboratories, LLC*

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2025, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth