## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| MISSOURI, KANSAS, and IDAHO,<br>              Intervenor-Plaintiffs,<br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br>              Defendants,<br>and<br>DANCO LABORATORIES, LLC,<br>              Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## [PROPOSED] ORDER

Upon consideration of Intervenor-Defendant's Motion to Dismiss, and all papers submitted on the Motion, the Court GRANTS the Motion. The amended complaint of Intervenor-States Missouri, Idaho, and Kansas, ECF No. 217, is hereby DISMISSED. The clerk shall close the case.

So ordered this ___ day of _____, 2025.

 

_____

Honorable Matthew J. Kacsmaryk
United States District Judge