IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, et al.,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>U.S. Food and Drug Administration, et al.,<br><br>*Defendants*,<br><br>and<br>Danco Laboratories, LLC,<br><br>*Intervenor-Defendant*. | Case No. 2:22-cv-223 |

## NOTICE OF APPEARANCE

James Rodriguez, of the Office of the Kansas Attorney General, hereby enters an appearance on behalf of Plaintiff State of Kansas. I am admitted and authorized to practice in this court.

Respectfully submitted,

*/s/ James Rodriguez*
James Rodriguez, KS Bar #29172
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel.: (785) 260-3960
Jay.Rodriguez@ag.ks.gov

**CERTIFICATE OF SERVICE**

      I certify that on January 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of this filing to the e-mail addresses on the electronic mail notice list.

                                            */s/ James Rodriguez*
                                            James Rodriguez