UNITED STATES DISTSRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(AMARILLO)

| # | |
|---|---|
| Alliance for Hippocratic Medicine, et al. | |
| v. | Case No. 22-CV-00223-Z |
| U.S. Food and Drug Administration, et al. | |

## MOTION TO WITHDRAW

Abhishek S. Kambli respectfully moves to withdraw as an attorney of record for State of Kansas in this matter. Mr. Kambli will be leaving the employment of the Office of the Kansas Attorney General effective January 31, 2025. Mr. Kambli respectfully requests that the Court withdraw his appearance in this matter. The State of Kansas was orally notified of this withdrawal more than 14 days in advance of this motion and will continue to be represented by Erin Gaide and James Rodriguez from the Office of the Kansas Attorney General.

Respectfully Submitted,

KRIS W. KOBACH
Attorney General

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli, 29788
Deputy Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov

1

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2025, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via CM/ECF to all counsel of record.

/s/ Abhishek S. Kambli
Abhishek S. Kambli, 29788