UNITED STATES DISTSRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(AMARILLO)

| # | |
|---|---|
| Alliance for Hippocratic Medicine, et al. | |
| v. | Case No. 22-CV-00223-Z |
| U.S. Food and Drug Administration, et al. | |

## (PROPOSED) ORDER ON MOTION TO WITHDRAW AS ATTORNEY

This cause is before the Court on the motion to withdraw as attorney Ahbishek S. Kambli as counsel for Plaintiff State of Kansas. The motion to withdraw as attorney is hereby GRANTED.

IT IS SO ORDERED.