IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
|     Intervenor Plaintiffs, | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
|     Defendants, | |
| and | |
| DANCO LABORATORIES, LLC, | |
|     Intervenor Defendant. | |

**ORDER**

Before the Court is the State of Kansas's Motion to Withdraw ("Motion") (ECF No. 224), filed January 30, 2025. Kansas requests that Abhishek S. Kambli be withdrawn as counsel because he "will be leaving the employment of the Office of the Kansas Attorney General." ECF No. 224 at 1.

Northern District of Texas Local Civil Rule 83.12 governs withdraw of counsel. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Abhishek S. Kambli should be withdrawn as counsel in this case.

**SO ORDERED.**

February 3, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE