UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Alliance for Hippocratic Medicine, *et al.*,<br><br>        Plaintiffs,<br><br>  and<br><br>State of Missouri, *et al.*,<br><br>        Intervenor-Plaintiffs,<br><br>  *v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>Danco Laboratories, LLC,<br><br>        Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

### Intervenor-Plaintiffs' Motion for Extension of Time to Respond to Motions to Dismiss and for Leave to File Consolidated Response

Pursuant to Federal Rule of Civil Procedure 6, Intervenor-Plaintiffs the States of Missouri, Kansas, and Idaho, respectfully request (1) leave of this Court to file one brief in response to Defendant U.S. Food and Drug Administration, et al.'s Motion to Dismiss and Intervenor-Defendant Danco Laboratories LLC's Motion to Dismiss and (2) an extension of time to file such response up to and including February 20, 2025. In support of these requests, Intervenor-Plaintiffs state the following:

1. On January 18, 2025, Defendants filed a Motion to Dismiss Intervenor-Plaintiffs' Amended Complaint (ECF 218).

2. On January 28, 2025, Intervenor-Defendant Danco Laboratories LLC filed a Motion to Dismiss Intervenor-Plaintiffs' Amended Complaint (ECF 221).

3. Pursuant to Civil Rule 7.1, Intervenor-Plaintiffs have twenty-one days to respond to each motion.

4. Accordingly, Intervenor-Plaintiffs' response to Defendants' Motion is due on February 10, 2025, and their response to Intervenor-Defendant's Motion is due on February 18, 2025.

5. The Motions to Dismiss contain similar arguments, which lend themselves to a joint response in the interest of judicial economy.

6. Additional time to respond is needed due to scheduled medical leave for one of the undersigned attorneys, the national observance of President's Day on February 17, and the press of business.

7. Accordingly, Intervenor Plaintiffs respectfully request the ability to file one brief in response to both motions to dismiss by February 20, 2025—that is, a 10-day extension to respond to Defendant FDA's motion to dismiss and a 2-day extension to respond to Intervenor-Defendant Danco's motion to dismiss.

8. This extension is requested in good faith.

9. Intervenor-Defendant Danco and Defendant FDA consent to this motion.

Wherefore, Intervenor-Plaintiffs respectfully request a 10-day extension of time to respond to Defendant FDA's motion to dismiss and a 2-day extension of time to respond to Intervenor-Defendant Danco's motion to dismiss.

Dated: February 4, 2025

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
*Joshua Divine, #69875MO
*Solicitor General*
Maria Lanahan, #65956MO
*Samuel C. Freedlund, #73707MO
*Deputy Solicitors General*

Office of the Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8870
Facsimile: (573) 751-0774
Josh.Divine@ago.mo.gov
Maria.Lanahan@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for Intervenor Plaintiff State of Missouri*

**KRIS W. KOBACH**
Attorney General of Kansas

/s/ *Erin B. Gaide*
James Rodriguez, #29172KS
Deputy Attorney General
*Erin B. Gaide, #29691KS
Assistant Attorney General

Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-7109
Facsimile: (785) 296-3131
Erin.Gaide@ag.ks.gov

*Counsel for Intervenor Plaintiff State of Kansas*

**RAÚL R. LABRADOR**
Idaho Attorney General

/s/ *Michael Zarian*
Michael Zarian, #24115978
*Deputy Solicitor General*
**James E.M. Craig, #6365ID
*Chief, Civil Litigation and Constitutional Defense*

Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Telephone: (208) 334-2400
Facsimile: (208) 854-8071
michael.zarian@ag.idaho.gov
james.craig@ag.idaho.gov

*Counsel for Intervenor Plaintiff State of Idaho*

*Admitted pro hac vice
**Pro hac vice application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2025, the foregoing was filed electronically through the Court's electronic filing system and served by email on all parties.

*/s/ Joshua M. Divine*