IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF MISSOURI, *et al.*,

      Intervenor Plaintiffs.

v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

      Defendants,

and

DANCO LABORATORIES, LLC,

      Intervenor Defendant.

2:22-CV-223-Z

**ORDER**

Before the Court is Intervenor Plaintiffs' Motion for Extension of Time to Respond to Motions to Dismiss and for Leave to File Consolidated Response ("Motion") (ECF No. 226), filed February 4, 2025. Intervenor Plaintiffs request a "10-day extension to respond to Defendant FDA's motion to dismiss and a 2-day extension to respond to Intervenor-Defendant Danco's motion to dismiss." ECF No. 226 at 2. The new deadline would be February 20, 2025. *Id.* Intervenor Plaintiffs request the extension because of "medical leave for one of the undersigned attorneys, the national observance of President's Day . . . and the press of business." *Id.* This Court has "generously granted extensions to all parties" in this case. ECF No. 168. Finally, Intervenor Plaintiffs request leave to file one response to the two motions to dismiss because they contain similar arguments, and one response would aid judicial economy. ECF No. 226 at 2. Defendants and Intervenor Defendant do not oppose the Motion. *Id.* Accordingly, the Motion is **GRANTED**.

Intervenor Plaintiffs are **ORDERED** to respond to the pending motions to dismiss with one brief

filed **on or before February 20, 2025**.

      **SO ORDERED**.

      February *10*, 2025

                                MATTHEW J. KACSMARYK
                                UNITED STATES DISTRICT JUDGE

2