UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br>    Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br>    Defendants,<br>and<br>DANCO LABORATORIES, LLC,<br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING GENBIOPRO, INC.'s
MOTION FOR LEAVE TO INTERVENE**

Upon consideration of GenBioPro, Inc.'s Motion for Leave to Intervene and the Memorandum of Points and Authorities in Support thereof, it is hereby ORDERED that the Motion is GRANTED.

So ordered this __ day of _____, 2025

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE