UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>      Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>      Defendants,<br><br>  and<br><br>DANCO LABORATORIES, LLC,<br><br>      Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**GENBIOPRO, INC.'S JOINDER OF PENDING MOTIONS TO DISMISS AND MOTION TO DISMISS INTERVENOR-PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b), proposed Intervenor-Defendant GenBioPro, Inc. ("GenBioPro") hereby moves to dismiss the Intervenor-Plaintiffs' Amended Complaint, ECF No. 217.

GenBioPro adopts, incorporates by reference, and joins in full the motions to dismiss filed by Defendants and Intervenor-Defendant Danco, ECF Nos. 218, 221, and the arguments and requests for relief made in the memoranda in support thereof, ECF Nos. 219, 222. Venue in this District is improper, and Intervenor-Plaintiffs' Amended Complaint therefore should be dismissed or transferred to a District where venue may be proper. *See* Fed. R. Civ. P. 12(b)(3); 28 U.S.C. § 1406(a). Alternatively, Intervenor-Plaintiffs' Amended Complaint should be dismissed because this Court lacks subject matter jurisdiction over Intervenor-Plaintiffs' claims; Intervenor-Plaintiffs failed to exhaust mandatory administrative remedies; and Intervenor-Plaintiffs' challenges to

1

actions allegedly taken by Defendants in or before 2016 are barred by the statute of limitations. *See* Fed. R. Civ. P. 12(b)(1), (6).

| | |
|---|---|
| Dated: February 25, 2025 | Respectfully submitted, |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | */s/ Christopher M. Odell* |
| Skye L. Perryman* | Christopher M. Odell |
| Carrie Y. Flaxman* | Texas Bar No. 24037205 |
| DEMOCRACY FORWARD FOUNDATION | ARNOLD & PORTER KAYE SCHOLER LLP |
| P.O. Box 34553 | 700 Louisiana St., Suite 4000 |
| Washington, D.C. 20043 | Houston, TX 77002-2755 |
| Tel: (202) 448-9090 | (713) 576-2400 |
| sperryman@democracyforward.org | (713) 576-2499 (fax) |
| cflaxman@democracyforward.org | christopher.odell@arnoldporter.com |
| | Daphne O'Connor* |
| | Robert J. Katerberg* |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 601 Massachusetts Avenue, N.W. |
| | Washington, D.C. 20001 |
| | (202) 942-5000 |
| | daphne.oconnor@arnoldporter.com |
| | robert.katerberg@arnoldporter.com |
| | *\* Pro hac vice forthcoming* |
| | *Counsel for GenBioPro, Inc.* |

**CERTIFICATE OF SERVICE**

      I certify that on February 25, 2025, I electronically filed the foregoing Motion for Leave to Intervene using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

                                            */s/ Christopher M. Odell*
                                            Christopher M. Odell