# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br>    Intervenor-Plaintiffs,<br><br>    v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br>    Defendants,<br>  and<br>DANCO LABORATORIES, LLC,<br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## NOTICE OF APPEARANCE

Notice is hereby given that Christopher M. Odell of the law firm Arnold & Porter Kaye Scholer LLP hereby enters his appearance as attorney of record for Intervenor-Defendant, GenBioPro, Inc., in all further proceedings in this cause of action and request that all future notices from the Court, copies and pleadings sent to the parties in interest be sent to him at the following address:

>  Christopher M. Odell
>  Texas State Bar No. 24037205
>  700 Louisiana Street
>  Suite 4000
>  Houston, TX 77002-2755
>  christopher.odell@arnoldporter.com
>  andrew.bergman@arnoldporter.com
>  P: (713) 576-2400
>  F: (713) 576-2499

Dated: February 25, 2025

Respectfully Submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/Christopher M. Odell*
Christopher M. Odell
Tex. Bar No. 24037205
700 Louisiana Street
Suite 4000
Houston, TX 77002-2755
chrisotpher.odell@arnoldporter.com
P: (713) 576-2400
F: (713) 576-2499

*Counsel for Intervenor-Defendant GenBioPro, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of this filing to the e-mail addresses on the electronic mail notice list.

*/s/Christopher M. Odell*
Christopher M. Odell