UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants,<br>  and<br>DANCO LABORATORIES, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

    I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

    I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: February 25, 2025                                          Respectfully submitted,

                                                                       */s/ Christopher M. Odell*
                                                                       Christopher M. Odell
                                                                       Texas Bar No. 24037205
                                                                       ARNOLD & PORTER
                                                                       KAYE SCHOLER LLP

700 Louisiana St., Suite 4000
Houston, TX 77002-2755
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com

*Counsel for GenBioPro, Inc.*

2