UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF MISSOURI, *et al.*,

    Intervenor-Plaintiffs,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

    Defendants,

and

DANCO LABORATORIES, LLC,

    Intervenor-Defendant.

Case No. 2:22-cv-00223-Z

**[PROPOSED] ORDER GRANTING GENBIOPRO, INC.'s
MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Upon consideration of GenBioPro, Inc.'s Motion for Leave to Proceed Without Local Counsel, it is hereby ORDERED that the Motion is GRANTED.

So ordered this ___ day of _____, 2025

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE