IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> Intervenor Plaintiffs. <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> DANCO LABORATORIES, LLC, <br><br> Intervenor Defendant. | 2:22-CV-223-Z |

**ORDER**

Before the Court is GenBioPro, Inc.'s Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 231), filed February 25, 2025. GenBioPro "moves the Court under Local Rule 83.10(a) to waive the requirement to obtain local counsel" because its counsel is in Houston, Texas, and "is familiar with the Local Rules of this Court and available to attend hearings called by the Court on short notice." ECF No. 231 at 1. GenBioPro correctly notes that this Court has freely granted waivers to proceed without local counsel to other parties and amici in this case. *See* ECF No. 94. Accordingly, the Court **GRANTS** the Motion and waives the local counsel requirement for GenBioPro, Inc.

**SO ORDERED.**

February 26, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE