UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| State of Missouri, et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00223-Z |
| | § | |
| | § | |
| U.S. Food and Drug Administration, et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Democracy Forward Foundation _____, with offices at

1445 New York Ave. NW _____
(Street Address)

Washington _____  DC _____  20005 _____
(City)                          (State)         (Zip Code)

202-448-9090 _____  202-796-4426 _____
(Telephone No.)                (Fax No.)

**II.**  Applicant will sign all filings with the name  Carrie Y. Flaxman _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

GenBioPro, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____ District of Columbia _____, where Applicant regularly practices law.

Bar license number: _458681_    Admission date: _6/5/1998_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals DC Circuit | 7/31/2018 | Active |
| U.S. Court of Appeals Fifth Circuit | 5/9/2012 | Active |
| U.S. Court of Appeals Fourth Circuit | 2/5/2003 | Active |
| Please see attached. | N/A | N/A |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
| --- | --- |
| 9/4/2024 | Flint Avenue, LLC v. U.S. Dep't of Labor, et al., No. 5:24-cv-00130 |
| 1/17/2025 | Texas v. U.S. Dep't of Health and Human Services et al., No. 24-cv-204 |
| 1/17/2025 | Purl, M.D., et al v. U.S. Dep't of HHS et al., No. 24-cv-00228 |

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Christopher M. Odell of Arnold & Porter Kaye Scholer LLP _____, who has offices at

700 Louisiana St., Suite 4000
(Street Address)

Houston                                    TX                    77002-2755
(City)                                        (State)               (Zip Code)

713-576-2400                                  713-576-2499
(Telephone No.)                               (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    27th    day of February                    , 2025    .

Carrie Y. Flaxman
Printed Name of Applicant

*Carrie Flaxman*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Carrie Y. Flaxman Additional Admissions List**

| Court | Admission Date | Active or Inactive |
|---|---|---|
| U.S. Court of Appeals Seventh Circuit | 8/23/2013 | Active |
| U.S. Court of Appeals Eleventh Circuit | 9/15/2014 | Active |
| Supreme Court of the United States | 3/20/2000 | Active |
| U.S. District Court for District of Columbia | 3/1/1999 | Active |
| U.S. Court of Appeals Ninth Circuit | 7/2/2018 | Active |
| U.S. Court of Appeals Second Circuit | 3/14/2019 | Active |
| U.S. Court of Appeals Sixth Circuit | 1/5/1999 | Active |
| U.S. Court of Appeals Eighth Circuit | 7/12/2016 | Active |
| Pennsylvania State Bar | 12/9/1996 | Inactive |
| Eastern District of Pennsylvania | 8/4/1997 | Inactive |
| U.S. Court of Appeals Third Circuit | 3/14/2019 | Active on Request |