# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| State of Missouri, et al. §<br>*Plaintiff* §<br>§<br>§<br>v. §<br>§<br>§<br>§<br>U.S. Food and Drug Administration, et al. §<br>*Defendant* § | Case No. 2:22-cv-00223-Z |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Democracy Forward Foundation                                              , with offices at

1445 New York Ave. NW
(Street Address)

Washington                            DC              20005
(City)                                (State)         (Zip Code)

202-448-9090                          202-796-4426
(Telephone No.)                       (Fax No.)

**II.** Applicant will sign all filings with the name  Skye L. Perryman                         .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

GenBioPro, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 984573      Admission date: 11/7/2008

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Texas Bar | 11/2/2007 | Active |
| Supreme Court of the United States | 3/2/2020 | Active |
| 4th Circuit Court of Appeals | 11/30/2023 | Active |
| 5th Circuit Court of Appeals | 5/5/2023 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: Case No. And Style:

8/16/2022    State of Texas, et al., v. Becerra et al., No. 5:22-cv-185-H

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Christopher M. Odell of Arnold & Porter Kaye Scholer LLP, who has offices at

700 Louisiana St., Suite 4000
(Street Address)

Houston                    TX              77002-2755
(City)                     (State)         (Zip Code)

713-576-2400               713-576-2499
(Telephone No.)            (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 27th day of February, 2025.

Skye L. Perryman
Printed Name of Applicant

*/s/*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.