UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br> *v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br> and<br><br>Danco Laboratories, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## [Proposed] Order Granting Defendants' Unopposed Motion for Extension of Time to File Reply Brief

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply Brief ("Motion") (ECF No. 238), filed on March 3, 2025. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that Defendants' and Intervenor-Defendants' deadlines to file their reply briefs in support of their motions to dismiss are hereby **EXTENDED** by a period of 60 days until May 5, 2025.

 **SO ORDERED.**

March ___, 2025

                    _____
                    MATTHEW J. KACSMARYK
                    UNITED STATES DISTRICT JUDGE