UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MISSOURI, KANSAS, and IDAHO,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants,<br> and<br>DANCO LABORATORIES, LLC,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING DANCO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

  Before the Court is Intervenor-Defendant's unopposed motion for extension of time to file its reply brief (ECF No. 240), filed on March 3, 2025. Having considered the Motion, the Court GRANTS the Motion and ORDERS that Federal Defendants' and Intervenor-Defendant's deadlines to file their reply briefs in support of their motions to dismiss are hereby EXTENDED by a period of ___ days until _____, 2025.

  SO ORDERED.

March ___, 2025

                    _____
                    Honorable Matthew J. Kacsmaryk
                    United States District Judge