IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| Intervenor Plaintiffs. | |
| v. | 2:22-CV-223-Z |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants, | |
| and | |
| DANCO LABORATORIES, LLC, | |
| Intervenor Defendant. | |

**ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply Brief (ECF No. 238), filed March 3, 2025, and Intervenor Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Danco's Motion to Dismiss ("Motions") (ECF No. 240), also filed March 3, 2025. Defendants seek to extend their March 6, 2025, deadline to file their reply in support of their motion to dismiss by 60 days. ECF No. 238 at 1. They argue the extension is warranted because they have "been occupied by several other matters involving emergency deadlines" and it "will ensure that the new Administration . . . is able to familiarize themselves with the issues in this case." *Id.* at 2. Additionally, the extension would align "with extensions that the new Administration is seeking in other mifepristone-related litigation." *Id.*

Intervenor Plaintiffs do not oppose the Motion. *Id.* Intervenor Defendant and putative Intervenor-Defendant GenBioPro, Inc. do not oppose if their reply deadlines are extended the same. *Id.* at 2, 4.

Intervenor Defendant also filed an extension motion, consistent with its representation to Defendants, to extend its reply-brief deadline the same as Defendants' potential extension. ECF No. 240 at 2. It independently argues an extension is warranted because of "the press of other business." *Id.* Intervenor Defendant's motion is unopposed because Defendants and Intervenor Plaintiffs "consent to aligning Danco's reply deadline with an extension granted to Federal Defendants." *Id.*

This Court has "generously granted extensions to all parties" in this case. ECF No. 168. The Motions are **GRANTED**. Defendants, Intervenor-Defendant Danco, and putative Intervenor-Defendant GenBioPro, Inc. are **ORDERED** to file their reply brief **on or before May 5, 2025**.

**SO ORDERED**.

March 4, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE