# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, et al.,  ) | |
| ) | |
| *Intervenor Plaintiffs*,  ) | |
| ) | |
| v.  ) | |
| ) | |
| U.S. Food and Drug Administration; et al.,  ) | Case No. 2:22-cv-00223-Z |
| ) | |
| *Defendants*.  ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Erin B. Gaide respectfully moves to withdraw as an attorney of record for State of Kansas in this matter. Ms. Gaide will be leaving the employment of the Office of the Kansas Attorney General effective March 15, 2025. Ms. Gaide respectfully requests that the Court withdraw her appearance in this matter. The State of Kansas was orally notified of this withdrawal more than 14 days in advance of this motion and will continue to be represented by James Rodriguez from the Office of the Kansas Attorney General.

Respectfully submitted,

*/s/ Erin B. Gaide*
Erin B. Gaide
Assistant Attorney General
Office of the Kansas
Attorney General
120 SW 10th Avenue
Topeka, KS 66612-1597
(785) 296-7109
erin.gaide@ag.ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I presented the foregoing Motion to Withdraw to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to registered CM/ECF users, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: N/A.

*/s/ Erin B. Gaide*
Erin B. Gaide