UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>      Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>      Defendants,<br>    and<br>DANCO LABORATORIES, LLC,<br><br>      Intervenor-Defendant,<br>    and<br>GENBIOPRO, INC.,<br><br>      Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

**NOTICE REGARDING INTERVENOR-DEFENDANT GENBIOPRO, INC.'S POSITION ON PENDING MOTIONS TO DISMISS**

Pursuant to Intervenor-Defendant GenBioPro, Inc.'s joinder (ECF No. 229-3) in Danco's and the Federal Defendants' motions to dismiss, the Court's March 4, 2025 Order (ECF No. 241) providing that "Defendants, Intervenor-Defendant Danco, and putative Intervenor-Defendant GenBioPro, Inc. are ORDERED to file their reply brief on or before May 5, 2025," and the Court's April 28, 2025 Order (ECF No. 246) granting GenBioPro's motion to intervene, GenBioPro states that it agrees with Danco and the Federal Defendants that the States' Amended Complaint should be dismissed for lack of venue, lack of Article III standing, failure to exhaust administrative remedies, and untimeliness.

1

Dated: May 5, 2025

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Christopher M. Odell*

Skye L. Perryman*
Carrie Y. Flaxman*
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
sperryman@democracyforward.org
cflaxman@democracyforward.org

Christopher M. Odell
Texas Bar No. 24037205
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Suite 4000
Houston, TX 77002-2755
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com

Daphne O'Connor*
Robert J. Katerberg*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

*admitted pro hac vice*

*Counsel for GenBioPro, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2025, I electronically filed the foregoing Notice using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Christopher M. Odell*
Christopher M. Odell