# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br> *v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br>Danco Laboratories, LLC,<br><br>    Intervenor-Defendant,<br><br> and<br><br>GenBioPro, Inc.,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-00223-Z |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE
## OF DANIEL SCHWEI

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, the undersigned counsel for Defendants hereby moves to withdraw the appearance of Daniel Schwei as counsel in the above-styled case.

In support of this motion, the undersigned represents that Defendants are currently and will continue to be represented by the following counsel of record:

    NOAH T. KATZEN
    U.S. Department of Justice
    Civil Division, Consumer Protection Branch
    450 5th St., NW
    Washington, DC 20530

1

WHEREFORE, the undersigned respectfully requests that the Court grant the withdrawal of the appearance of Daniel Schwei as counsel for Defendants.

May 8, 2025                                                                                      Respectfully submitted,

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
202-305-8693
daniel.s.schwei@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

I certify that on May 7 and 8, 2025, counsel for Defendants conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

*/s/ Daniel Schwei*
DANIEL SCHWEI

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2025, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Daniel Schwei*
DANIEL SCHWEI

3