IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF MISSOURI, *et al.*,

    Intervenor Plaintiffs,

v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

    Defendants,

and

DANCO LABORATORIES, LLC, *et al.*,

    Intervenor Defendants.

2:22-CV-223-Z

## ORDER

Before the Court is Defendants' Motion to Withdraw ("Motion") (ECF No. 250), filed May 8, 2025. Defendants request Daniel Schwei be withdrawn as counsel. Noah T. Katzen will continue to represent Defendants. ECF No. 250 at 1.

Northern District of Texas Local Civil Rule 83.12 governs withdrawal of counsel. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court to withdraw Daniel Schwei as counsel in this case.

**SO ORDERED.**

May 12, 2025

                                      MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE