IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> Intervenor Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> DANCO LABORATORIES, LLC, *et al.*, <br><br> Intervenor Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Intervenor Plaintiff State of Missouri's Motion for Substitution of Counsel ("Motion") (ECF No. 252), filed July 25, 2025. Missouri moves that Louis J. Capozzi replace Joshua M. Divine as counsel for Missouri in this case. ECF No. 252 at 1.

Northern District of Texas Local Civil Rule 83.12 governs withdrawal and substitution of counsel. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court to remove Joshua M. Divine as counsel for Missouri and from all notifications and future correspondence in this case, and to add Louis J. Capozzi as counsel of record for Missouri.

**SO ORDERED.**

July 30, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE