IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **STATE OF MISSOURI**, *et al.*, *Intervenor-Plaintiffs*, v. **U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*, *Defendants*, **DANCO LABORATORIES, LLC**, *Intervenor-Defendant*, and **GENBIOPRO, INC.**, *Intervenor-Defendant*. | Case No. 2:22-cv-00223-Z |

### MOTION FOR LEAVE TO INTERVENE OF THE STATES OF FLORIDA AND TEXAS

Pursuant to Fed. R. Civ. P. 24(a) and (b), the States of Florida and Texas (collectively, "Intervenors") respectfully move for leave to intervene as plaintiffs in the above-captioned case. Intervenors seek to intervene to assert the claims raised in the proposed Complaint in Intervention attached to this motion. The accompanying Brief in Support of Intervenors' Motion to Intervene explains why the Court should grant the motion. The proposed Complaint in Intervention is attached as Exhibit A, and an Appendix of exhibits to Intervenors' proposed Complaint in Intervention is attached as Exhibits B-H.

1

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, counsel for the State of Florida (Samuel F. Elliott) conferred by email with lead counsel for Plaintiff State of Missouri (Louis Joseph Capozzi , III), Plaintiff State of Kansas (James Rodriguez), Plaintiff State of Idaho (James E M Craig), the Federal Government Defendants (Noah T Katzen), Defendant Danco Laboratories LLC (Catherine Emily Stetson), and Defendant GenBioPro Inc (Christopher Mohr Odell) between August 19-21, 2025. Defendants Danco Laboratories LLC and GenBioPro, Inc oppose the motion without stating their reasons. Plaintiffs do not oppose the motion. At the time of filing, Intervenors had not received a response from the Federal Government Defendants.

Respectfully submitted this 22nd day of August 2025.

| | |
|---|---|
| **JAMES UTHMEIER**<br>Florida Attorney General | **KEN PAXTON**<br>Texas Attorney General |
| **DAVID DEWHIRST**<br>Chief Deputy Attorney General | **BRENT WEBSTER**<br>First Assistant Attorney General |
| | **RALPH MOLINA**<br>Deputy First Assistant<br>Attorney General |
| | **AUSTIN KINGHORN**<br>Deputy Attorney General for<br>Civil Litigation |
| */s/ Samuel F. Elliott* | */s/ Amy Snow Hilton* |
| *Jeffrey Paul DeSousa (FL 110951)<br>Acting Solicitor General<br><br>Jason J. Muehlhoff (TX 24135719)<br>Chief Deputy Solicitor General<br><br>*Samuel F. Elliott (FL 1039898)<br>Deputy Solicitor General<br><br>Office of the Florida Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>Facsimile: (850) 410-2672<br>samuel.elliott@myfloridalegal.com<br><br>*Counsel for Plaintiff State of Florida* | **AMY SNOW HILTON**<br>Chief, Healthcare Program<br>Enforcement Division<br>Texas State Bar No. 24097834<br><br>**KATHERINE PITCHER**<br>Assistant Attorney General<br>Texas State Bar No. 24143894<br><br>Office of the Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548<br>Telephone: 512-936-1709<br>Facsimile: (512) 499-0712<br>amy.hilton@oag.texas.gov<br>katherine.pitcher@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

*Pro hac vice application forthcoming

3