IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **STATE OF MISSOURI**, *et al.,*<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, *et al.,*<br><br>*Defendants,*<br><br>**DANCO LABORATORIES, LLC**,<br><br>*Intervenor-Defendant*, and<br><br>**GENBIOPRO, INC.**,<br><br>*Intervenor-Defendant.* | Case No. 2:22-cv-00223-Z |

**[PROPOSED] ORDER GRANTING THE MOTION FOR LEAVE TO INTERVENE OF THE STATES OF FLORIDA AND TEXAS**

Upon consideration of the States of Florida and Texas's Motion for Leave to Intervene and the Brief in Support thereof, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

_____ \_\_\_, 2025

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE