# Exhibit G

# Appendix of Exhibits to Proposed Complaint in Intervention

# Vol. VI of VII

# TABLE OF CONTENTS

<u>**Volume VI**</u>

**Exhibit 66**: Caroline Kitchener, *Alone in a Bathroom: The Fear and Uncertainty of a Post-Roe Medication Abortion*, Washington Post (April 11, 2024)............................................................**App. 1135**

**Exhibit 67**: C.S.H.B. 3446, H. Comm. Rpt., 84th Legis. (Mar. 12, 2015)............................................................**App. 1164**

**Exhibit 68**: Pam Belluck, *Abortion Shield Laws: A New War Between the States*, New York Times (Feb. 22, 2024)...............**App. 1170**

**Exhibit 69**: MAP, Frequently asked questions..........**App. 1183**

**Exhibit 70**: Abuzz...............................................**App. 1185**

**Exhibit 71**: Abuzz, FAQs.....................................**App. 1193**

**Exhibit 71a**: Abuzz, How it works.........................**App. 1204**

**Exhibit 72**: Declaration of Ann Dalton....................**App. 1210**

**Exhibit 73**: Declaration of Julie Webster.................**App. 1215**

**Exhibit 74**: We Take Care of Us FAQ.....................**App. 1219**

**Exhibit 74a**: We Take Care of Us ..........................**App. 1232**

**Exhibit 75**: Plan C Florida...................................**App. 1237**

**Exhibit 76**: Plan C Texas.....................................**App. 1257**

**Exhibit 77**: Plan C, About Us................................**App. 1276**

**Exhibit 78**: Plan C Annual Report..........................**App. 1286**

**Exhibit 79**: Free Medication Abortion.....................**App. 1310**

**Exhibit 80**: Plan C, Websites That Sell Pills.............**App. 1316**

**Exhibit 81**: Ryan T. Anderson & Jamie Bryan Hall, *The Abortion Pill Harms Women: Insurance Data Reveals One in Ten Patients Experiences a Serious Adverse Event*, Ethics & Public Policy Center (Apr. 28,2025).............................................................**App. 1325**

**Exhibit 82**: Declaration of Dr. Ingrid Skop...............**App. 1332**

# EXHIBIT 66

**Caroline Kitchener, *Alone in a Bathroom: The Fear and Uncertainty of a Post-Roe Medication Abortion,* Washington Post (April 11, 2024)**

# *Alone in a bathroom:*

## The fear and uncertainty of a post-Roe medication abortion

By Caroline Kitchener

April 11, 2024 at 6:00 a.m.

Share

Comment

Save

SCROLL TO CONTINUE ⌄

Angel tucked two white pills into
each side of her mouth, bracing
herself as they began to dissolve.



App. 1139



Angel at her home in Oklahoma. (Desiree Rios for The Washington Post)

Angel had wanted to talk to a doctor before she took the pills to end her pregnancy, worried about how they might interact with medication she took for her heart condition.

But in her home state of Oklahoma, where almost all abortions are banned, that wasn't an option.

The pain kicked in after about an hour, around midnight on a Sunday in January, eventually becoming sharp enough that the 23-year-old said she struggled to stand. While Angel would be fine by the next morning, she worried that something might be very wrong as she lay on the cold bathroom tile, her body racked by some of the worst pain she could remember.

When Angel's fiancé came in to check on her, she was having diarrhea while vomiting into their popcorn bowl.

"F---," she remembered yelling, over and over. "I feel like I need to push."

Overwhelming evidence shows that abortion pills are safe and effective, and that many patients who take them go through the process without much difficulty, experiencing little more than the sharp cramping and bleeding of an unusually heavy period. That is true even when the pills, approved by the U.S. Food and Drug Administration with a prescription for use through 10 weeks of pregnancy, are taken somewhat independently — administered by a doctor over text, email, or a call and mailed to the patient at home.

But the experience can feel very different in states where abortion is illegal. As more women in states with abortion bans choose to end their pregnancies on their own, without directly interacting with a medical professional, they are thrust into a largely ad hoc, unregulated system of online and grass-roots abortion pill distributors — an experience that, while deemed generally safe by medical experts, can be confusing, scary and, at times, deeply traumatic.

## "I feel like I need to push."

"Self-managed" abortions increased dramatically after *Roe v. Wade* was overturned — with women in antiabortion states obtaining pills through several distinct channels. At least 6,000 women every month in states with bans are now receiving pills from Aid Access, a Europe-based online clinic that prescribes the medication without requiring a patient to interact with a doctor in real time, according to founder Rebecca Gomperts. Thousands of others are turning to at least 25 nonmedical websites that sell the pills, or one of several volunteer-led networks that distribute them for free.

With abortion clinics shuttered across the South and Midwest, many women said they have nowhere to go to confirm that their abortion pill supplier is "legit" or that their symptoms after taking the medication are normal. They worry that a call to a doctor or a trip to the emergency room could land them in jail. And while abortion rights advocates have tried to build new infrastructure to support women in these situations — with volunteer doctors answering phone calls or former abortion providers staffing the occasional bricks-and-mortar office in an antiabortion state — organizers say that such resources are no replacement for the array of choices women had before *Roe* fell.

The demand for self-managed abortions in states with bans, already enormous, is sure to increase dramatically in the coming weeks, as strict new abortion laws

App. 1141

take effect in Florida and Arizona — the result of two recent court rulings.

"This is not the way health care should be," said Linda Prine, a New York-based doctor who prescribes pills through Aid Access and co-founded a hotline for people taking them. "All the options have been taken away from people by these bans and this is all that's left," she added, referring to the networks providing pills for women self-managing their abortions.

"It really is all we can do."

## Supply of abortion pills for self-managed abortions

The supply of abortion pills outside of the formal health-care setting increased sharply in the six months after *Dobbs v. Jackson Women's Health Organization*, a landmark ruling that eliminated the constitutional right to abortion. A major factor in the increase was the rise of community-based, volunteer-led networks that organized to help women in states with abortion bans.



Source: JAMA (2024)

Adding to the difficulty is a polarized political debate with dueling narratives about what it's actually like to take abortion pills. Antiabortion activists say the pills are highly dangerous, or even deadly, for pregnant women — false assertions based largely on studies that have now been retracted by the journal that published them. Meanwhile, many abortion rights advocates describe the experience as straightforward and easy to handle on your own, a

characterization that some women say glosses over what can be a more complicated reality of ending a pregnancy alone in your bathroom.

The Washington Post spoke with more than three dozen doctors, advocates, leading researchers, and women who took the pills in states where abortion has been banned since *Dobbs v. Jackson Women's Health Organization,* the Supreme Court case that overturned *Roe* in June 2022. Over the phone and in person, many women described experiencing deep anxiety and uncertainty about doing something they assumed was illegal. These feelings often intensified after they took the medication, with some not expecting the level of pain or amount of bleeding they would experience, or how much of the fetus they would see. A few used the pills later in pregnancy than the FDA recommends.

"I wish I would have known that it wasn't just blood clots. ... I was really confused and shocked," said Briana, a 34-year-old in Alabama who took pills she ordered online when she was at least five weeks beyond the FDA's 10-week limit. Like other women interviewed for this article, Briana spoke on the condition that her last name not be used so she could discuss sensitive medical information in a state that outlaws abortion — describing her experience in graphic detail because she said she wanted other women to know what to expect.

The complex legal landscape can be hard to understand. Abortion bans do not allow people seeking abortions to be prosecuted, targeting only doctors and others involved in facilitating the abortion. But people have been charged under other laws for self-managing their abortions, especially later in pregnancy.

A legal challenge to the abortion drug mifepristone brought by conservative advocates — which drew skeptical questions from the Supreme Court during oral arguments last month — seeks to further restrict the post-*Roe* landscape by requiring in-person medical visits for all legally administered medication abortions. Such a change could prevent U.S.-based medical providers from mailing pills into antiabortion states under "shield laws," recently enacted in a handful of blue states, that protect doctors from prosecution under red state bans.

App. 1143




Angel pours out her heart medication at her home. (Desiree Rios for The Washington Post)


Angel was worried about how abortion pills might interact with medication she takes for her heart condition.

In Oklahoma, Angel ordered her pills from Aid Access, according to emails reviewed by The Post, and took them five to six weeks into her pregnancy. She'd told doctors at the online clinic about her heart medication when she filled out its online form, she said, but no one ever reached out about it — a silence easily explained, Prine said, because Angel's medication is not one that would raise concerns.

Angel had no way of knowing that.

Sitting on the toilet, she could hear her heart pounding in her ears. She placed two fingers on the side of her neck to take her pulse and started a timer, she recalled — counting about 190 beats per minute.

With her heart condition, she said, she was supposed to seek medical attention if her heart rate got that high.

Angel had no idea who to call. She vaguely remembered a hotline number in the Aid Access instructions, but figured the line would be closed that time of night.

The hospital didn't feel like an option, either. She worried about the questions she might get from suspicious doctors if she showed up at the emergency room.

She closed her eyes and tried to steady her breath, determined to keep her heart rate down. Then she spoke to herself as she imagined a doctor might.

"You will be okay," said Angel, who would wake up the next morning no longer pregnant, the worst moments of her abortion behind her.

"This pain can't last forever."

---

"Your body will be just fine."

"Your uterus knows what to do."

## *A doctor answers panicked calls*

"It's normal to be scared."                    "Just wait it out."

"Call back any time."

Linda Prine was answering a few emails, coffee mug in hand, when her cellphone rang.

"Hi, this is the hotline doctor," the 72-year-old said from her New York City home one Sunday morning in January. "Can I help you?"

The voice Prine heard was quiet and scared — belonging to a 15-year-old with an area code in a state with an abortion ban who had taken pills and passed a fetus larger than she'd expected.

Unable to flush the fetus down the toilet, the girl asked about throwing it away.

She was young enough to be Prine's granddaughter.

Prine cradled the phone in both hands and leaned in, trying to channel every ounce of reassurance and understanding she could muster through the phone line.

There's nothing in there that's traceable back to you," she said. "As long as you don't tell anybody."

The girl asked if the abortion made her a bad person.

"No it doesn't," Prine said. "Not a bit."

"You are doing what's right for you and your future family," she added, her voice firm.

"This way you can be a good mom when you're ready to be a good mom."



Linda Prine answers calls and texts for the Miscarriage and Abortion Hotline. (Natalie Keyssar for The Washington Post)

A semiretired family medicine physician, Prine co-founded the Miscarriage and Abortion Hotline in 2019 as a resource for people self-managing miscarriages or abortions at home. She got the idea from Gomperts, of Aid Access, who had already been mailing pills to Americans who struggled to access abortion. The American patients had a lot of questions and concerns about ordering pills outside a formal health-care setting, Gomperts told Prine — and her inbox was constantly flooded with emails.

They needed a U.S.-based doctor to call.

## "You are doing what's right for you and your future family."

Calls to the hotline surged after Texas enacted an early law banning most abortions in the fall of 2021, Prine said, and again after new abortion bans took effect across the South and Midwest when *Roe* fell. Now the line is staffed by over 50 U.S.-based medical providers who volunteer their time, a mix of doctors, midwives, nurse practitioners and physician assistants with experience in abortion care. The doctors who run the hotline recruit volunteers through word-of-mouth recommendations, then administer a few hours of virtual training before they start.

In interviews, Prine stressed that hotline doctors are not practicing medicine under their licenses or establishing a doctor-patient relationship — a posture Prine said legally protects the physicians. By design, the hotline volunteers don't ask for the names, locations or full medical histories of the people who call. On the hotline's website, a disclaimer notes that they are not offering "legal or medical advice," and that the information they provide "does not substitute for the ... advice of a doctor."

The hotline typically receives roughly 30 calls and 50 texts from people every day. Many say they are in states that ban abortion.

"They'll say, 'I'm in a state where this is illegal, so I can't go get medical care. I want to check in and make sure everything is going okay,'" Prine said.

She and her colleagues hear the same questions again and again: Am I bleeding too much? Am I not bleeding enough? Is it normal to have this much pain? People call to see if they can drink alcohol or smoke marijuana after taking the pills. One woman asked whether it was safe to walk up the stairs.

*[What to know after taking abortion pills]*

Anxiety and uncertainty are common even among patients who receive the medication at an abortion clinic in a state where abortion is legal, said Prine — because they're at home by the time they start feeling the full effects.

"People from anywhere can be freaking out because everyone is taking these pills at home alone," Prine said.

Still, some feel better taking the pills after having a direct conversation with a medical professional. Since *Dobbs*, many women in antiabortion states who

App. 1147

have the resources to travel have continued to leave the state to obtain pills at a clinic instead of ordering online, preferring the experience of being face to face with a doctor, even if it means a long drive or a flight.



The Miscarriage and Abortion Hotline is staffed by over 50 U.S.-based medical providers, a mix of doctors, midwives, nurse practitioners and physician assistants with experience in abortion care. (Natalie Keyssar for The Washington Post)



A cross stitch at the home of Linda Prine.

For those who choose to self-manage their abortions, Prine said, she is there to offer reassurance that their experiences are nothing out of the ordinary, and that they almost certainly don't need to go to the emergency room. A medication abortion is just like a miscarriage, she'll tell them, with hundreds of women going through the same process every day.

Of the approximately 5.9 million patients in the United States who took mifepristone — the first drug in a two-step medication abortion regimen — between its 2000 approval and December 2022, just 32 died, according to the FDA. Those cases, the agency says, "cannot with certainty be causally attributed to mifepristone." Major adverse events — in which a blood transfusion, major surgery or overnight hospital stay is required — occur in fewer than 0.5 percent of cases, a figure that remains the same whether a patient has met with a doctor in person.

A significantly larger share of patients who take abortion pills seek emergency care, ranging from 1.3 to 8 percent in leading studies.

## Adverse effects are extremely rare among those who take abortion pills

A tiny fraction of patients who take abortion pills have a serious adverse event such as a blood transfusion, major surgery or overnight hospital stay.

ⓘ = 10 estimated patients who took abortion pills

**6,034 patients took abortion pills**

100%



**81 patients went to the emergency room**  1.34%

**20 patients experienced a serious adverse event**
(18 of whom had gone to the emergency room or hospital first)  0.34%

Note: Estimated patient numbers are based on percentages included in a 2024 study and are rounded to whole people.

Source: Ushma Upadhyay/Nature Medicine

Antiabortion activists portray those emergency room visits as an indication of a safety issue, but leading medical experts say they instead highlight the confusion and fear that many women experience after taking the pills. Patients often go for a gut check, doctors and medical researchers said, wanting to confirm that they're not bleeding too much, or that the pills worked and they are no longer pregnant. Studies show that 35 to 50 percent of people who go to an ER after taking abortion pills receive no treatment.

"With medication abortion, there's no one saying, 'You're doing great. This is normal,'" said Ushma Upadhyay, a professor at the University of California at San Francisco and a leading researcher on the safety of abortion pills, drawing a distinction between the pill and a surgical procedure. "Often people are going through it alone, so they want to know everything is okay."

On the hotline, Prine said she's felt the need to send someone to the emergency room only once in nearly five years.

"Your uterus knows what to do," Prine told a woman who called that January morning with reports of unexpectedly heavy bleeding. "It's going to take care of itself."

Others in the medical community are quicker to suggest that someone be seen in

Case 2:22-cv-00223-Z　　Document 254-8　　Filed 08/22/25　　Page 19 of 210　　PageID 16580

person.

On the infrequent occasions when a patient calls with concerns about their medication abortion, Clayton Alfonso, an OB/GYN at Duke University, said he'll try to evaluate how much she is bleeding and how her body is tolerating the blood loss. But he said it can sometimes be difficult to make those assessments over the phone.

"When you take a patient call, it's always hard because their definition of heavy bleeding could be different from my definition of heavy bleeding," said Alfonso, adding that he usually tries to bring patients into his clinic if he has space on the schedule. "I would much rather see someone than leave someone in limbo at home not knowing what to do."

In states with abortion bans, the emergency room is often the only option for women who want in-person care during their medication abortions. Even if they say they had a miscarriage — a condition that presents with symptoms indistinguishable from a medication abortion — many women in these situations have bad experiences at the hospital, Prine said, encountering physicians who provide inaccurate information or ask suspicious questions about why they're bleeding.

## "Your uterus knows what to do."

Prine said she recognizes that the landscape for self-managed abortions is tenuous. The antiabortion movement is ready to seize on any experience with pills that is difficult or complicated, she said, especially the relatively rare cases in which women take pills later in pregnancy.

At the Conservative Political Action Conference last year, prominent antiabortion activist Abby Johnson said women are delivering "fully formed babies" in their bathrooms — a false description of what women see during a medication abortion, even in the second trimester.

"They're passing these babies into the toilet," said Johnson, founder of the antiabortion group And Then There Were None. "Then these women have to make a decision: What do I do with this fully formed baby?... Do I flush my child down the toilet?"

These kinds of incendiary attacks make it hard for abortion rights advocates to discuss the details of a medication abortion later in pregnancy, said Prine and Gomperts — because the specifics could be weaponized by the antiabortion movement.

https://www.washingtonpost.com/politics/interactive/2024/abortion-pill-experience-stories/?itid=ap_carolinekitchener

As a result, Prine said, women who take pills later in pregnancy are sometimes surprised by what they see.

———————————

"How much bleeding is normal?"

"Do I push it out?"

*A woman struggles to pass her pregnancy*

"Should I go to the hospital?"

"I'm totally alone."

At her home in Alabama, Briana waited to take the pills until she'd put all of her children to sleep.

The cramps in her lower back came first, followed by full-body chills and, eventually, contractions more painful than those she remembered from childbirth.

After lying in bed for two hours, Briana felt something "pop" under the comforter, followed by a gush of warm liquid seeping down her legs. She ran to the bathroom, she recalled in interviews and a journal entry, where she felt a mass larger than her palm drop into the toilet.

"This can't be happening," she thought to herself.

Then she looked down to see a bloody umbilical cord dangling between her legs.

When the pills first arrived in the mail a few days earlier, in April 2023, Briana had expected her experience would be more difficult than most. The doctors who administered the medication through Aid Access cautioned Briana that they "do

not like to recommend medical abortions as far into pregnancy as she would be when the pills reached her, according to emails reviewed by The Post.

Briana felt she had no choice. By the time she found out she was pregnant, she was already 11 or 12 weeks along. The abortion clinic she'd called in a different state, more than a six-hour drive from her home in Alabama, where abortion is banned, was booked for surgical procedures for over a month, busy treating patients from other antiabortion states across the South. She spent nearly two weeks researching her other options, then the pills she ordered took two weeks to arrive.

The 34-year-old was struggling to support the kids she already had.

"I didn't want to take any more away from them ... time, attention, money," said Briana, who estimates that she was 15 or 16 weeks along when she took the pills.

## "This can't be happening."

Experts and advocates say it is relatively rare for women to self-manage their abortions well beyond the FDA's 10-week limit, particularly since passage of the shield laws, allowing U.S.-based doctors to mail pills directly into antiabortion states instead of relying on international pharmacies. That change has reduced the shipment time from several weeks to between three and five days.

At the time Briana ordered her medication, over a year ago, Aid Access generally did not send pills to anyone who said they were further than 11 weeks into their pregnancy, Gomperts said. It now allows people to place orders through 12 weeks of pregnancy, because pills reach patients more quickly.

"If we think people might be longer than that, they get an email to make sure they can navigate the situation," said Gomperts, who personally prescribed Briana's medication, according to documentation reviewed by The Post. "Women have agency. They are perfectly capable of making these choices about their own health, and we are there to support them the best we can."

According to data compiled by Aid Access, and shared with The Post, 1 in 20 patients who responded to the organization's survey in January took the pills beyond 11 weeks of pregnancy. One in 100 took the pills beyond 13 weeks. (About 20 percent of people who took the pills responded to the survey.)

Still, Prine said, she has fielded far more of these calls from women later in pregnancy than she would like — averaging one a day on the hotline in the months after the Supreme Court decision. Some of the callers had no idea how

far along they were until they passed the pregnancy, she said. Others knew, but chose to go ahead anyway.

Beyond 12 or 13 weeks, women will see a much more developed fetus, with identifiable features.

"We hear the trauma when we talk to people," Prine said. "It's an image you can't get out of your head."

---

**How we reported this story**

Caroline Kitchener reported this story from four states. She witnessed Ashley's ultrasound in Texas, watched Linda Prine answer hotline calls in New York, and interviewed Angel and Briana in Oklahoma and Alabama. She also spoke on the phone to women who self-managed their abortions at home.

● ○ ○

---

Alone in her bathroom, Briana had no idea what to do. The Aid Access doctors had told her to expect nausea, vomiting, chills, blood clots and a fetus at least the size of an orange, emails show.

They said nothing about an umbilical cord.

"Do I pull the cord out?" Briana wondered, frantically trying to remember what the doctors had done when she gave birth. "Do I just wait to try to push it out?"

Her boyfriend was sleeping in the next room. Even if she woke him up, she wondered, what could he do? If she went to the emergency room, she said, she felt sure she'd be prosecuted.

Finally, Briana decided to call the number for the Miscarriage and Abortion Hotline she'd seen in an email from Aid Access.

"That's the placenta you need to push out," Briana recalled the woman on the hotline saying. "When you feel the next contraction, I want you to push like you're giving birth."

Briana said she sat there with her umbilical cord hanging loose for at least 15 minutes before the placenta finally dropped into the toilet.



While there are no major U.S.-based studies on the experience of self-managing an abortion with pills later in pregnancy, international research suggests that women in these situations more frequently seek in-person care. One study conducted with patients in Argentina, Nigeria and Southeast Asia between nine and 16 weeks of pregnancy found that about 24 percent went to a medical facility during or after the experience of taking the pills on their own. Approximately 10 percent required medical intervention to complete the abortion or treat a complication.

One major concern later in pregnancy is that the body won't be able to expel all of the pregnancy tissue, several doctors said.

When the Miscarriage and Abortion Hotline received its first call from a woman who was unable to pass her placenta — at least five weeks further into her pregnancy than the FDA's 10-week limit — a group of hotline doctors started messaging one another, trying to decide what to say to her, Prine said.

One doctor in the group insisted that the woman had to go straight to the ER, but Prine and others disagreed. Worried the woman could face prosecution or mistreatment if she went to the hospital, Prine said, they walked her through her abortion at home, instructing her to take more abortion pills and gently massage her stomach until the placenta came free — the same advice Briana said she received.

"We didn't feel like it was a medical emergency. She wasn't bleeding heavily and she wasn't lightheaded," said Prine, adding that they would have recommended the woman go the ER if a hospital visit was medically necessary.

A woman in that situation could have hemorrhaged or become septic, according to five OB/GYNs interviewed for this article.

"Whenever there is something inside the uterus that is trying to come out and won't come out, the risk of bleeding and infection gets higher with every passing moment," said Keri Garel, an OB/GYN at Boston Medical Center, adding that she would advise someone in Briana's situation to go to the hospital immediately. "At that point, your life is the most important thing."

## "Do I pull the cord out?"

As difficult as the situation was, Briana says she is extremely grateful that Aid Access was willing to send her the pills — and that someone on the hotline was

available to talk her through taking them.

"Without the hotline I would have been completely lost and literally completely alone," she said.

"The lady ... stayed talking to me for hours," Briana added. "I wish I knew her name."

Briana stayed in the bathroom that night for more than an hour. She knew she shouldn't look at the fetus, she said, but she couldn't help it. In the toilet bowl, she could make out a head. She remembered thinking that the legs looked long.

"I felt like a monster," she said, reflecting back on that moment.

A year later, Briana said, she is certain she made the right decision for herself and her family. But she wishes someone had told her more about what to expect. If she had known the full extent of what could happen during a medication abortion at 15 or 16 weeks, she said, she probably would have searched harder for an out-of-state clinic with available appointments — and figured out a way to drive six hours or more to Florida, Illinois or North Carolina.

Before *Roe v. Wade* was overturned, Briana could have gone to a clinic less than 30 minutes from her house.

---

"We can see you tomorrow."

"Here's what you should expect."

## *A former abortion provider offers some relief*

"That website is real."

"You are going to get through this."

"Your uterus looks beautiful."

In Houston, a woman lay back on an exam table in a clinic that once offered abortions, hoping to hear that her medication abortion was finally complete.

Ashley, a 25-year-old mother with a baby, opened her legs and stared up at a mermaid mobile hanging from the ceiling, her sweatpants and Converse

sneakers in a heap on the floor.

"Are you ready?" Glenda Lima, the sonographer, asked on a Tuesday morning in mid-February. "There will be a little cold and just a little pressure, okay?"

It was Ashley's fourth visit in two months to Houston Women's Reproductive Services, one of a handful of former abortion clinics that have remained open in states with near-total abortion bans. While the staff originally imagined a new version of the clinic that offered ultrasounds and referrals to patients planning to travel out of state for medication and procedures, a large share of the women they serve are now self-managing their abortions with pills they got online.



Glenda Lima cleans ultrasound equipment at Houston Women's Reproductive Services in Texas. (Danielle Villasana for The Washington Post)

As soon as she found out she was pregnant in mid-December, Ashley had ordered pills from Aid Access, which she'd heard about on TikTok. But the whole process seemed a little sketchy, she said. What kind of medical organization collected money through Venmo, she wondered? They were asking for a picture of her driver's license. What if it was all a scam?

She decided that she needed to talk to someone. Not a disembodied voice on the phone or an anonymous commenter in an online forum — but a real, live person

she could actually meet.

"If I'm putting this in my body," Ashley recalled thinking to herself, "I need to know I'm going to be okay."

Ashley struggled to come up with the right terms to Google, she said, wondering if it was even possible to get advice on abortions in a state where abortion is banned. She came across contact information for Houston Women's Reproductive Services only after first messaging a crisis pregnancy center — an email thread she abandoned when she realized it was actually an antiabortion organization designed to dissuade women from ending their pregnancies.

Kathy Kleinfeld, the administrator of Houston Women's, responded to Ashley's panicked message on a Sunday, offering her an appointment for a pre-abortion ultrasound and consultation the next day the clinic was open.

"I was like, 'Oh my God, I feel like I have been searching for this,'" Ashley said. For the first time since finding out she was pregnant, she said, "I just felt safe."



Glenda Lima performs an ultrasound for a patient at Houston Women's Reproductive Services. (Danielle Villasana for The Washington Post)



A patient holds her hands while getting an ultrasound at Houston Women's Reproductive Services.

As other Texas clinics moved to New Mexico and Illinois after *Roe* was overturned, Kleinfeld and Lima decided to downsize and stay put, anticipating that some women would continue to seek out ultrasounds, emotional support and general guidance in their home state, services that remain legal under Texas law. If all the abortion clinics shuttered, they said, they knew crisis pregnancy centers would be the only places left to go.

Now, the women see their clinic as a helpful counterpart to the online pill networks: a soothing space with a "relaxation" scented diffuser and three portraits of the late Supreme Court justice Ruth Bader Ginsburg, where Texans

can get the help they need to feel comfortable self-managing their abortions at home.

There are major challenges to providing this kind of care in a state where abortion is illegal. Perhaps the biggest, Lima said, is that women assume there are no abortion resources left in Texas. Those that find them often do so by chance.

Lima said she regularly gets frantic calls and texts from Spanish-speaking patients she's never met before on her cellphone, a number she gives out only to patients she sees in the clinic.

"I ask them, 'How did you get my number?'" she said. "They say, 'A friend of a friend of a friend.'"

## "I need to know I'm going to be okay."

Kleinfeld acknowledges that the very existence of a clinic like theirs — which, unlike some other former abortion clinics that have remained open in states with bans, has no doctors on site and offers no health services other than ultrasounds — is somewhat controversial in the abortion rights community. With abortion rights advocates arguing vehemently that in-person consultations and ultrasounds are entirely unnecessary for a medication abortion, Kleinfeld said, some likely see her clinic as an impediment to women accessing the care they need.

Kleinfeld would never want to see an in-person visit mandated for all patients — most women have no problem handling everything at home, she said. But she has learned that some need the additional hand-holding, especially when they are obtaining pills from unfamiliar sources.

"Not everybody needs an ultrasound, not everyone needs a phone number to call," Kleinfeld said. "But some really do."

Blair Cushing, a family medicine doctor who provided abortions in McAllen, Tex., before the clinic there was forced to close, recently opened a small medical practice near the Mexico border to offer ultrasounds and other support to women who self-manage their abortions. When she meets with patients, she said, they'll often stay to talk for an hour or more — experiencing "information overwhelm" from everything they've read online and desperate for reassurance.

"They're worried because something didn't go the way they were expecting," Cushing said. "They need to decompress about this experience they had and make sure they're okay."

App. 1158



Ashley holds her baby at her home. (Danielle Villasana for The Washington Post)



As soon as she found out she was pregnant in mid-December, Ashley ordered pills from Aid Access.

Ashley first went to Houston Women's Reproductive Services for an ultrasound before she took the pills on Dec. 19 — then returned a week later, wondering why she was still bleeding and experiencing a dull pain in her lower back.

Lima, the sonographer, told Ashley that she still had some blood clots left in her uterus. And while Lima assured her that this was nothing to worry about — the body can typically expel remaining clots without any medical intervention — Ashley wanted to be sure.

She returned to Houston Women's for three more appointments, until Lima was able to confirm that all the clots were gone.

"Your uterus looks beautiful … nice and clean," Lima said at Ashley's final appointment in mid-February. "You're good to go, okay?"

Ashley smiled, closing her eyes as she felt all the muscles in her shoulders finally relax.

"Thank you," she said. "That's all I needed to hear."



Ashley carries her baby outside her home. (Danielle Villasana for The Washington Post)

**About this story**

Editing by Peter Wallsten. Photo editing by Natalia Jimenez. Copy editing by Thomas Heleba and Martha Murdock. Design editing by Madison Walls. Graphics editing by Emily M. Eng. Graphics reporting by N. Kirkpatrick. Design and development by Agnes Lee. Andrew Tran contributed to this report.

**THE U.S. FIGHT OVER ABORTION**                     **HAND-CURATED**

States where abortion is legal, banned or under threat

Sept. 12, 2024



Harris vs. Trump on abortion: Where they stand on the issue

Sept. 10, 2024



Nebraska high court allows competing abortion measures on fall ballot

Sept. 13, 2024



**View all 18 stories**  ⌄

💬 **1925 Comments**

---



[Caroline Kitchener](#)

Caroline Kitchener is a reporter covering abortion at The Washington Post. She won the 2023 Pulitzer Prize for National Reporting.  𝕏 [@CAKitchener](#)

---

Subscribe to comment and get the full experience. Choose your plan →

**Most Read**

1  **Thousands injured in Lebanon as pagers used by Hezbollah explode**

2  Vance had better buckle up: His debate might go as badly as Trump's

3  Not ready for a knee replacement? You might be able to fix your cartilage instead.

4  Court may decide if Arizonans with missing citizenship records can vote in state races

5  The Searchers

**washingtonpost.com**

© 1996-2024 The Washington Post

About The Post

Contact the Newsroom

Contact Customer Care

Request a Correction

Send a News Tip

Report a Vulnerability

Download the Washington Post App

Policies & Standards

Terms of Service

Privacy Policy

Cookie Settings

Print Products Terms of Sale

Digital Products Terms of Sale

Submissions & Discussion Policy

Sitemap

RSS Terms of Service

Ad Choices

Your Privacy Choices

**EXHIBIT 67**

**C.S.H.B. 3446, House Committee Report, 84th Legis. (Mar. 12, 2015)**

# EXHIBIT 67

## C.S.H.B. 3446, House Committee Report, 84th Legis. (Mar. 12, 2015)

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 35 of 210    PageID 16596

## BILL ANALYSIS

C.S.H.B. 3446
By: Laubenberg
State Affairs
Committee Report (Substituted)

### BACKGROUND AND PURPOSE

Human trafficking, child pornography, and international sex tourism reportedly generate billions of dollars a year worldwide and there are indications that a significant number of U.S. citizens and foreign nationals are trafficked within the borders of the United States. Texas law already requires certain places of business to post signs that are visible to employees and patrons that provide a toll-free phone number for a national human trafficking helpline. It has been noted, however, that there is no law requiring these postings at an abortion facility despite the fact that many of the women who undergo abortions may be victims of human trafficking, especially sex trafficking. Due to the potentially high number of trafficking victims who undergo abortion procedures, abortion facility employees are uniquely situated to identify and assist victims of sex trafficking. C.S.H.B. 3446 seeks to require signs relating to human trafficking to be displayed at certain abortion facilities.

### CRIMINAL JUSTICE IMPACT

It is the committee's opinion that this bill does not expressly create a criminal offense, increase the punishment for an existing criminal offense or category of offenses, or change the eligibility of a person for community supervision, parole, or mandatory supervision.

### RULEMAKING AUTHORITY

It is the committee's opinion that rulemaking authority is expressly granted to the executive commissioner of the Health and Human Services Commission in SECTION 1 of this bill.

### ANALYSIS

C.S.H.B. 3446 amends the Health and Safety Code to require a licensed ambulatory surgical center that performs more than 50 abortions in any 12-month period or a licensed abortion facility to conspicuously display in each patient admission area, waiting room, restroom, and patient consulting room signs that contain a phone number for the Department of Public Safety and a toll-free phone number of a nationally recognized information and referral hotline for victims of human trafficking, as well as the following information: a woman cannot be forced to have an abortion against her will, regardless of her age; if a woman is being forced to have an abortion or being abused, the state is able to help the woman; and human trafficking, including sex trafficking, is a violation of state law. The bill prohibits the signs from containing any information other than that information and prescribes the required sign measurements. The bill requires an applicable center or facility to post a sign in English and a sign in Spanish, as well as any other language in which the political subdivision within which the facility is located is required under the Election Code to provide election materials, if applicable. The bill requires the executive commissioner of the Health and Human Services Commission, not later than December 1, 2015, to adopt rules as necessary to implement and enforce the bill's provisions and establishes that an ambulatory surgical center or abortion facility is not required to comply with the bill's provisions before January 1, 2016.

### EFFECTIVE DATE

September 1, 2015.

### COMPARISON OF ORIGINAL AND SUBSTITUTE

While C.S.H.B. 3446 may differ from the original in minor or nonsubstantive ways, the following comparison is organized and formatted in a manner that indicates the substantial differences between the introduced and committee substitute versions of the bill.

App. 1166

| INTRODUCED | HOUSE COMMITTEE SUBSTITUTE |
|---|---|
| SECTION 1. Subchapter B, Chapter 171, Health and Safety Code, is amended by adding Sections 171.0125 and 171.0126 to read as follows: | SECTION 1. Subchapter B, Chapter 171, Health and Safety Code, is amended by adding Section 171.0125 to read as follows: |
| Sec. 171.0125. REQUIRED SIGNS AT CERTAIN FACILITIES: AVAILABLE RESOURCES. (a) An ambulatory surgical center licensed under Chapter 243 that performs more than 50 abortions in any 12-month period or an abortion facility licensed under Chapter 245 shall conspicuously display a sign that satisfies the requirements of this section in each patient admission area, waiting room, and patient consulting room. | Sec. 171.0125. REQUIRED SIGNS AT CERTAIN FACILITIES: AVAILABLE RESOURCES. (a) An ambulatory surgical center licensed under Chapter 243 that performs more than 50 abortions in any 12-month period or an abortion facility licensed under Chapter 245 shall conspicuously display signs that satisfy the requirements of this section in each patient admission area, waiting room, restroom, and patient consulting room. |
| (b) The sign required by this section must be in English and Spanish and display the following text: | (b) The signs required by this section must contain the following information: |
| You can't be forced. No one can make you have an abortion against your will, even if you are a minor. In fact, forcing a minor to have an abortion is considered child abuse. If you are a minor being forced into making a particular decision, you can report it by calling the Texas Abuse Hotline at 1-800-252-5400. The call is free and the hotline operates 24 hours per day, 365 days per year. You and the father. The father of your child must provide support for the child, even if he has offered to pay for an abortion. The Child Support Division of the Office of the Attorney General can help you locate your child's father and determine that he is the father. The Child Support Division can also help establish and enforce child support orders and collect money owed, as well as distribute child support payments. To learn more about child support services, call the Child Support Division at (512) 460-6000. You and adoption. The law allows adoptive parents to pay costs of prenatal care, childbirth, and newborn care. To learn more about adoption services and the organizations available to assist you, call Woman's Right to Know at (512) 776-6917. You are not alone. Many agencies are willing to help you carry your child to term and to assist you after your child's birth. This includes providing access to health care services for mother and baby, supplies, healthy food items, nutrition education, and in-home support. | (1) a woman cannot be forced to have an abortion against her will, regardless of her age; (2) if a woman is being forced to have an abortion or being abused, the state is able to help the woman; and (3) human trafficking, including sex trafficking, is a violation of state law. |
| | (c) The signs required by this section must also contain a phone number for the Department of Public Safety and a toll-free phone number of a nationally recognized information and referral hotline for victims of human trafficking. |
| | (d) The signs required by this section may not contain any information other than the information described by Subsections (b) and (c). |

App. 1167

INTRODUCED

-

*(See subsection (b) above.)*

-
-
-
-
-

-
-

(c)    The executive commissioner of the Human and Human Services Commission shall adopt rules as necessary to implement and enforce this section.

Sec. 171.0126.    REQUIRED SIGNS AT CERTAIN    FACILITIES:    HUMAN TRAFFICKING.    (a)    An ambulatory surgical center licensed under Chapter 243 that performs more than 50 abortions in any 12-month period or an abortion facility licensed    under    Chapter    245    shall conspicuously display a sign that satisfies the requirements of this section in each patient admission area, waiting room, and patient consulting room.

(b)  The sign required by this section must be in English and Spanish and display the following text:

WARNING:    Being forced to engage in sexual activity or forced to obtain an abortion is illegal under Texas law. Call the national human trafficking hotline:    1-888-373-7888.

(c)    The executive commissioner of the Health and Human Services Commission shall adopt rules as necessary to implement and enforce this section.

(e)  The signs required by this section must each be at least 11 inches in width and 17 inches in length.

(f)  A facility described by Subsection (a) shall post a sign required by this section in English and a sign in Spanish.    If the facility is located in a political subdivision that    is    required    to    provide    election materials in a language other than English or Spanish under Section 272.011, Election Code, the facility shall also post a sign in that language.

(g)    The executive commissioner shall adopt rules as necessary to implement and enforce this section.

SECTION 2.  Not later than December 1, 2015, the executive commissioner of the Health and Human Services Commission shall adopt the rules necessary to implement Sections 171.0125 and 171.0126, Health and Safety Code, as added by this Act.

SECTION 3.  An ambulatory surgical center or abortion facility is not required to comply with    Sections    171.0125    and    171.0126, Health and Safety Code, as added by this Act, before January 1, 2016.

SECTION 4.    This Act takes effect September 1, 2015.

SECTION 2.  Not later than December 1, 2015, the executive commissioner of the Health and Human Services Commission shall    adopt    the    rules    necessary    to implement Section 171.0125, Health and Safety Code, as added by this Act.

SECTION 3.    An ambulatory surgical center or abortion facility is not required to comply with Section 171.0125, Health and Safety Code, as added by this Act, before January 1, 2016.

SECTION 4. Same as introduced version.

-

App. 1168

App. 1169

**EXHIBIT 68**

**Pam Belluck, *Abortion Shield Laws: A New War Between the States*, New York Times (Feb. 22, 2024)**

# Abortion Shield Laws: A New War Between the States

Doctors in six states where abortion is legal are using new laws to send abortion pills to tens of thousands of women in states where it is illegal.



**By Pam Belluck**

Pam Belluck spent time with abortion providers sending pills to states that outlaw abortion and talked with patients receiving those pills.

Published Feb. 22, 2024   Updated Feb. 23, 2024

Behind an unmarked door in a boxy brick building outside Boston, a quiet rebellion is taking place. Here, in a 7-by-12-foot room, abortion is being made available to thousands of women in states where it is illegal.

The patients do not have to travel here to terminate their pregnancies, and they do not have to wait weeks to receive abortion medication from overseas.

Instead, they are obtaining abortion pills prescribed by licensed Massachusetts providers, packaged in the little room and mailed from a nearby post office, arriving days later in Texas, Missouri and other states where abortion is largely outlawed.

This service and others like it are operating under novel laws enacted in a half-dozen states — Massachusetts, Washington, Colorado, Vermont, New York and California — that have sought to preserve abortion access since the Supreme Court overturned the nationwide right to abortion in June 2022. The laws have been in use only since the summer and have not been tested in the courts, but they are already providing abortion access to tens of thousands of women in states with bans, especially low-income patients and others who cannot travel.

Called telemedicine abortion shield laws, they promise to protect doctors, nurse practitioners and midwives licensed in those six states who prescribe and send abortion pills to patients in the nearly two dozen states that ban or sharply restrict abortion.

The laws stipulate that officials and agencies of their states will not cooperate with another state's efforts to investigate or penalize such providers — a stark departure from typical interstate practices of extraditing, honoring subpoenas and sharing information, legal experts on both sides of the abortion issue say. Many expect them to ultimately be challenged in federal court.

Abortion opponents see the laws as brazen infringement on state sovereignty.

"You have states not just picking their own strategy but really trying to completely sabotage the governing efforts of their neighboring states," John Seago, the president of Texas Right to Life, said.

"It can't stand, and we can't be content with this new development," he added.



"Some people who might not have gotten an abortion if they had to take off work and go to a clinic, or wait three weeks and all of that, are doing it now," said Dr. Linda Prine, a New York shield-law provider.  Ilvy Njiokiktjien for The New York Times

The threat of shield laws is one reason that three states — Idaho, Kansas and Missouri — petitioned to join a case the Supreme Court will hear next month that seeks to bar the mailing of abortion pills and to require in-person doctor visits instead of telemedicine. The petition was denied.

App. 1172

"When you have states actively seeking to circumvent each other's laws, that raises a very real legal problem that will stretch far beyond just the abortion sphere," said Will Scharf, a Republican candidate for attorney general in Missouri, who helped draft anti-abortion legislation when serving as policy director for the state's governor six years ago.

Pills have become the most common abortion method nationally, and abortion rights advocates consider shield laws a crucial way to counter the wave of bans enacted since the Supreme Court's decision in Dobbs v. Jackson Women's Health Organization.

"This might be the most important event since Dobbs on so many levels," said Rachel Rebouché, the dean of Temple University Law School, who has worked with shield law advocates and legislators. "Thousands and thousands of pills are being shipped everywhere across the United States from a handful of providers. That alone speaks to the nature of what mailed medication abortion can do."

Before shield laws were enacted, Aid Access, one of the organizations in the forefront of telemedicine abortion, served patients in states with bans by issuing prescriptions from Europe and shipping pills from a pharmacy in India. Pills could take weeks to arrive, potentially putting patients beyond 12 weeks' gestation, the recommended threshold for taking the medication.

With shield laws, "some people who might not have gotten an abortion if they had to take off work and go to a clinic, or wait three weeks and all of that, are doing it now," said Dr. Linda Prine, a New York shield law provider.

Aid Access providers are now using shield laws to serve about 7,000 patients a month, nearly 90 percent of them in states with bans or severe restrictions, according to Dr. Abigail Aiken, an associate professor at the University of Texas at Austin, who studies Aid Access data.

The shield laws upend the usual telemedicine model, under which out-of-state health providers must be licensed in the states where patients are located.

Beyond providing abortion access to individual patients, the shield-law movement carries broader implications for abortion politics, and supporters are working to enact similar laws in as many states as possible so the approach becomes commonplace, according to Francine Coeytaux, a co-founder of Plan C, a clearinghouse for medication abortion information.

"The shield laws are about a state's legislative and justice system having skin in the game," she said.

# Inside the room



Telemedicine abortion shield laws are intended to protect doctors, nurse practitioners and midwives who prescribe and send abortion pills to patients in the nearly two dozen states that ban or sharply restrict abortion. Sophie Park for The New York Times

Carol, who asked to be identified by her middle name to help keep her role private, met me behind the brick building outside Boston and escorted me through a back door, down a warren of hallways. Others who rent offices in the building haven't asked what she does there, she said, adding: "I'm kind of hoping that most people aren't really that curious about what's going on."

At a plain white table, Carol, who has a master's degree in public health, began her routine: checking a spreadsheet of prescriptions; printing out labels with medication information and patients' names; printing address labels with tracking numbers and adding them to the

spreadsheet.

Patients contact this service and others online and fill out forms providing information about their pregnancy and medical history. Carol's colleague, Lauren Jacobson, a nurse practitioner, writes prescriptions, evaluating whether patients are medically eligible. They can be up to 12 weeks pregnant and must have no disqualifying medical issues like an ectopic pregnancy or a blood-clotting disorder. Patients and providers can communicate by email or phone if needed.

"We're a free country," said Ms. Jacobson, who sometimes writes 50 prescriptions a day. "So let's put that to the test. Here we are and we're not going to be intimidated, and we have our states backing us."

Carol pulled the two abortion medications from storage boxes: mifepristone, which stops a pregnancy from developing, and misoprostol, taken 24 to 48 hours later to spur contractions to expel pregnancy tissue.

"I don't really consider myself a rule breaker," she said. "So it's funny that here I am sitting in this tiny little closet surrounded by pill bottles."

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 45 of 210    PageID 16606



Carol and others who use shield laws to send abortion pills to patients are taking precautions to protect themselves, including not traveling to states with abortion bans, where they could be more vulnerable to arrest.  Sophie Park for The New York Times

The operation resembles a small-scale assembly line, preparing medication for six packages at a time: one mifepristone pill in a manufacturer's prepackaged box and 12 misoprostol tablets counted out by hand from bottles of 100 supplied by a wholesaler. Carol slid the medications into plain envelopes lined with bubble wrapping, along with a 10-page pamphlet from the mifepristone manufacturer and illustrated instructions from Aid Access about taking the medication and expected side effects, like cramping and bleeding.

She drove several miles to a post office to mail the envelopes.

"Getting ready for Christmas?" another customer in the post office asked one day, she recalled.

App. 1176

"Surprise, I'm actually Santa Claus," she replied cheerfully.

One of Carol's envelopes arrived at the home of Ashley Dickey in Texas.

Ms. Dickey has two young children and said she had experienced serious postpartum depression after those pregnancies. She said she dissolved in tears when she became pregnant again and concluded that she could not manage another pregnancy and raise another child. "It's just not good for anybody," she said.

When she learned she could receive pills by mail, "I was so grateful," she said, adding, "If I would have had to travel somewhere, it would have been catastrophic, financially and then just emotionally."



"If I would have had to travel somewhere, it would have been catastrophic, financially and then just emotionally," said Ashley Dickey, a Texas patient who received abortion

pills from Massachusetts shield law providers." Montinique Monroe for The New York Times

## Reaching low-income patients

Supporters say shield laws are already making substantial progress toward an important goal: helping patients who cannot afford — financially or logistically — to travel to another state for an abortion.

"It's reaching the ones that were impacted the most: low-income, poor people, communities of color, Indigenous," said Michelle Colón, the executive director of SHERo Mississippi, an organization supporting reproductive rights for people of color.

Nationally, there are three main providers: Aid Access; the Massachusetts Medication Abortion Access Project (called The MAP); and a service called Abuzz, which does not yet serve all states with abortion bans. They charge $150 or $250, though all three services provide pills for reduced prices or even at no cost, based solely on what patients say they can pay.

Dr. Rebecca Gomperts, a Dutch physician who founded Aid Access, said over half of its shield-law patients cannot pay full price. About a third of The MAP's patients can afford only the service's $5 minimum, said Dr. Angel M. Foster, director of The MAP.

But shield-law providers say it is uncertain whether they can sustain their pay-what-you-can approach. Most providers are absorbing the cost for thousands of patients who can't pay full price. So far, most abortion funds — organizations that provide financing to help patients obtain abortions — have not given money for sending pills to anti-abortion states, partly because they do not know if shield laws would protect the funds.

"I've had several funds say, 'Our lawyers say we cannot do this,'" said Susan Yanow, a longtime reproductive health activist working with The MAP, who has nonetheless gotten some funds to contribute.

A few funds openly support shield-law activity. "We are here to boldly make a statement," said Karen Middleton, president of Cobalt Abortion Fund in Colorado, which gives $2,500 a month to that state's provider. And some advocates are starting funds, including Jodi Jacobson, an activist based in California, who said she wanted to support "providers who are losing money" performing what she called "medical civil disobedience."

App. 1178

# Legal strategizing



Authorities in states with abortion bans have not yet tried to prosecute, sue or otherwise target shield law providers, but some advocates on both sides say it is only a matter of time before that happens.  Sophie Park for The New York Times

Several Republican attorneys general from states with strict abortion prohibitions declined requests to discuss shield laws. But Mr. Scharf, who is challenging Missouri's incumbent attorney general in the Republican primary, predicted that the shield laws would almost certainly be challenged in court.

"Constitutional litigation is obviously an option here," he said. "Ultimately, whenever you get attempts like this to circumvent our constitutional system of federalism, that's going to be something that's litigated."

App. 1179

Dr. Seago of Texas Right to Life said taking action against shield-law providers would be "a difficult challenge" that would require "the right case," including a patient "on the receiving side of those illegal activities" who would cooperate with a civil suit or prosecution.

"We can definitely promise that in a pro-life state like Texas with committed elected officials and an attorney general and district attorneys who want to uphold our prolife laws, this is not something that's going to be ignored for long," he said.

Many shield-law providers are taking precautions, including not traveling to states with abortion bans, where they could be more vulnerable to arrest. Some are not sending pills to states where they have family. Some are creating trusts to protect their assets from civil suits.

"At any moment, I might get a cease-and-desist order, or I might get a lawsuit, or I might get some district attorney coming after me, I have no idea," said Dr. David Wiebe, who operates under Colorado's shield law. "I'm absolutely flying out at full risk here."

The MAP has taken several protective steps. All of its prescribers are within Massachusetts. Pills are stocked and packaged at a separate location by workers hired by Cambridge Reproductive Health Consultants, a nonprofit Dr. Foster leads. "Our model is about distributing risk," she said.

One national mail-order pharmacy, Honeybee Health, based in California, is evaluating whether it can send pills to states with abortion bans under California's shield law, a step that would allow providers in any shield-law state to send their prescriptions to Honeybee and avoid stocking and shipping pills themselves.

Honeybee's co-founder and president, Jessica Nouhavandi, said she hoped to do so, but worried about jeopardizing her business, which dispenses other medications too. If an anti-abortion state like South Carolina pulled her license, "what happens to my thousands of South Carolina patients who get their blood thinners from me?" she said.

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 50 of 210     PageID 16611



"We're a free country," said Lauren Jacobson, a nurse practitioner who sometimes writes 50 prescriptions a day. "So let's put that to test. Here we are and we're not going to be intimidated, and we have our states backing us."  Ilvy Njiokiktjien for The New York Times

Another unknown is the outcome of the lawsuit by abortion opponents seeking to curtail mifepristone. An appeals court ruling effectively barred the mailing of mifepristone and required in-person doctor visits. The case is now before the Supreme Court.

"If we prevail on that, all these shield laws will be rendered moot at that point because then there'll be a federal policy prohibiting such a transaction," said Erik Baptist, senior counsel for the Alliance Defending Freedom, which represents abortion opponents in that case. Some shield law providers say they will look for legal ways to continue.

App. 1181

Texas, which has strict bans, is home to about a third of shield-law patients, including Elizabet, who asked to be identified by her middle name to protect her privacy. She considered traveling to California, where a friend lives, but medication abortion at a clinic there would cost $750, plus transportation expenses.

She was relieved to find Aid Access and to receive pills mailed from Massachusetts. Although abortion bans target providers and not patients, she said she was still nervous about people in Texas finding out.

"That's been very scary," she said, "but I was like, you know what, I have to trust it."

Weeks later, Elizabet said she planned to visit a doctor for birth control, but worried about being asked if she'd taken abortion pills.

Ms. Jacobson, who prescribed her the medication under Massachusetts' shield law, reassured her, noting that there was no medical reason to disclose having taken abortion pills.

"The symptoms that the abortion pills cause are exactly the same as those that a miscarriage causes, so there is no possible way for a provider, a doctor, to look at you, do any test and know that you took the pills," she said, adding, "We've helped a lot of people navigate situations in places like Texas."

**Pam Belluck** is a health and science reporter, covering a range of subjects, including reproductive health, long Covid, brain science, neurological disorders, mental health and genetics. More about Pam Belluck

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: New Shield Laws Allowing Women Abortion Access

# EXHIBIT 69

# MAP - Frequently asked questions

← → C 🔒 cambridgereproductivehealthconsultants.org/map

- Finally, you will take 4 more misoprostol pills. You will take these pills 4 hours after you take the first set of misoprostol pills. This helps ensure that the abortion is complete.

We will provide you with detailed instructions about what to do and what to expect when we send the medications.

# Frequently asked questions

Taking the first pill (mifepristone)    Taking the second pills (misoprostol)    Side effects    What to expect after the abortion

If you need care

I am worried that I'm still pregnant. How can I check?                                                    ⌄

I am worried that something went wrong with the abortion. What do I do?                                   ⌃

Most abortions are successful. People only need some kind of help, like a suction procedure or more medication, in about 2 in 100 cases. However, if you are worried, you can get an ultrasound at an emergency department or through a primary care doctor or gynecologist. If you do not feel safe telling them you used abortion pills, tell them you are pregnant and had some bleeding and want to know if everything is OK.

# EXHIBIT 70

## Abuzz





# Need abortion care at home?

Get access today

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 56 of 210    PageID 16617

## Fast, discreet shipping.

Packages arrive in 2-5 days. Medications are shipped in a plain mailing envelope.



**Affordable care for everyone.**

Accessing safe and affordable healthcare is a fundamental right. Services are available for $0-150 sliding scale.

App. 1188



**The support you need, when you need it.**

An experienced medical team is here to answer your questions, provide support, and guide you through the process.

# Abuzz may be able to help you if...

App. 1189



# You're less than 13 weeks pregnant.

You must be less than 13 weeks pregnant to access abortion through Abuzz. Remember that pregnancy is measured from the first day of your last menstrual period, which is around two weeks before conception.



→ How do I estimate the length of my pregnancy?

# You're comfortable with virtual abortion care.



In most cases, providers do not require a phone call or video visit. After you fill in the form, a clinician will arrange payment with you and review your information. If you're approved to receive abortion pills by mail, your pills will be shipped out in 1-2 business days.



# You have a mailing address in one of our states.

Options for at-home abortion pill access will vary based on your location. Click below to find options in your state or territory.

# Still have questions? Check out our FAQ

App. 1191





Abuzz: Abortion Pill Access At Home

About Us

How it Works

FAQ

Terms of Use

Privacy Policy

Provider Payments

**Donations allow us to help all pregnant people, regardless of their ability to pay. Please consider supporting our work.**

DONATE

© Abuzz LLC 2023

App. 1192

# EXHIBIT 71

# Abuzz FAQ



**Frequently Asked Questions***

Services | About Abortion Pills | Before Taking Abortion Pills | How to Use Abortion Pills

During An Abortion With Pills | After An Abortion With Pills

## Services

**I can't afford $150. Can I still get help?** —

Yes, you can still get help! Just let your provider know what you can afford when you fill out the form.

**Can I get abortion pills even if I'm not pregnant?** —

Yes, clinicians offer abortion pills "just in case" you do get pregnant. These are sometimes called "advance provision" or "pills for future use."

**Do I have to have a video visit or phone call?** —

In most cases, a phone or video call is not required. Everything is done through the intake form. You will receive a phone number so that you can contact the medical team for any follow up questions. We are here to support you if you choose.

**What happens after I fill out the form?** —

We will connect you with a provider that is best suited to support your care. The provider will arrange payment with you and review your file. They might ask you some follow up questions. If you are eligible to receive services, they will mail you abortion pills.

**How do I get started?** —

App. 1194

Fill in the form here.

# About abortion with pills

| **What comes in the abortion pill kit?** | — |
| --- | --- |

The abortion pill kit has two medicines: mifepristone and misoprostol. The combination of mifepristone and misoprostol is very effective and has the fewest side effects.

| **How do the abortion pills work?** | — |
| --- | --- |

Mifepristone stops the pregnancy from growing. Misoprostol makes  the uterus contract and push out the pregnancy just like a natural miscarriage.

| **How effective are abortion pills?** | — |
| --- | --- |

The combination of mifepristone and misoprostol has been shown to be 98% effective at ending a pregnancy.

| **Is there a difference between the generic (mifepristone) and brand (Mifeprex) versions of mifepristone?** | — |
| --- | --- |

There is no difference between them.

| **Are abortion pills safe?** | — |
| --- | --- |

They are very safe – safer than Tylenol and safer than driving in a car! The risk of severe, life-threatening complications requiring hospitalization is less than 1%.

| **If abortion pills are so safe, why are they so restricted?** | — |
| --- | --- |

Restrictions on abortion pills have nothing to do with medical safety or effectiveness. The restrictions are made by politicians who are against abortion.

| **Will the abortion pills affect my ability to get pregnant in the future?** | — |
| --- | --- |

No, abortion pills do not affect your future fertility. You can still get pregnant again.

App. 1195

## I have an Rh negative blood type. Will I need Rhogam if I am less than 12 weeks when I take the abortion pills?                                                                                                    —

No, Rhogam is only needed for people with Rh negative blood *after* 12 weeks.

## Do abortion pills increase the risk of infection?                                                                                                    —

Infections from abortions are very rare. They occur in less than 2% of all abortions and usually are easily treated with antibiotics when they do occur.

## How far in pregnancy can I use abortion pills?                                                                                                    —

The clinicians we refer to will send the pills to people up to 12 weeks and 6 days pregnant. If you are 13 weeks pregnant or more, you can find services here.

## What is an ectopic pregnancy and how would I know if I had one?                                                                                                    —

Ectopic (tubal) pregnancies are located outside of the uterus. The risk of having an ectopic pregnancy is very low (less than 2%), but if it bursts it is a medical emergency. The only way to know for sure if you have an ectopic pregnancy is by ultrasound. If you are pregnant and have any of the following signs of a ruptured ectopic pregnancy, you should go to the hospital right away: severe abdominal pain on one side, dizziness, lightheadedness, feeling very weak. There is a higher risk of ectopic pregnancy if you have an IUD or history of ectopic pregnancies.

## Will the pills work if I have an ectopic pregnancy?                                                                                                    —

The abortion pills will NOT work for an ectopic pregnancy. If you take abortion pills and do not have any bleeding within 24 hours after taking misoprostol, you should speak to your abortion pill provider right away. They may recommend an ultrasound to check the location of the pregnancy.

## Can I use abortion pills if I have an IUD in place?                                                                                                    —

It is very rare to become pregnant with an IUD in place.  If you are  pregnant with an IUD, there is a higher risk of it being an ectopic pregnancy. Ectopic pregnancies are dangerous because they can burst suddenly and cause severe internal bleeding. While an ultrasound is not required, it would show the location of the pregnancy and the IUD. You don't need to have the IUD taken out before taking abortion pills. They will still work (unless it is an ectopic pregnancy) and a risk is that the IUD may come out with the pregnancy. Since you have become pregnant, it also means you will need to have the IUD replaced after the abortion since it is no longer working correctly.

## I got an abortion pill kit for future use. How long is it good for?                                                                                                    —

You can store the pills for at least two years (and probably longer) in a cool, dry, dark place. It's not recommended to store them in the bathroom because the heat and humidity can make the pills less


ective.

**Can I receive just misoprostol?**                                                                —

Using mifepristone and misoprostol together is considered the "gold standard" protocol for abortion
with pills. Typically, clinicians prefer to prescribe the two medications together as they have fewer side
effects and the process is easier. If you cannot take or do not want to take mifepristone, you can fill in the
online form and ask your clinician about a misoprostol-only abortion.

**Can I   ll an abortion pill prescription at my local pharmacy?**                                  —

Local pharmacies in the U.S. are allowed to dispense mifepristone after getting certified. You can locate
a pharmacy here. Some clinicians may be able to send a prescription for you to fill at a local pharmacy. At
this time, Abuzz does not offer this service.

# Before taking abortion pills

**What should I do before taking abortion pills?**                                                  —

Before taking pills, it is helpful to do a pregnancy test to confirm you're pregnant. This avoids taking pills
unnecessarily and prevents confusion. If you don't want to take a pregnancy test, you don't have to. You
should also estimate how far along the pregnancy is. Pregnancies are measured starting from the first
day of your last period (and not from conception or when you had sex). You can figure out how far along
the pregnancy is using your last period in a **pregnancy calculator like this one** or by getting an
ultrasound.

**What kind of pregnancy test should I use before taking the pills?**                               —

Almost any pregnancy test will work. Dollar store tests work great. We do not recommend using any
digital (positive/negative or +/-) pregnancy tests because we have noticed many people having false
positives (a positive test result when they are not actually pregnant).

**Do I need to get an ultrasound before taking abortion pills?**                                    —

No, getting an ultrasound is not required for most people. You do not need to get an ultrasound as long
as your provider can figure out how far along your pregnancy is and you do not have signs of an ectopic
pregnancy.

**How should I get ready to take my abortion pills?**                                               —

App. 1197

1. Read our information on how to take the pills, what you might see and feel, and how to identify signs of complications.
2. Have a plan for where and when you will take the pills. You will want to be in a comfortable place and have access to a bathroom for up to 12 hours after taking misoprostol (the second medicine).
3. Have a plan for how to get emergency medical care in the unlikely event that you need it. It can be good to have a support person (in-person or virtually) in case you need help – especially the day you take misoprostol because this is when you'll have the most cramping/pain and bleeding.
4. Have on hand whatever you usually use to help with your periods (ex: large overnight pads, painkillers, anti-nausea medicine, heating pads, comfortable clothes, snacks, netflix/movies, etc).

# How to use abortion pills

## How should I take the abortion pills?                                    −

Check out the instructions. How you take the abortion pills depends on how far along the pregnancy is. You can figure out how far along the pregnancy is based on your last period or by getting an ultrasound. There are many different ways to take the pills and most work well. The World Health Organization recommends:

| Less than 9 weeks | • Swallow 1 mifepristone 200mg pill orally<br>• Wait 1-2 days<br>• Take 4 misoprostol 200mcg pills under the tongue, in the cheek, or in the vagina. If you don't start bleeding after 24 hours, take another 4 pills. |
|---|---|
| 9-11 weeks | • Swallow 1 mifepristone 200mg pill orally<br>• Wait 1-2 days<br>• Take 4 misoprostol 200mcg pills under the tongue, in the cheek, or in the vagina. 4 hours later, take another 4 misoprostol 200mcg pills. |
| 12+ weeks | • Swallow 1 mifepristone 200mg pill orally<br>• Wait 1-2 days<br>• Take 2 misoprostol 200mcg pills under the tongue, in the cheek, or in the vagina every 3 hours until the pregnancy tissue is out. |

## How long do I have to wait to take misoprostol (the second medicine)?        −

We recommend taking misoprostol 1-2 days (24-48 hours) after mifepristone because this will be the most effective.

## How do I take misoprostol (the second medicine)?                           −

App. 1198

Misoprostol can be taken in 3 different ways – vaginally, buccally, or sublingually. Vaginally means inserting the medicine with your fingers into the vagina. Buccally means holding the medicine in your cheeks like how a chipmunk holds food. Sublingually means holding the medicine under your tongue. If you take the misoprostol sublingually or buccally, after 30 minutes you can swallow whatever remains of the pills.

### What is the difference between putting the misoprostol (the second medicine) under your tongue, in your cheek, or in the vagina?    −

In areas where abortion is restricted, it can be safer to put the misoprostol in your cheek or under your tongue. After 30 minutes you can swallow or spit out anything that is left. Using the medicines in your cheeks or under your tongue can give you more side effects (nausea, vomiting, diarrhea). Using the medicines in the vagina gives you less side effects, but the pills could be seen during a vaginal exam. If this is a concern for you, we recommend that you use the pills in your cheek or under your tongue.

### What can I take for nausea?    −

You can take over the counter anti-nausea medicine like Unisom or Dramamine. Other things that can help with nausea include ginger tea, chewing gum, and sucking on hard candies. A prescription for anti-nausea medication can be sent if needed.

### What can I take for pain?    −

1. It's most effective to wait until you feel some pain before taking painkillers (but do not wait until the pain is unbearable). You can take over-the-counter painkillers like ibuprofen (Motrin/Advil) and acetaminophen (Tylenol). You can take 600-800mg ibuprofen every 6-8 hours with food. You can take 1000mg of acetaminophen every 6 hours. You can also take ibuprofen and acetaminophen together. If you do not want to use ibuprofen, you can try taking naproxen (Aleve) 550mg every 12 hours.  To be more comfortable during the process, you can also try using a hot water bottle or heating pad on the belly, listening to music, having a support person, being someplace private, etc.

### Why do I start with fewer misoprostol pills when I'm 12+ weeks pregnant?    −

The farther along you are, the fewer misoprostol pills you need for each dose. After 12 weeks, people should take 1 mifepristone followed by 2 misoprostol pills repeated every 3 hours until the pregnancy passes.

### Why do I have extra pills and what should I do with them?    −

Extra misoprostol pills are sent in case:

1. You vomit after taking the pills
2. You don't bleed enough after taking the pills
3. You have too much bleeding after taking the pills

Please keep any extra misoprostol for at least 2 months. This way you will have it on hand in case you experience a complication and are advised to take it.



## What do I do with my extra pills? −

Please keep any extra misoprostol for at least 2 months. This way you will have it on hand in case you experience a complication and are advised to take it.

## What if I throw up after taking the abortion pills? −

As long as you can keep the mifepristone (first medicine) down for at least 30 minutes, it will most likely be effective. If you vomit less than 30 minutes after taking mifepristone, it might not be as effective, so contact us for further information.

As long as you keep the misoprostol (second medicine) in your mouth for at least 20 minutes, that should be enough time for the medication to absorb and be effective. If you vomit less than 20 minutes after taking the misoprostol by mouth, it's recommended to take anti-nausea medication, wait a few hours, and try again.

# During an abortion with pills

## What happens after taking the abortion pills? −

Most people don't have any symptoms after taking mifepristone (the first medicine). Some people might have light bleeding or nausea. The main symptoms of bleeding and cramping usually begin after taking the misoprostol (the second medicine).

## How much bleeding and cramping will I have? −

Every person is different, and there is a range of normal bleeding and cramping. . Most people have bleeding and cramping that is heavier than a period and can include blood clots the size of lemons. Some people only have light bleeding. It usually starts 4-6 hours after taking the misoprostol (the second medicine) and starts to slow down within 1 day. Some people have mild pain, and other people have very intense cramps.

## What if I start bleeding/having a miscarriage before I use the abortion pills? −

Signs of a miscarriage don't always mean you had a complete miscarriage so it is recommended that you still use the abortion pills to make sure the pregnancy passes fully.

## What are the side effects of misoprostol (the second medicine)? −

The side effects of misoprostol include nausea, vomiting, headache, diarrhea, fever, and chills. These are usually temporary and go away on their own. If the fever (more than 101 degrees) continues for more than 24 hours after taking misoprostol, please contact your abortion pill provider because this can be a sign of infection.

## How much bleeding is too much?    −

It is normal to have heavy bleeding and blood clots. If you are soaking 2 large overnight pads per hour for 2 hours in a row (4 pads in 2 hours) that is too much bleeding. You should seek medical attention right away if this happens. Sometimes providers recommend taking 2 more misoprostol pills to slow the bleeding down while waiting for medical attention.

## What are signs of a complication?    −

If you have very heavy bleeding (soaking 2 large overnight pads per hour for 2 hours in a row), fever for over 24 hours since taking misoprostol, or severe pain that is not relieved by painkillers, these are signs of severe medical complications, and you should seek medical attention right away.

## Will anyone be able to tell that I took abortion pills?    −

No, there are no tests to detect that you took abortion pills by mouth. The only way for the providers to know is if you tell them or if you took the pills vaginally and they see them on an internal exam. You do not need to say that you took abortion pills.

## If I have to go to the hospital, what should I say?    −

The treatment for a miscarriage and abortion are the same, so you can just say something like "I'm bleeding but it doesn't feel like my usual period. I'm afraid something is wrong" or "I'm pregnant and bleeding. I'm scared there's something wrong" and you should get the care you need.

# After an abortion with pills

## How do I know if the abortion pills worked?    −

Most people can tell if the pills worked by what they experience and how they feel. Some signs that the abortion pills worked can include: bleeding (light or heavy), cramping after taking the pills, passing clots and/or tissue, and no longer feeling pregnant. Pregnancy tests can stay positive for up to 5 weeks after a successful abortion, so they are not reliable before that time. If you still feel pregnant, you should contact your abortion pill provider.

## What if I have little or no bleeding after taking the abortion pills?    −

This could be a sign that the pills didn't work, so you need to talk to your abortion pill provider for further guidance.

## How long will I bleed after taking abortion pills?    −

Bleeding should start to slow down after the pregnancy passes. However, light bleeding and/or spotting can continue off and on for up to 6 weeks. If you have been bleeding more than 6 weeks, contact your abortion pill provider.

## What if I have vaginal odor after using the pills?    −

Your vagina needs time to adjust to the changing hormones after ending the pregnancy, so any odor changes can be normal. Burning or pain from the discharge are reasons to seek medical attention.

## When can I get pregnant again after an abortion?    −

You can get pregnant as soon as 1 week after your abortion. If you want to prevent pregnancy, it is important to start birth control soon after your abortion.

## When can I start birth control after my abortion?    −

You can start most methods right away. If you start within 1 week, you are protected from pregnancy right away. Here is a guide to starting birth control after an abortion.

## When can I start exercising or return to work/school after an abortion with pills?    −

Everybody is different. Most people are able to return to normal activities the day after you finish taking misoprostol (the second medicine).

## When can I have sex again after an abortion?    −

This is up to you and what feels right for your body. You can have sex again whenever you feel ready.

* Nothing on this website is to be construed as medical advice. Please consult with a trusted healthcare professional before making any medical or healthcare decisions.



Abuzz: Abortion Pill Access At Home

About Us

How it Works

FAQ

Terms of Use

Privacy Policy

Provider Payments

**Donations allow us to help all pregnant people, regardless of their ability to pay. Please consider supporting our work.**

DONATE

© Abuzz LLC 2023

App. 1203

# EXHIBIT 71a

## Abuzz - How It Works





X Quick Exit

# How It Works

The process is simple, con dential, and designed to meet your needs.

## 1. Fill in the form.

The form asks a few basic questions to help the clinician know if you are eligible to get abortion pills by mail.

You will also be asked to upload a copy of your photo ID (if you do not have one, please let us know) and sign a consent form.

Fill in the form →

## 2. Check your email.

You'll get instructions for making a payment and signing into the secure portal. Follow those instructions to complete your request.

## 3. Review

A US-licensed clinician will review your eligibility for an at-home abortion with pills within 1-2 business days. In most cases, Abuzz providers do not require a phone/video call. If your provider has more questions, they will contact you via the portal.

App. 1205





# 4. Receive and use abortion pills at home

Your FDA-approved medications (mifepristone and misoprostol) will be sent by mail.

Shipping takes 1-5 business days. Detailed instructions and support are provided.

Clinicians are available to answer your questions 7 days a week.

App. 1207

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 77 of 210     PageID 16638

# Still have questions? Check out our FAQ

➔Go to the FAQ





Abuzz: Abortion Pill Access At Home

About Us

How it Works

FAQ

Terms of Use

Privacy Policy

Provider Payments

App. 1208

Donations allow us to help all pregnant people, regardless of their ability to pay. Please consider supporting our work.

DONATE

© Abuzz LLC 2023

App. 1209

# EXHIBIT 72

# Declaration of Ann Dalton

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **STATE OF MISSOURI**, *et al.,* | |
| *Intervenor-Plaintiffs,* | |
| v. | |
| **U.S. FOOD AND DRUG ADMINISTRATION**, *et al.,* | |
| *Defendants,* | Case No. 2:22-cv-00223-Z |
| **DANCO LABORATORIES, LLC**, | |
| *Intervenor-Defendant,* and | |
| **GENBIOPRO, INC.,** | |
| *Intervenor-Defendant.* | |

## DECLARATION OF ANN DALTON

I, Ann Dalton, hereby declare and swear as follows:

1.    I am over 18 years of age, have personal knowledge of the matters set forth here, and am competent to make this declaration.

2.    I currently work in Florida's Agency for Healthcare Administration (AHCA) as the Assistant Deputy Secretary for Medicaid Policy and Quality.

3.    In my role with AHCA, I am familiar with the administration of the Florida Medicaid program.

4.    The statements in this declaration are based on my professional knowledge and experience.

1

5.    When a provider seeks coverage for medical services, it submits a claim to Florida Medicaid.

6.    Claims typically include information regarding services rendered, diagnosis codes, and payment amounts.

7.    In my role with AHCA, I am familiar with Florda Medicaid claim records, and in preparing this declaration, Agency staff reviewed a subset of paid claim amounts for Calendar Years 2020 and 2022.

8.    As a matter of State policy, Florida Medicaid does not provide coverage for elective abortions. However, Florida Medicaid does provide coverage for treatment and follow-up care at hospitals following abortion *complications*, including complications from abortifacients like mifepristone.

9.    Often, the cost to Florida for providing such coverage is not quantified, or is difficult to identify, in the medical records due to a range of factors, including coding variances.

10.    Nonetheless, through a review of a subset of Florida's Medicaid records, Agency staff has identified the below coverage costs to the State of Florida provided for treatment and follow-up care at hospitals following chemical abortion complications.

11.    The review was initiated in April 2025. First, AHCA identified Medicaid diagnosis codes associated with mifepristone complications. AHCA then sent letters to approximately 500 healthcare providers requesting medical records for approximately 1,000 recipients with Florida Medicaid claims filed under those diagnosis

2

codes. AHCA requested that the records be delivered within 14 days after receipt of the notification. Many healthcare providers did not meet this deadline, and some have not responded. Many records received by AHCA required decryption. Once records were received and decrypted, AHCA narrowed its search by uploading the records into a document review software and filtering by keyword searches. The remaining records were manually reviewed by certified nurses to determine whether treatment was related to complications from a chemical abortion. The records described below were identified in July 2025. The review is ongoing.

12.    In Calendar Year 2020, Florida Medicaid expended $543.73 in total funds to reimburse UF Health Shands Hospital for services provided to a Medicaid recipient in January 2020. Based on a review of the records documenting the services provided, AHCA staff concluded that the services were provided for the patient's treatment and follow-up care for medical complications caused by a chemical abortion.

13.    In Calendar Year 2022, Florida Medicaid expended $433.39 in total funds to reimburse the Jackson Health System for services provided to a Medicaid recipient in March 2022. Based on a review of the records documenting the services provided, AHCA staff concluded that the services were provided for the patient's treatment and follow-up care for medical complications caused by a chemical abortion.

* * *

3

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed August 21, 2025.

/s/ _____
Ann Dalton

4

# EXHIBIT 73

# Declaration of Julie Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF MISSOURI, *et al.,*

      *Intervenor-Plaintiffs,*

    v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.,*

      *Defendants,*

DANCO LABORATORIES, LLC,

      *Intervenor-Defendant,* and

GENBIOPRO, INC.,

      *Intervenor-Defendant.*

Case No. 2:22-cv-00223-Z

## DECLARATION OF JULIE WEBSTER

I, Julie Webster, hereby declare and swear as follows:

1.    I am over 18 years of age, have personal knowledge of the matters set forth here, and am competent to make this declaration.

2.    I currently work in Florida's Agency for Healthcare Administration (AHCA) as an Operations & Management Consultant Manager in the Division of Health Quality Assurance.

3.    I am a registered nurse licensed in the State of Florida.

4.    The statements in this declaration are based on my professional knowledge and experience.

5.      In July 2025, I was asked to review medical records that had been col-

lected from hospitals by AHCA's Division of Medicaid. These records were requested

based on a review of paid Medicaid claims in which I was not involved. Upon review-

ing the records, I concluded that two of the records reflected instances in which hos-

pitals in Florida provided services for patients' treatment and follow-up care for med-

ical complications caused by chemical abortions.

6.      In the first instance, I reviewed records related to services provided to a

patient by UF Health Shands Hospital in January 2020. The patient presented at UF

Health Shands Hospital with fever, abdominal pain, nausea, and vomiting for the

previous two days. The patient was seen at Bread & Roses, an abortion clinic, six

days before reporting to the hospital, when she was pregnant at approximately six

weeks' gestation. The abortion clinic performed an elective chemical abortion. The

patient was given one tablet of mifepristone in the clinic and four tablets of miso-

prostol to take at home, which she completed. She passed large clots and fetal tissue

followed by light bleeding for a few days. The day before reporting to the hospital, the

patient developed nausea, vomiting, and abdominal pain with a fever of 103 degrees

at home. She took Tylenol but continued to feel worse and could not tolerate food or

drink by mouth. The patient denied upper respiratory infection symptoms, diarrhea,

or recent sick contacts. The hospital administered laboratory testing, an ultrasound,

IV fluids, and antibiotics for suspected endometritis. By the third day of treatment,

the patient was tolerating intake, had improved pain, and was stable and ready for

discharge.

7.     In the second instance, I reviewed records related to services provided to a patient by the Jackson Health System in March 2022. The patient presented to the emergency department at the Jackson Health System with left flank pain for the previous 13 days. The patient was seen at Total Women's Clinic, an abortion clinic, 16 days before reporting to the hospital, when she was pregnant at seven weeks' gestation. The abortion clinic performed an elective chemical abortion. The patient was given one tablet of mifepristone in the clinic and two tablets of misoprostol to take at home, which she completed. She experienced heavier bleeding over the next two days and believed she saw the passage of tissue. Her flank pain started laterally, travelling down to her right lower quadrant. The hospital administered laboratory tests, an ultrasound, pain medications, and a pelvic exam. Tissue from the patient's cervical os and vaginal vault was removed and sent to pathology for evaluation. Pathology determined it was degenerated chorionic villi in a background of purulent exudate consistent with inflamed/infected products of conception.

* * *

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed August 21, 2025.

/s/ Julie Webster

Julie Webster

# EXHIBIT 74

# We Take Care of Us
# FAQ

9/17/24, 4:28 PM                    Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:23-cv-00223-Z    Document 254-2    Filed 08/23/25    Page 89 of 210    PageID 16650



Home        Care        FAQs        Cooperative            English ⌄

# Frequently asked questions

[About medication abortion](#)

[Before medication abortion](#)

[During medication abortion](#)

[After medication abortion](#)

[About our care](#)

[Resources](#)

[How to take abortion pills](#)

EXIT

# ABOUT medication abortion

| Who is eligible for medication abortion? | ⌄ |
|---|---|

| Is medication abortion safe? | ⌄ |
|---|---|

| Is medication abortion effective? | ⌄ |
|---|---|

| If medication abortion is safe, why am I hearing about abortion restrictions in the news? | ⌄ |
|---|---|

| Is abortion legal? Can I get in trouble for having or taking abortion pills? | ⌄ |
|---|---|

| I'm in a restrictive state, how can I access abortion pills safely? | ⌄ |
|---|---|

App. 1220

9/17/24, 4:28 PM          Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/22/25          Page 90 of 210          PageID 16651

# BEFORE medication abortion

How do I confirm that I'm pregnancy?                                                                               ⌄

How do I know how many weeks pregnant I am?                                                                         ⌄

How do I find out about my options?                                                                                ⌄

How does medication abortion work?                                                                                 ⌄

When during pregnancy is medication abortion an option?                                                            ⌄

Will abortion pills affect my ability to get pregnant in the future?                                               ⌄

My blood type is Rh negative. Do I need to take Rhogam if I have a medication abortion?                             ⌄

What is ectopic pregnancy? How do I know if I have one?                                                             ⌄

I have an IUD. Is medication abortion an option for me?                                                             ⌄

Do I need an ultrasound?                                                                                           ⌄

How should I prepare for a medication abortion?                                                                    ⌄

EXIT

# DURING medication abortion

How do I take abortion pills?                                                                                      ⌄

What is the best way to take misoprostol?                                                                          ⌄

What should I expect after taking mifepristone?                                                                    ⌄

What should I expect after taking misoprostol?                                                                     ⌄

What if I vomit after taking the medication?                                                                       ⌄

Can I eat and drink as usual during my medication abortion?                                                        ⌄

How can I manage my symptoms after taking abortion pills?                                                          ⌄

How do I know if my bleeding is normal?                                                                            ⌄

App. 1221

9/17/24, 4:28 PM      Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 91 of 210     PageID 16652

What should I do if I think I'm having a complication?    ⌄

# AFTER medication abortion

How do I know if the abortion pills worked?    ⌄

How long will my bleeding last?    ⌄

Is it normal to continue to have cramps?    ⌄

When can I return to my usual work, school and/or exercise routine?    ⌄

When can I have sex again after taking abortion pills?    ⌄

When can I get pregnant again after taking abortion pills?    ⌄

When can I start taking birth control?    ⌄

How do I know if I have an infection?    ⌄

What should I do if I have misoprostol pills left over?    ⌄

EXIT

# ABOUT our care

Who are the providers?    ⌄

What is telehealth? Is it safe and private?    ⌄

How much does care cost?    ⌄

Do you take insurance?    ⌄

I can't pay $150 for an abortion. Is financial assistance available?    ⌄

Do I have to schedule a video visit?    ⌃

No. A video visit is not required. Most of the care we provide is asynchronous. The first step is completing an online intake form. When completing the form, you tell us what contact method you would like to use for ongoing coordination of your care. Options include a secure

App. 1222

9/17/24, 4:28 PM          Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 92 of 210    PageID 16653

messaging app, text and email if you would like to have a video visit or have questions, that option is also available.

For some care services, such as perimenopause and menopause care, we may recommend a video visit as the best way to work with you to understand your priorities and goals, and develop your plan of care.

Is support available if I have questions?                                               ⌄

# How to take abortion pills



*Click to download*



*Haga clic para descargar*

App. 1223

9/17/24, 4:28 PM          Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 93 of 210     PageID 16654

# Resources

| Medical Support | ⌄ |

| Emotional Support | ⌄ |

| Legal Support | ⌄ |

| Security | ⌄ |

EXIT

9/17/24, 4:28 PM    Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 94 of 210    PageID 16655

Home

Care

Cooperative

FAQs

**Follow Us**

 

© We Take Care of Us. All Rights Reserved.  |  Illustrations: Monse Navas | Site Credit  |  Privacy Policy  |
Terms and Conditions

EXIT

9/17/24, 4:27 PM       Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive ...

Case 3:23-cv-00223-Z    Document 254-9    Filed 08/22/25    Page 95 of 210    PageID 16656

×



Home     Care     FAQs     Cooperative      English ⌄

# Frequently asked questions

About medication abortion

Before medication abortion

During medication abortion

After medication abortion

About our care

Resources

How to take abortion pills

EXIT

# ABOUT medication abortion

| Who is eligible for medication abortion? | ⌄ |
|---|---|

| Is medication abortion safe? | ⌄ |
|---|---|

| Is medication abortion effective? | ⌄ |
|---|---|

| If medication abortion is safe, why am I hearing about abortion restrictions in the news? | ⌄ |
|---|---|

| Is abortion legal? Can I get in trouble for having or taking abortion pills? | ⌄ |
|---|---|

| I'm in a restrictive state, how can I access abortion pills safely? | ⌄ |
|---|---|

App. 1226

9/17/24, 4:27 PM     Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 96 of 210     PageID 16657

# BEFORE medication abortion

How do I confirm that I'm pregnancy?    ⌄

How do I know how many weeks pregnant I am?    ⌄

How do I find out about my options?    ⌄

How does medication abortion work?    ⌄

When during pregnancy is medication abortion an option?    ⌄

Will abortion pills affect my ability to get pregnant in the future?    ⌄

My blood type is Rh negative. Do I need to take Rhogam if I have a medication abortion?    ⌄

What is ectopic pregnancy? How do I know if I have one?    ⌄

I have an IUD. Is medication abortion an option for me?    ⌄

Do I need an ultrasound?    ⌄

How should I prepare for a medication abortion?    ⌄

EXIT

# DURING medication abortion

How do I take abortion pills?    ⌄

What is the best way to take misoprostol?    ⌄

What should I expect after taking mifepristone?    ⌄

What should I expect after taking misoprostol?    ⌄

What if I vomit after taking the medication?    ⌄

Can I eat and drink as usual during my medication abortion?    ⌄

How can I manage my symptoms after taking abortion pills?    ⌄

How do I know if my bleeding is normal?    ⌄

App. 1227

9/17/24, 4:27 PM          Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/22/25          Page 97 of 210          PageID 16658

What should I do if I think I'm having a complication?          ⌄

# AFTER medication abortion

How do I know if the abortion pills worked?          ⌄

How long will my bleeding last?          ⌄

Is it normal to continue to have cramps?          ⌄

When can I return to my usual work, school and/or exercise routine?          ⌄

When can I have sex again after taking abortion pills?          ⌄

When can I get pregnant again after taking abortion pills?          ⌄

When can I start taking birth control?          ⌄

How do I know if I have an infection?          ⌄

What should I do if I have misoprostol pills left over?          ⌄

EXIT

# ABOUT our care

Who are the providers?          ⌃

We Take Care of Us is a cooperative run by Certified Nurse Midwives (CNMs). We are primary healthcare providers for individuals who have a uterus; from menarche, during the reproductive years and throughout menopause. CNMs focus on health promotion, wellness care, gynecologic and family planning services, as well as childbearing. Our midwives specialize in providing whole-person, trauma-informed and gender-expansive care. We are here to accompany you on your journey toward health and well being.

What is telehealth? Is it safe and private?          ⌄

How much does care cost?          ⌄

Do you take insurance?          ⌄

9/17/24, 4:27 PM          Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 98 of 210     PageID 16659

I can't pay $150 for an abortion. Is financial assistance available?    ⌄

Do I have to schedule a video visit?    ⌄

Is support available if I have questions?    ⌄

EXIT

App. 1229

9/17/24, 4:27 PM    Resources — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive …

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 99 of 210    PageID 16660

# How to take abortion pills



*Click to download*



*Haga clic para descargar*

EXIT

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/23/25          Page 100 of 210          PageID 16661

## Resources

| Medical Support | ⌄ |
|---|---|

| Emotional Support | ⌄ |
|---|---|

| Legal Support | ⌄ |
|---|---|

| Security | ⌄ |
|---|---|



EXIT





Home

Care

Cooperative

FAQs



**Follow Us**

 

© We Take Care of Us. All Rights Reserved.  |  | Illustrations: Monse Navas | Site Credit  |  Privacy Policy  |

Terms and Conditions

App. 1231

# EXHIBIT 74a

# We Take Care of Us

10/10/24, 10:44 AM          Care — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive hea…

Case 2:22-cv-00223-Z     Document 254-8     Filed 08/22/25     Page 102 of 210     PageID 16663



Home          Care          FAQs          Cooperative                    English ⌄

# Community Supported Abortion



Our Community Supported Abortion program provides medication abortion during the first 12 weeks of pregnancy, throughout the United States. Sliding scale pricing ranges from $150 - $600.  You choose a payment amount that fits your economic and social situation. Additional assistance is available to those who need it.

EXIT

**GET STARTED**                                        **EMPIEZA AHORA**

**How it works:**

⌃  Complete a 10-15 minute online intake request

   This form asks a series of screening questions to ensure that medication abortion is a safe option for you. We review your intake within 24 hours.

⌄  Make your selected sliding scale payment

⌄  Abortion pills are delivered to your door

⌄  Receive ongoing support and accompaniment

*The legal context of abortion care is different in every state and policies are in flux. Find up-to-date information about your state's abortion laws, and the potential risks of receiving abortion pills by mail in your state* here.

App. 1233

10/10/24, 10:44 AM    Care — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive hea…

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 103 of 210    PageID 16664

## Abortion pills in advance

Get abortion pills when you're not pregnant to have on hand just in case. If you decide to use them in the future, our midwives will be available to accompany you. Complete a quick intake request to get started.

PILLS IN ADVANCE                                    PASTILLAS POR ADELANTADO



EXIT

## Period pills

Is your period late, but you haven't taken a pregnancy test? Period pills may help reestablish your period, even if you prefer not to confirm pregnancy. Complete a quick intake request to get started.

PERIOD PILLS                                        PASTILLAS PARA EL PERIODO

perimenopause



App. 1234

10/10/24, 10:44 AM          Care — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive hea…

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/22/25          Page 104 of 210          PageID 16665

Perimenopause and menopause have long been overlooked by the medical community. Unfortunately, this leaves many providers unprepared to respond to your symptoms and concerns during this time of life.

We Take Care of Us is different. We are up-to-date on the evidence and the available treatment options. We work with you to develop an individualized plan of care. Then we follow up and make adjustments as needed, to maximize your quality of life.

Get started with our online intake request. We follow up in 24-48 hours.
Sliding scale: $80-$200 consult fee.

Other care offerings:

EXIT

## Emergency Contraception

Emergency Contraception (EC) can be used to prevent pregnancy within the first 5 days after unprotected penis-in-vagina sex. We can order EC if you've had unprotected sex in the last 72 hours, or just want to have EC available for future use.

Sliding scale: $10-$60 consult fee, plus the cost of your medication.

Fill out this brief intake form and we'll follow up within 24 hours.

GET STARTED NOW          EMPIEZA AHORA

Emergency Contraception

Contraception Counseling and Prescriptions

App. 1235

10/10/24, 10:44 AM                    Care — We Take Care of Us Midwife-led telehealth cooperative offering medication abortion and other sexual & reproductive hea…

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/22/25          Page 105 of 210          PageID 16666

Vaginal & Urinary Tract Infections

Sexual Health, Wellness & Education



Home

Care

    Cooperative

FAQs

EXIT

**Follow Us**

 

© We Take Care of Us. All Rights Reserved.  |  Illustrations: Monse Navas | Site Credit  |  Privacy Policy  |  Terms and Conditions

App. 1236

# EXHIBIT 75

# Plan C – Where people get abortion pills online in Florida

**Stay safe:** Read our digital privacy tips ❯    Quick Exit (esc)



Abortion Pills ⌄        Get Involved ⌄        About ⌄        Donate        Español

Plan C Guide  >  Florida



# Where People Get Abortion Pills Online in Florida

Abortion access in Florida is restricted after 6 weeks of pregnancy. But, abortion pills are still available by mail from providers outside of Florida, before and after the 6-week mark. Options below.

🔽  **Show my options**                                          ↓

❓  **Have legal questions?**                                   →

📅  **Pregnancy Calculator**                                    →

If you live in this state and are seeking an abortion, you may qualify to participate in a paid research study about abortion access. **Click here to learn more.**

**Stay safe:** Read our digital privacy tips ›                    Quick Exit (esc)



Abortion Pills ⌄        Get Involved ⌄        About ⌄        Donate        Español



# Did you know you can order abortion pills ahead of time, just in case?

View Options

# Options for getting pills

We group providers based on the type of service they offer.

How do I choose from these provider types?                    ⌄

---

### 🗓 Online clinics that mail pills

For people who want abortion pills by mail and follow-up support from a clinician.

💵 $0-150+        🎨 1-5 days

🧑🏽 Clinician support

💊 FDA-approved medications

Medically safe, possible legal risk

App. 1239

**Stay safe:** Read our digital privacy tips ❯    Quick Exit (esc)



Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español

---

🌐 ## Websites that sell pills

For people who want abortion pills by mail without consulting a clinician.

💵 $58 and up    🚚 3–6+ days

💊 Generic medications

ⓘ Medically safe, possible legal risk

**See 10 results** 

---

💗 ## Community networks that mail pills

For people who can't afford other services and want free pills mailed by volunteers.

💵 Free    🚚 5–14 days

💊 Generic medications

ⓘ Medically safe, possible legal risk

**See 2 results** 

**Stay safe:** Read our digital privacy tips ❯     Quick Exit (esc)



Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español



For people who have access to transportation and would prefer to pick up abortion pills in person from an abortion clinic.

💵 Pricing varies    🧑🏽‍⚕️ Clinician support

💊 FDA-approved medications

**See results**        ⌄

---

## ⚙️ Filter Results

☐ Accepts insurance     ☐ Accepts Medicaid     ☐ Sliding scale pricing     ☐ Get pills in advance     ☐ Se habla español

**Stay safe:** Read our digital privacy tips ❯      Quick Exit (esc)

 PLAN C      **Abortion Pills** ⌄     **Get Involved** ⌄     **About** ⌄     **Donate**     Español

# 🏥 Online Clinics That Mail Pills

## US-Based Online Clinics

Online clinics are US-licensed clinicians who ship pills to you after a brief online form or phone/video visit. Follow up support is available.

**Showing 6 of 6 results**            Sort by: **Price** ⌄

### 🏥 Abuzz

| Price | Delivery | Ages |
|---|---|---|
| **$0-150** | **1-5 days** | **16+** |

Pills by mail with clinician support
For pregnancies up to 13 weeks

💊 Get pills in advance

💵 Financial assistance available

ⓘ <u>Medically safe, possible legal risk</u>

MORE INFORMATION      ↗ REQUEST PILLS

### 🏥 The MAP: Cambridge Reproductive Health Consultants

| Price | Delivery | Ages |
|---|---|---|



**Stay safe:** Read our digital privacy tips ❯                                    Quick Exit (esc)

PLAN C     Abortion Pills ⌄      Get Involved ⌄      About ⌄      Donate      Español

💊 Get pills in advance

💵 Financial assistance available

ⓘ Medically safe, possible legal risk

MORE INFORMATION          ↗ REQUEST PILLS

---

### 🔷 Aid Access

| Price | Delivery | Ages |
|---|---|---|
| **$150 or less** | **2–5 days** | **All** |

Pills by mail with clinician support
For pregnancies up to 14 weeks

💊 Get pills in advance

💵 Financial assistance available

ⓘ Medically safe, possible legal risk

MORE INFORMATION          ↗ REQUEST PILLS

---

### 🔷 Community Supported Abortion, by We Take Care of Us

| Price | Delivery | Ages |
|---|---|---|
| **$5–$300+** | **2–5 days** | **All** |

App. 1243



PLAN C    Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español

🧡 Get pills in advance

💵 Financial assistance available

ⓘ <u>Medically safe, possible legal risk</u>

MORE INFORMATION          ↗ REQUEST PILLS

---

### 🏛 Choices Rising

| Price | Delivery | Ages |
|---|---|---|
| **$150** | **2-5 days** | **15+** |

Pills by mail with clinician support (Hablamos Español)

For pregnancies up to 12 weeks

💊 Get pills in advance

ⓘ <u>Medically safe, possible legal risk</u>

MORE INFORMATION          ↗ REQUEST PILLS

---

### 🏛 A Safe Choice

| Price | Delivery | Ages |
|---|---|---|
| **$150** | **1-5 days** | **All** |

Pills by mail with clinician support

App. 1244

**Stay safe:** Read our digital privacy tips ❯      Quick Exit (esc)



Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español

MORE INFORMATION      ↗ REQUEST PILLS

## International Online Clinics

These services are provided by clinicians licensed in the US or abroad who mail pills after the patient completes a brief online or video visit. Pills provided are generic versions.

### Showing 2 of 2 results



### 🔲 Abortion Pills in Private

| Price | Delivery | Ages |
|---|---|---|
| **$95** | **3–6 business days** | **16+** |

Pills by mail with clinician support (Hablamos Español)
For pregnancies up to 11 weeks

💵 No financial assistance available

ⓘ Medically safe, possible legal risk

MORE INFORMATION      ↗ REQUEST PILLS

### 🔲 Women on Web

**Stay safe:** Read our digital privacy tips ❯    Quick Exit (esc)

PLAN C    Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español

Español: Falamos português)

For pregnancies up to 12 weeks

💊 Get pills in advance

💵 Financial assistance available

ⓘ Medically safe, possible legal risk

MORE INFORMATION        ↗ REQUEST PILLS

Why are online clinics listed if my state does not allow telehealth for abortion?    ⌄

How do I choose a provider?    ⌄

What if I have medical questions?    ⌄

Back to top

## 🌐 Websites That Sell Pills

App. 1246

**Stay safe:** Read our digital privacy tips ❯

 **PLAN C**

Abortion Pills ⌄          Get Involved ⌄          About ⌄          Donate          Español

(some provide up to 14 misoprostol tablets). It may not be necessary to use all of these tablets, but doctors recommend having extra pills on hand in case you need them.

**Important:** These websites may not follow strict digital security protocols. Read our digital privacy tips to learn how to protect yourself when ordering or searching for abortion pills online.

Read the **FAQs below** for more information on how these sites work.

## Showing 4 of 10 results

Sort by: **Price** ⌄

---

🌐 **Private Emma**

| Price | Delivery | Ages |
|-------|----------|------|
| **$59** | **3-6 business days** | **All** |

1 mifepristone plus 14 misoprostol
For pregnancies up to 12 weeks

💊 Get pills in advance

💵 Financial assistance available

ⓘ Medically safe, possible legal risk

MORE INFORMATION          ↗ REQUEST PILLS

---

🌐 **Privacy Pill Rx**

| Price | Delivery | Ages |
|-------|----------|------|
| **$59-79** | **10-12 business days** | **All** |

 https://www.plancpills.org/abortion-pill/florida

**Stay safe:** Read our digital privacy tips ❯



Abortion Pills ⌄     Get Involved ⌄     About ⌄     Donate     Español

MORE INFORMATION          ↗ REQUEST PILLS

---

🌐 **Life Easy On Pills**

| Price | Delivery | Ages |
|---|---|---|
| **$60–80** | **3-6 business days** | **All** |

1 mifepristone plus 14 misoprostol

💊 Get pills in advance

ⓘ Medically safe, possible legal risk

MORE INFORMATION          ↗ REQUEST PILLS

---

🌐 **Abortion Privacy**

| Price | Delivery | Ages |
|---|---|---|
| **$60–80** | **3-6 business days** | **All** |

1 mifepristone plus 14 misoprostol

💊 Get pills in advance

ⓘ Medically safe, possible legal risk

App. 1248

**Stay safe:** Read our digital privacy tips ›　　　　　　　　　Quick Exit (esc)



**Abortion Pills** ⌄　　**Get Involved** ⌄　　**About** ⌄　　**Donate**　　**Español**

See all 10 websites that sell pills

---

**What are websites that sell pills?** ⌄

---

**Are these websites legit?** ⌄

---

**How many pills do I need?** ⌄

---

**What if I have medical questions?** ⌄

---

Back to top

# 🖤 Community Networks That Mail Pills

These are community-based (mostly volunteer) networks in the US that ship generic abortion pills for free. The pills often come repackaged in plastic baggies. Request pills by email.

**These services are for confirmed pregnancies only. To learn about services that offer pills in advance, visit** plancpills.org/in-advance**).**

**Stay safe:** Read our digital privacy tips ❯     Quick Exit (esc)



PLAN C     Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español

| Price | Delivery | Ages |
|---|---|---|
| **$0** | **5–12 days** | **All** |

Community network that mails pills – FOR
CONFIRMED PREGNANCIES ONLY

ⓘ Medically safe, possible legal risk

MORE INFORMATION      ↗ REQUEST PILLS

---

### 🟣 DASH

| Price | Delivery | Ages |
|---|---|---|
| **$0** | **5–14 days** | **All** |

Community network that mails pills – FOR
CONFIRMED PREGNANCIES ONLY

ⓘ Medically safe, possible legal risk

MORE INFORMATION      ↗ REQUEST PILLS

**Stay safe:** Read our digital privacy tips ❯



Abortion Pills ⌄     Get Involved ⌄     About ⌄     Donate     Español

Quick Exit (esc)

what i have medical questions?

Back to top

# In-Person Clinics

Clinics offer abortion pill pickup and other in-person abortion care options. To find the nearest clinic to Florida, use any of these search tools:

### I Need an Abortion

A comprehensive, regularly updated, and personalized resource for abortion seekers in the US.

↗ **VISIT WEBSITE**

Stay safe: Read our digital privacy tips ❯                              Quick Exit (esc)

   Abortion Pills ⌄      Get Involved ⌄      About ⌄      Donate      Español

ⓘ **Learn about potential legal risk**

**Learn about potential legal risks of accessing pills from alternative suppliers by reading the FAQ below,** **"Can someone get in trouble for using abortion pills?"**

You can also contact the free, confidential Repro Legal Helpline  (online or at 844–868–2812) to discuss your specific situation.

Can someone get in trouble for using abortion pills?                          ⌄



# Have feedback about Plan C or a provider?

Let us know 

**Stay safe:** Read our digital privacy tips ❯                    Quick Exit (esc)



Abortion Pills ⌄      Get Involved ⌄      About ⌄      Donate      Español



## Live Phone & Text Support

---

### For Medical Questions

**The M+A Hotline**

Free, confidential support from expert clinicians. They don't sell pills.

CALL OR TEXT          VISIT WEBSITE

---

### For Logistical & Emotional Support

**Reprocare Healthline**

Free, confidential peer–based support for getting and using abortion pills.

CALL OR TEXT          VISIT WEBSITE

---

### For Legal Questions

**ReproLegal Helpline**

Free, confidential legal information from expert lawyers.

App. 1253

**Stay safe:** Read our digital privacy tips ❯                    Quick Exit (esc)



Abortion Pills ⌄          Get Involved ⌄          About ⌄          Donate          Español



# Automated Support

**NEW**

## Charley the Chatbot

A free, secure chatbot that helps identify
nearby local clinics, online providers and
support services.

**VISIT WEBSITE**

## Frequently Asked Questions

Answers to common questions about how
abortion pills work and how people access
them.

**READ FAQ**

**ALL SUPPORT & RESOURCES →**

**Stay safe:** Read our digital privacy tips ❯    Quick Exit (esc)

 

Abortion Pills ⌄    Get Involved ⌄    About ⌄    Donate    Español



Get Updates

Sign up for our newsletter to get the latest updates and opportunities to take action, delivered straight to your inbox.

| Your Email | Sign Up |



Plan C is a project under the fiscal sponsorship of Possibility Labs, a 501c3 organization. Our generous donors make this critical work possible.

  in

**Abortion pills**

Search by state
FAQ
Support & Resources
Pills in advance
Abortion Pill Instructions
Blogs

**Get Involved**

Plan C Community
Take Action
Stickers & Flyers
Plan C Merch
Social Media Toolkit
Partner with Us
For Medical Professionals
Work with Plan C
Donate

**About**

About Plan C
Press
Research & Learning
PLAN C: The Documentary
2023 Annual Report
Media inquiries
Contact Us

© 2025 Possibility Labs

Site by Eyes Open

Privacy & Terms

**Disclaimer:** This is not legal or medical advice and does not substitute for the representation of an attorney or the advice of a doctor. No attorney client relationship has been formed by reviewing this material. In this website when we use



App. 1255

**Stay safe:** Read our digital privacy tips ❯          Quick Exit (esc)

          Abortion Pills ⌄          Get Involved ⌄          About ⌄          Donate          Español

# EXHIBIT 76

## Plan C – Where people get abortion pills online in Texas

9/17/24, 12:46 PM        Where People Get Abortion Pills Online in Texas

Case 2:22-cv-00223-Z  Document 254-8  Filed 08/22/25  Page 127 of 210  PageID 16688

  

**Stay Safe:** Read our digital privacy tips ❯                 Quick Exit (esc)

**Find Pills**  FAQ ⌄  Support & Resources ⌄  Get Involved ⌄  About Plan C ⌄  Donate  Español

Plan C Guide > Texas



# Where people get abortion pills online in Texas

Abortion access in Texas is restricted, but abortion pills are still available by mail from providers outside of Texas. Options below.

| |
|---|
| 🔽 **Show my options**           ↓ |
| ⚠️ **Learn about potential legal risk**      → |
| 📅 **Pregnancy Calculator**        → |

⚠ **Please note:**  Plan C does not sell pills. Use this guide to find an abortion pill provider.



App. 1258

  

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

Stay Safe: Read our digital privacy tips ❯

Quick Exit (esc)



## Online clinics that mail pills

For people who want abortion pills by mail and follow-up support from a clinician.

 📷 $150 or less    🧧 1–5 days

👤 Clinician support

💊 FDA-approved medications

⚠️ Potential legal risk

See 8 results ⬇



## Websites that sell pills

For people who want abortion pills by mail without consulting a clinician.

📷 $30 and up    🧧 3–9 days

💊 Generic medications (from India)

⚠️ Potential legal risk

See 13 results ⬇



## Community networks that mail pills

For people who can't afford other services and want free pills mailed by volunteers.

📷 Free    🧧 5–10 days

💊 Generic medications (from India)

⚠️ Potential legal risk

See 1 result ⬇



## In-person clinics

For people who have access to transportation and would prefer to pick up abortion pills in person from an abortion clinic.

📷 $500 or more    👤 Clinician support

Quick Exit (esc)

  

**Stay Safe:** Read our digital privacy tips ❯

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

⚠️ **Learn about potential legal risks of accessing pills from alternative suppliers by reading the FAQ below, "Can I get in trouble for using abortion pills?"**

You can also contact the free, confidential Repro Legal Helpline (online or at 844-868-2812) to discuss your specific situation.

## Can I get in trouble for using abortion pills?    ⌃

The short answer is: it depends, and it's complicated.

Legal risk can depend on:

- where you live,

- your identity: race, ethnicity, income level, etc.

- and how far along you are in pregnancy.

In the end, it's up to each person to make their own decision about risk. Click the headings below for more information about these risks.

| Where someone lives makes a difference.    ⌄ |

| What if a state totally bans abortion?    ⌄ |

  

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

**Quick Exit (esc)**

Stay Safe: Read our digital privacy tips ›

| Have Legal Questions? | ⌄ |
|---|---|

The **Repro Legal Helpline** provides free and confidential legal advice that can help people better understand the laws and legal risk they may face. Contact them **online** or call **844-868-2812**.

For more analysis of potential legal risk, **read this article**.

### How do I choose from these provider types?    ^

Here are a few factors to consider when choosing a provider type:

| What kind of support do you want? | ⌄ |
|---|---|

| How much will it cost? | ⌄ |
|---|---|

| How long will it take to get pills? | ⌄ |
|---|---|

| Other important factors | ⌄ |
|---|---|

Stay Safe: Read our digital privacy tips ❯

  

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

# Online clinics that mail pills

## US-based online clinics

Online clinics are US-licensed clinicians who ship pills to you after a brief online form or phone/video visit. Follow up support is available.



### Why are online clinics listed if my state does not allow telehealth for abortion?      ⌃

This is possible because some states have "shield laws" in place that protect clinicians when they provide telehealth care to someone in another state. Read our FAQ about potential legal risks of getting abortion pills by mail and taking them in a state that restricts access. If you want to speak to someone about legal risk, contact the Repro Legal Helpline.

For more information about shield laws, read this article.

### How do I choose a provider?      ⌃

People usually choose an online clinic based on what kind of telehealth care they are comfortable with.  Some providers require a phone or video visit while other providers communicate with you through text or email.


App. 1262

Quick Exit (esc)

Stay Safe: Read our digital privacy tips ❯



Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

## What if I have medical questions?    ^

Online clinics usually offer medical support during and after your abortion. The format of this care depends on the provider. Some providers use phone or video visits (we call this a "Virtual visit with provider") while others communicate through text or email (we call this "Online consultation by form").

You can also get free medical support from **The Miscarriage and Abortion Hotline**, which provides confidential medical information and support by phone and text to anyone in any state.

Important: If you live in an abortion restrictive state and are traveling to another state to receive telehealth care, the provider will not be able to provide care to you if you tell them you have returned to the restrictive state.

**Filter by:**

☐ Accepts insurance    ☐ Accepts Medicaid    ☐ Sliding scale pricing    ☐ Get pills in advance    ☐ Se habla español

## Showing 5 of 5 results                                    Sort by: **Price** ⌄

| AID ACCESS | | |
|---|---|---|
| Price | Delivery | Ages |
| **$150 or less** | **2–5 days** | **All** |

| ARMADILLO CLINIC | | |
|---|---|---|
| Price | Delivery | Ages |
| **$200 or less** | **2–5 days** | **18+** |

| CAMBRIDGE REPRODUCTIVE HEALTH CONSULTANTS | | |
|---|---|---|
| Price | Delivery | Ages |

App. 1263

**Stay Safe:** Read our digital privacy tips ❯

  

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

⚠️ Learn about the potential legal risk of using this service

⚠️ Learn about the potential legal risk of using this service

🔖 Get pills in advance

💳 Financial assistance available

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION | ↗ REQUEST PILLS

MORE INFORMATION | ↗ REQUEST PILLS

MORE INFORMATION | ↗ REQUEST PILLS

---

## WE TAKE CARE OF US

| Price | Delivery | Ages |
|---|---|---|
| **$150–$600** | **1–5 days** | **All** |

Pills by mail with clinician support (hablamos español)

For pregnancies up to 12 weeks

🔖 Get pills in advance

💳 Financial assistance available

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION | ↗ REQUEST PILLS

---

## A SAFE CHOICE

| Price | Delivery | Ages |
|---|---|---|
| **$150** | **1–5 days** | **All** |

Pills by mail with clinician support

For pregnancies up to 13 weeks

🔖 Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION | ↗ REQUEST PILLS

---

## International online clinics

App. 1264

Quick Exit (esc)

ivacy tips ›



**Find Pills**    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

Showing 3 of 3 results



### ABORTION PILLS IN PRIVATE

| Price | Delivery | Ages |
|---|---|---|
| $90 | 8–14 days | 16+ |

Pills by mail with clinician support
For pregnancies up to 11 weeks

💳 No financial assistance available

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION    ↗ REQUEST PILLS



### WOMEN ON WEB

| Price | Delivery | Ages |
|---|---|---|
| $120 or less | 3–5 business days | All |

Pills by mail with clinician support (Hablamos Español/falamos Português)
For pregnancies up to 12 weeks

💊 Get pills in advance

💳 Financial assistance available

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION    ↗ REQUEST PILLS



### TELEFEM MEXICO

| Price | Delivery | Ages |
|---|---|---|
| $200 | 3 days | All |

Pills by mail with clinician support, Hablamos Español--SHIPS TO MEXICO ADDRESSES ONLY, BUT CAN BE PICKED UP ALONG U.S. BORDER AT COURIER LOCATIONS
For pregnancies up to 10 weeks

💳 No financial assistance available

MORE INFORMATION    ↗ REQUEST PILLS

Back to top ⌃

## Websites that sell pills

App. 1265

     **Find Pills**    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

our digital privacy tips to learn how to protect yourself when ordering or searching for abortion pills online.

**Read the FAQs below for more information on how these sites work.**



---

### What are websites that sell pills? ⌃

Websites that sell pills are e-commerce websites that sell and ship pills to addresses in all U.S. states. They do not require a prescription for the medications, do not require you to upload your ID, and do not provide a medical consultation or any kind of support.

---

### Are these websites legit? ⌃

Yes, these websites are legit. They sell generic abortion pills that are not regulated or inspected by the US government. Plan C regularly tests these websites by buying pills from them. The services we list in our guide all shipped pills to a home address. The pills were real (based on laboratory testing). But, we do not operate these sites, and cannot guarantee they will be reliable in the future.

**Important:** These websites may not follow strict digital security protocols. Read our digital privacy tips to learn how to protect yourself when ordering or searching for abortion pills online.

---

### How do I choose one of these websites? ⌃

Stay Safe: Read our digital privacy tips ›

Quick Exit (esc)

  

Find Pills     FAQ ⌄     Support & Resources ⌄     Get Involved ⌄     About Plan C ⌄     Donate     Español

We suggest you check their website and pick the one that you feel most comfortable ordering from.  If you are not sure what pills to order, read the FAQ below, "What kind of kit do I order?".

## What kind of kit do I order?    ⌃

Most of these websites sell abortion pills in a blister pack called an MTP Kit. These kits usually contain 5 pills: 1 dose of mifepristone (1 pill) and 1 dose of misoprostol (4 pills). Sometimes these packs will be listed under different names, or will be sold in bulk quantities, which may seem confusing. What is important is that you get the correct dosage for your pregnancy. Read the next section "How many pills do I need?" for dosage information.

**Important note about payment:** It is very common for these websites to email or call soon after they get your order to request a different form of payment. They often say the credit card did not go through. They often ask the buyer to use a PayPal account in a person's name or in the name of another business. These payment requests do seem unusual, but they worked every time we tested them.

The pills usually arrive by the US Postal Service. They usually do not require a signature.

## How many pills do I need?    ⌃

If you are *under* 9 weeks pregnant you usually need 1 mifepristone pill and 4 misoprostol pills. **People who are more than 9 weeks pregnant may need additional misoprostol pills (4 or 8 pills) to complete the abortion.** Many of these websites sell misoprostol pills separately (sometimes called Cytotec or Cytolog), which can be added to your order.

  

Stay Safe: Read our digital privacy tips ❯      Quick Exit (esc)

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

## What if I have medical questions? ⌃

Websites that sell pills do not offer medical support.  If you have medical questions during your abortion, you can get support and have your questions answered by contacting **The Miscarriage and Abortion Hotline**. This hotline provides free, confidential medical information and support by phone and text. Often they can help you address a problem without needing to go to a clinic or hospital.

If you are experiencing complications and feel the need to seek care from a health care provider at a clinic or hospital, you should do so. Your clinician does not need to know that you have used abortion pills to provide appropriate follow up care. Clinicians also can't tell you've taken abortion pills unless you tell them, or if you inserted the misoprostol vaginally and the pills did not fully dissolve. Many people use misoprostol orally to prevent this possible detection.

Some people who have told their clinician that they used abortion pills have faced legal prosecution. This is why many people just say they are having a miscarriage. The symptoms after taking abortion pills are the same as a miscarriage, and **blood tests do not reveal any differences between a miscarriage and a medication abortion**.

You can also get free, nonjudgmental emotional support before, during, and after your abortion from the folks at **All-Options Talkline**, **Exhale**, **Faith Aloud**, or **Reprocare**.

Showing 4 of 13 results          Sort by: **Price** ⌄

| LIFE EASY ON PILLS | HOME ABORTIONRX | PRIVATE EMMA |
| --- | --- | --- |

App. 1268



🏷️ Get pills in advance

⚠️ **Learn about the potential legal risk** of using this service

🏷️ Get pills in advance

⚠️ **Learn about the potential legal risk** of using this service

🏷️ Get pills in advance

📄 Financial assistance available

⚠️ **Learn about the potential legal risk** of using this service

| MORE INFORMATION | ↗ REQUEST PILLS |
| --- | --- |

| MORE INFORMATION | ↗ REQUEST PILLS |
| --- | --- |

| MORE INFORMATION | ↗ REQUEST PILLS |
| --- | --- |



## MEDSIDE 24

| Price | Delivery | Ages |
| --- | --- | --- |
| **$44** | **3-6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ **Learn about the potential legal risk** of using this service

| MORE INFORMATION | ↗ REQUEST PILLS |
| --- | --- |

See all 13 websites that sell pills

App. 1269

Quick Exit (esc)

**Stay Safe:** Read our digital privacy tips ❯

  

Find Pills      FAQ ⌄      Support & Resources ⌄      Get Involved ⌄      About Plan C ⌄      Donate      Español

# Community networks that mail pills

These are networks of volunteers in the US that ship generic abortion pills for free. The pills often come repackaged in plastic baggies.  You will need to request pills by email.



| What are community support networks? | ⌃ |
|---|---|

These are networks of community-based volunteers who ship generic abortion pills to people in the U.S. with confirmed pregnancies.  They believe in a model of community care and ship pills for free. The pills often come repackaged in plastic or mylar baggies.

| What if I have medical questions? | ⌃ |
|---|---|

Community support networks sometimes offer emotional or medical support through secure texting apps. You can also get support and have your medical questions answered by contacting **The Miscarriage and Abortion Hotline**. This hotline provides free, confidential medical information and support by phone and text. Often they can help you address a problem without needing to go to a clinic or hospital.

App. 1270

**Stay Safe:** Read our digital privacy tips ❯

Quick Exit (esc)

  

**Find Pills**    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

and the pills did not fully dissolve. Many people use misoprostol orally to prevent this possible detection.

Some people who have told their clinician that they used abortion pills have faced legal prosecution. This is why many people just say they are having a miscarriage. The symptoms after taking abortion pills are the same as a miscarriage, and **blood tests do not reveal any differences between a miscarriage and a medication abortion**.

You can also get free, nonjudgmental emotional support before, during, and after your abortion from the folks at **All-Options Talkline**, **Exhale**, **Faith Aloud**, or **Reprocare**.

## Showing 1 of 1 results



### LAS LIBRES

| Price | Delivery | Ages |
|---|---|---|
| **$0** | **5–12 days** | **All** |

Community network that mails pills

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION      ⬈ REQUEST PILLS

**Stay Safe:** Read our digital privacy tips ❯

Quick Exit (esc)

  

**Find Pills**    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

# In-person clinics



Clinics offer abortion pill pickup and other in-person abortion care options. To find the nearest clinic to Texas, use any of these search tools:

### I Need an Abortion

A comprehensive, regularly updated, and personalized resource for abortion seekers in the US.

↗ VISIT WEBSITE

### Texas: Abortion Clinic Guide

Information about Texas abortion clinics, nearby clinic options, and financial assistance from local support resources.

↗ VISIT WEBSITE

Back to top ⌃

**Stay Safe:** Read our digital privacy tips ❯                    Quick Exit (esc)



Find Pills     FAQ ⌄     Support & Resources ⌄     Get Involved ⌄     About Plan C ⌄     Donate     Español



# Live phone & text support

### For Medical Questions

**The M+A Hotline**

Free and confidential support from a clinician at the Miscarriage + Abortion Hotline. (M+A does not sell pills)

CALL OR TEXT        ↗ VISIT WEBSITE

### For Logistical & Emotional Support

**Reprocare Healthline**

Free and confidential help understanding how to get pills and how to use them.

CALL OR TEXT        ↗ VISIT WEBSITE

### For Legal Questions

**ReproLegal Helpline**

Connect with a lawyer for free and confidential legal information.

CALL OR TEXT        ↗ VISIT WEBSITE



# Automated support

### Charley the Chatbot        NEW

Provides users with personalized abortion options, including information about different

### Frequently Asked Questions

Get answers to common questions about how abortion pills work and how to access them.

Quick Exit (esc)

**Stay Safe:** Read our digital privacy tips ❯

  

Find Pills   FAQ ⌄   Support & Resources ⌄   Get Involved ⌄   About Plan C ⌄   Donate   Español



# Get the Plan C Newsletter

For breaking developments in abortion pill access and opportunities to take action.

Get Updates

| Your Email |

Sign Up



Plan C is a project under the fiscal sponsorship of the National Women's Health Network, a 501c3 organization. Our generous donors make this critical work possible.

Find Pills →



    

**FAQ**

Finding Abortion Pills
About Abortion Pills
Using Abortion Pills
Can I get in Trouble for Using Abortion Pills?

**Support and Resources**

Quick Resource List
Medical + Emotional Support
Legal Support
Financial Support
Abortion Pill Instructions
Abortion Care Apps
Other Options for Getting an Abortion

**Get Involved**

Plan C Community
Take Action
Stickers & Flyers
Plan C Merch
Social Media Toolkit
Partner with Us
For Medical Professionals
Work with Plan C
Donate

**About Plan C**

Mission
Team
Press
Research & Learning
PLAN C: The Documentary
2023 Annual Report
Media inquiries
Contact Us

Stay Safe: Read our digital privacy tips ›

  

Find Pills      FAQ ⌄      Support & Resources ⌄      Get Involved ⌄      About Plan C ⌄      Donate      Español

© 2023 National Women's Health Network

Privacy Terms

Site by Eyes Open

**Disclaimer:** This is not legal or medical advice and does not substitute for the representation of an attorney or the advice of a doctor. No attorney client relationship has been formed by reviewing this material.

 Abortion Care Network

# EXHIBIT 77

# Plan C – About Us

8/21/25, 4:21 PM
About Us | History & Team | Plan C
Case 2:22-cv-00223-Z    Document 254-8    Filed 08/22/25    Page 146 of 210    PageID 16707
Stay safe: Read our digital privacy tips ❯
Quick Exit (esc)



# About Us

Plan C is a public health creative campaign on abortion pill access, started in 2015 by a small team of veteran public health advocates, researchers, social justice activists. Read about our values here.

Plan C works to transform access to abortion in the US by normalizing the self-directed option of abortion pills by mail.

**Our Vision: A near future in which the ability to end an early pregnancy is directly in the hands of anyone who seeks it.**

Read more about our work in the 2024 Annual Report.

## We Work in 4 Ways:

- **Conducting research** and publicly sharing information about how people are accessing abortion pills in the US, including domestic and global evidence about safety and efficacy of medication abortion;

- **Building collaborative relationships** with providers, reproductive health and justice organizations, and technology innovators who share our vision of demedicalizing pills by mail;

- **Calling for universal access to abortion pills**, de-stigmatizing and normalizing the modern option of self-managing an abortion at home, and

- **Centering the transformative nature of abortion pills** and building on decades of their safe self-use, to move agency over abortion back to the individuals who seek them.



Donate                    Español

App. 1277

     

     

    

 

## Press & Media

### Plan C in the Press

### Media inquiries

# Who We Are

Plan C is a public health creative campaign, started in 2015 by a small team of veteran public health advocates, researchers, social justice activists and digital strategists.

Our team holds an array of identities. Some have children, others are childless by choice. Some have had abortions and others have not. This diversity of experiences informs what and how we do our work.

## Our Values

## Work With Us



Donate    Español

App. 1278

# History of the Plan C Campaign

Founded in 2015 to do research and share information on abortion pills by mail in the U.S., Plan C is a fiscally sponsored project of Possibility Labs, a 501c3 nonprofit organization.



2 min video

### The Story of Plan C

Watch our animated history of the abortion pill.

## Timeline

### 1990's

In the mid 1990s, Elisa Wells and Francine Coeytaux were on the team to bring Plan B, the "morning after pill," over the counter – a long but successful journey catalyzing business, FDA and public goals. (Read *From Secret to Shelf, 1999*).

### 2013

In 2013, Coeytaux, then at Public Health Institute, coordinated a meeting with National Women's Health Network and Ipas to bring together reproductive justice organizations to discuss how to move the issue of self-managed care forward. A key revelation was that misoprostol was available online in the United States, which Wells and others outlined in an unpublished paper called *Surfing for Abortion*.

### 2015

In 2015, Wells and Coeytaux prepared an analysis for the Reproductive Health Technologies Project about how the lessons learned from emergency contraception could be used to spread awareness of abortion pills as a self-managed method in the United States. During these years, Coeytaux and Wells were also working internationally and witnessing the expansion of access to abortion pills through pharmacies in many countries, and the positive impact that access was having on reducing maternal mortality.



Donate          Español

In late 2016, we noticed online vendors selling "abortion kits." We researched and tested these vendors and published this research in the journal *Contraception*, as well as on our website as the Plan C Report Card, documenting what we knew to be reliable online sources of pills.

Over the next three years, our website grew and the Plan C data and team were featured in major publications worldwide.

**2018**

In 2018 we collaborated with UCSF on a study to demonstrate the feasibility and acceptability of online access to abortion pills throughout California. But the FDA refused to approve the study, for the same reason the restrictions remain in place—politics.  Instead, we took our idea to the state of Washington, where a respected clinic ran with it instead.

By now, dozens of online vendors were selling abortion pills, most from within the United States. This was unprecedented. But still there were so many people reaching out to reproductive health organizations, asking for help in self-managing their abortion--and no US organization was able to step up. So AidAccess.org came online to serve the US from the Netherlands, initially helping around 1,000 people/month with medically-supported at-home abortion care. By operating from outside the US, they were able to sidestep the politics of abortion for the time being.

**2019**

By 2019 the Plan C website was receiving upwards of 50,000 hits/month, from all over the US, with over half of those visitors seeking out the Report Card. The work of the Plan C team was featured in major press and led to speaking engagements at events like Essence Festival and the Cycles+Sex Conference (now allbodies.com). The Plan C team meanwhile spent time incubating and advising new telehealth providers as they considered coming



Donate    Español

**2020**

In April 2020, as the global pandemic hit, Plan C sent a call-out to medical providers across the nation, asking them to step up and consider providing telemedicine and pills shipped directly to patients during the pandemic's state of emergency. Hundreds responded to the call, and a handful found ways to launch their new services from permissive states. In collaboration with the University of Washington, Plan C developed a Toolkit to assist them as they began to revolutionize access to early abortion across the U.S. by mailing pills.

In July 2020, a judge's ruling allowed mifepristone to be mailed. Clinics and telehealth startups fast-tracked the adoption of new protocols that reduced the need for blood tests and physical exams, opening the door to rapid expansion of online abortion care.

**2021**

In January 2021, on one of the deadliest days of the pandemic, SCOTUS ruled to reinstate restrictions on mifepristone by mail, creating chaos for telehealth abortion providers and those seeking this new form of care. Aid Access continued to mail pills to patients across the U.S. and providers considered how much they were willing to risk to provide patient-centered care in a public health crisis. Plan C continued to share information about alternate routes of access to pills, including online pill vendors and Aid Access.

In April of 2021, the court once again removed restrictions against mailing, but left other barriers in place: blocking mife from pharmacies and keeping burdensome provider registration processes in place. Telehealth abortion care came online with full force.

In summer of 2021, Texas announced passing the first "aid and abet" abortion ban, deputizing citizens to target helpers of abortion access with civil suits. In response, Plan C contacted local Texas partners



Donate          Español

https://www.plancpills.org/about

App. 1281

In Plan C's online reach, with Plan C accounts
reposted far and wide: AOC's tweet about Plan C
garnered more than 8M views.

## 2022

In May 2022 the U.S. media "leaked"
the *Dobbs* decision, alerting the public and
organizations of what was to come. Unfortunately,
the repro movement and governmental
administrations were unable to coordinate or
mobilize a response or defense.

Six weeks later, the *Dobbs* decision effectively
overturned the protections of *Roe v. Wade*. Plan C
responded on social media, in the press and in
community with partner organizations sharing
information on alternate routes of access and
resources for self-managed abortion (including
advance provision and mail forwarding. Abortion
access was now a human rights imperative and our
harm reduction response garnered a groundswell
of support, with people amplifying our information
about self-managed abortion far and wide.

Nevertheless, tens of millions of people in the U.S.
were impacted by not only clinics closing and
providers withdrawing from care, but also
consistent misinformation and censorship of health
info online.

In late 2022, Plan C was recognized in MIT's 2022
Technology Review and won the Anthem/Webby
awards Gold Award for non-profit websites.

## 2023

In Winter 2022/2023 we began a research and
messaging development process to support new
communications campaign called "Know Your Plan
C / Conoce a Tu Plan C:" learning from grassroots
organizations and audiences in six restricted states
(Florida, Georgia, Kentucky, Mississippi,
Oklahoma, and Texas) and rolling out content to
those states designed to be educational,
approachable, action-oriented, and empowering.



Donate          Español

App. 1282

8/21/25, 4:21 PM                            About Us | History & Team | Plan C

Case 2:22-cv-00223-Z      Document 254-8      Filed 08/22/25      Page 152 of 210      PageID 16713
Stay safe:  Read our digital privacy tips  ❯                                        Quick Exit (esc)

with additional creators and expand the campaign's reach to other states.

2023's breakthroughs came in the form of "Shield Laws:" passed in six states to protect providers in mailing pills over state lines, into states with bans. These shield laws also provide protections for people traveling into permissive states for abortion services. Existing and new telehealth services immediately operationalized these laws, serving thousands of people with pills by mail every month, even in states that ban abortion. Plan C's Guide to Pills is a critical mechanism to help people know about the availability of these services and we have been actively fundraising for these providers, who offer a sliding scale model that ensures that no one is denied access to care due to inability to pay.

The Plan C co-founders were named as part of Fast Company's Most Creative People in Business 2023. This recognition aligned with Plan C's long standing goal for abortion pills to be in mainstream culture.

With a looming SCOTUS ruling on mifepristone, continued state bans and a digital landscape rife with misinformation and censorship, Plan C's work is far from done. But in just seven years, Plan C has helped to accelerate the demedicalization of medication abortion, changing the narrative and normalizing the method across the U.S. as well as catalyzing partners and services that represent a new era of access and self-care.

## Have a question not answered here?

### Contact us



Donate                    Español

App. 1283



## "I love this project, thank you for giving me hope."

"I've used Plan C and it saved my life. Now I go around teaching about safe sex to high schoolers in the summer."

"I'm a dude but I stand with y'all. I have 3 sisters and an amazing wife and I learned so much from them...my way of helping y'all is putting these [stickers] everywhere ❤."

*Plan C at Sundance for the documentary screening, Jan 2023.*



## Want to stay updated on abortion pill news?

Sign up for our newsletter to get the latest updates and opportunities to take action, delivered straight to your inbox.



Get Updates

Your Email

 

Plan C is a project under the fiscal sponsorship of Possibility Labs, a 501c3 organization. Our generous donors make this critical work possible.

 

**Abortion pills**
Search by state
FAQ
Support & Resources
Pills in advance
Abortion Pill Instructions
Blogs

**Get Involved**
Plan C Community
Take Action
Stickers & Flyers
Plan C Merch
Social Media Toolkit
Partner with Us
For Medical Professionals
Work with Plan C
Donate

**About**
About Plan C
Press
Research & Learning
PLAN C: The Documentary
2023 Annual Report
Media inquiries
Contact Us

© 2025 Possibility Labs

Site by Eyes Open

Privacy & Terms

Donate                                    Español

8/21/25, 4:21 PM                    About Us | History & Team | Plan C

Case 2:22-cv-00223-Z          Document 254-8          Filed 08/22/25          Page 154 of 210          PageID 16715
**Stay safe:** Read our digital privacy tips ❯                    Quick Exit (esc)

# EXHIBIT 78

# Plan C – 2023 Annual Report

PLANCPILLS.ORG                                    JAN—DEC 2023



# 2023 Annual Report

*Activities, Financials & Impact*



App. 1287

# From the Co-founders



What a journey this year (and decade) has been.

From the initial question we posed nearly 10 years ago – why aren't people in the US talking about abortion pills? – to a campaign to spread this information widely, we've watched as Plan C has grown into a national resource, a recognized creative force, a documentary, and a movement of self-directed access in the face of harmful bans to care.

It has been a journey that has required tenacity and grit, sensitivity and humility. The past year we harnessed the talents of our deeply skilled and imaginative team to spread the word that – in the devastating aftermath of Roe – abortion pills are still available by mail in every state.

We can't imagine any other way to participate in this historic and challenging moment, and we remain so grateful to be able to share good news: abortion pills are real, available, and inevitable.

Thank you for being on the journey with us.

Onward,

*Amy Merrill  Elisa Wells*

Amy Merrill & Elisa Wells
Co-Founders & Co-Directors

App. 1288

# Who we are and what we do

**Plan C is a public health information campaign and a catalyst for direct access to abortion pills by mail in the US.**

Since 2015, Plan C has led the way in normalizing self-directed abortion care in the US, actively increasing awareness of safe and effective abortion pills (mifepristone and misoprostol). We share evidence-based information on how the method works, where it's found online and by mail, and how people are accessing pills and free confidential support services, from any state.

At Plan C our #1 tool is plancpills.org, where we maintain a comprehensive Guide to Pills, which includes tested and vetted sources of pills available through both mainstream and alternate routes, FAQs and referrals to free and confidential support hotlines - information that centers the end user in their decision, allowing them to make the decision that is best for them, especially in states with harmful bans.

As a creative campaign, Plan C works with artists, brands and media to make the method more known and available and tell new stories about abortion access and autonomy over reproductive outcomes.

Plan C operates under a vision of pills in hands: disentangling the method from politics and moving agency over abortion back to the individual.

Learn more at plancpills.org.



# 2023 & looking ahead

In spite of bans and restrictions, more people are getting abortions across the country, avenues to access abortion pills are increasing, and providers, community support networks, and websites are providing pills by mail options that are more affordable, more convenient and faster than ever.

---

**Public support for abortion is as high as ever.**

The public is on our side: recent data show 9 in 10 people in the US support abortion access.

Over the last two years, abortion has been a winning issue on state ballots, including California, Kansas, Kentucky, Michigan, Montana, New York, Ohio, and Virginia.

**Messaging from the abortion pill access movement is becoming even bolder.**

Alongside a handful of movement partners, we're getting the word out about abortion pill access in restricted states in even more direct ways.

And with the 2024 elections on the horizon, we'll be working to elevate abortion pills in the political conversation and inspire our community to vote.

---

**Shield laws are expanding access to abortion pills by mail.**

Six states - California, Colorado, Massachusetts, New York, Vermont, and Washington - have passed "Shield Laws" to protect providers as they offer telemedicine abortion and ship pills to all 50 states. This is a historic development in policy efforts to protect abortion access.

**Supporting shield law providers.**

Shield laws are not a total or permanent solution, but right now they're a game-changer for abortion pill access. We will continue to secure funding for shield provider care, to ensure equitable access no matter what the abortion seeker's financial situation. We're also helping to spread the word about shield law provision: still a relatively unknown development.

---

**More providers are coming on board to supply abortion pills.**

Shield laws have been operationalized by Aid Access and US-based telehealth abortion startups Abuzz and Cambridge Reproductive Health Consultants, shipping pills over state lines into  restricted states to thousands per month, with sliding scale costs and 2-5 day ship times.

**Catalyzing, supporting, and incubating the abortion pill ecosystem.**

We know how important the ecosystem of services, hotlines and funds is together, and we'll continue to bolster mechanisms for access to abortion pills and sources of self-managed pills, information and support.

---

**There are more avenues to access abortion pills.**

Creating diverse routes of accessing abortion pills is vital to protecting this form of care, especially in light of ongoing bans and potential SCOTUS decisions.

Online vendors are selling pills for as low as $25. Providers are now supplying abortion pills in advance of need, and new "period pill" services send people the same medications for a late period, no pregnancy test required.

**Keeping abortion pills visible.**

To keep the momentum going on these exciting developments and capture the public's enthusiasm for abortion, we're expanding our media engagement work: leveraging the PLAN C documentary, building our presence online and at in-person events, activating our community, and exploring creative partnerships.

We also update our Guide to Pills as things change.

# Plan C by the numbers

## 1.8M

Total Visitors to the Plan C website in 2023. Traffic to the Plan C website doubled in the year after Roe fell.

## 300K

Total click-offs from the Plan C website to other sites: this represents people finding the resources they seek.

## 40M

Total impressions on social media platforms, both paid and organic.

## 20B

Total impressions from press and media articles and interviews
 (yes, that B is for billion!).

## 123K

Total social media followers on Plan C's active platforms.

## 1.4M

Stickers and flyers distributed this year.

## 147

Number of events featuring Plan C representatives, materials or talks.

We also forged 18 on-campus partnerships  this year.

## $382,810

Total money given by Plan C to partner organizations: to catalyze access, awareness, and support for on-the-ground efforts around pills by mail.

# Key Campaigns & Updates

## The Plan C Documentary Premieres at Sundance

Shot over the past four years by award-winning filmmaker Tracy Droz Tragos, PLAN C is a documentary capturing the work of the Plan C campaign and the work of activists and providers who began to mail abortion pills, during the pandemic and in the face of crumbling reproductive rights & access across the US.

See more at plancmovie.com.



## Plan C Co-Founders named in Fast Company's Most Creative People in Business 2023

The Plan C co-founders were named as part of Fast Company's Most Creative People in Business list for 2023. This recognition aligned with Plan C's longstanding goal for abortion pills to be in mainstream culture. It credits our team's ongoing work at the intersection of creativity, innovation and public health.

Read the announcement here.



**6**

App. 1292

# Key Campaigns & Updates, continued



## "Know Your Plan C" Campaign Rollout

This year, Plan C launched a new multi-state information campaign to ensure that people know about abortion pills by mail developed with comprehensive research from nonprofit communications agency Public Good Projects and ongoing substantive input from state and local partners. So far the campaign has drawn more than 30M impressions across six states that restrict or ban abortion through radio, digital audio, social media, and Hulu ads.

Visit KnowYourPlanC.com to view the campaign.



## The Abortion Chatbot Will See You Now

This fall, alongside ineedana.com, the Miscarriage and Abortion Hotline, and other reproductive health and advocacy experts, Plan C advised on the development of new online chatbot, Charley: designed to provide abortion seekers with personalized, direct and comprehensive information about their options, including care methods, nearby clinics, accessing abortion pills, and referrals to support services.

Visit www.chatwithcharley.org to give it a try.



## Fighting Digital Suppression, in Coalition

After years of fighting censorship and information suppression online, Plan C joined forces with larger efforts to create solidarity amongst international sexual and reproductive health and research organizations that experience similar challenges.

In 2023, Plan C was an active participant in this coalition to fight Big Tech's suppression of online abortion information, alongside Amnesty International, Women on Web, Reproaction, Center for Intimacy Justice, and Women First Digital at RightsCon, Netroots, the UN General Assembly and online.



## Plan C SMA 101 Workshops + ABCs of SMA

The Plan C Community facilitated monthly online information sessions that drew participation from school groups, activist groups, medical students, and community organizations. The sessions shared information about abortion pills, resources to support abortion seekers, and how to get more involved in advocating for access to pills by mail, with guest speakers from If/When/How, Amnesty International, National Abortion Federation, and Women on Web.

The sessions were an essential entry point for volunteers, supporters and partners.
Learn more at plancpills.org/community.

7

App. 1293

# What they're saying



## Everything about this process was amazing.

I could do everything at home, in private. Everything was fast, efficient – the people I spoke to were so caring and non judgemental."



## I believe that this not only is, but should be, the future of abortion access in our country.

It allows for patient-centered care, and removes a piece of the process that revolves around stigma.

It allows that patient to directly access the services they need without having to confront stigma in the face."



App. 1294

# Creative Partnerships

## Check us out <u>on TikTok</u>

Our TikTok following has grown by 11k followers this year thanks to great content by our Partnerships Manager and collaborations with creators like <u>@angelaaerial</u>.



## Mife + Miso: Animated Series

We worked with Runaway Train Productions and Reel Black Studios to create a series of 4 educational animations with mife + miso pills as the "heroes" of the story. Topics included miso-only protocols, the M+A Hotline, and the availability of pills in advance. Find the videos <u>on our website here</u>.



## Day of A at SXSW

The Plan C team took SXSW with a post–Roe panel alongside Planned Parenthood and Center for Reproductive Health and <u>Day of A</u>, an event in coordination with the PLAN C documentary and Future Front TX in support of local partners, which drew hundreds of guests.



**9**

App. 1295

# Creative Partnerships, continued

## Our first artist-in residency, Autumn Breon

Plan C partnered with artist Autumn Breon on video content and the launch of her Care Machine: a free vending machine stocked with reproductive and beauty resources. Works appeared at the Crenshaw Dairy Mart and Miami Art Basel, and will continue in 2024 at Frieze and other art & culture festivals.

 

## The Power of Music

Plan C was beneficiary of Demi Lovato's new pro-abortion song launch: 'SWINE' which garnered major press. The team also aligned with artist/musician Amanda Palmer and Runway Productions on a short film about abortion pills by mail set to Amanda's song, "Voicemail for Jill."



**10**

# Creative Partnerships, continued



## Featured in Feminist

With a social media following of 6M+, Feminist knows how to engage the public around issues that matter: and their info page is a model example of how brands and groups can feature abortion pill info alongside other resources, for audiences who want
to know.

Visit the page on feminists.co here.

## Partnering with brands

Plan C partnered with brands August and Stix on campaign SyncPeriodsNotData to call out digital surveillance via a clever pregnancy test package containing additional reproductive health and abortion information.

Plan C also partnered with agency 72andsunny on Made By Choice: a YouTube campaign where viewers could watch the abortion ad, or skip it and trigger a donation to fund pills, with the message: you have a choice.





App. 1297

# A Tech-First Approach to Abortion Access

Plan C leverages technology, digital tools, and creative content to share information and change the narrative.



## Technology Challenges:

**Digital Suppression.**

Our content on social media is routinely suppressed or blocked by social media companies. Plan C has been shadowbanned, we've reported fake Plan C accounts and copycat websites, and our content has been routinely blocked from followers' feeds. In February 2023, we led a digital campaign calling out Instagram and Meta for suppressing our account and shadow banning our content.

**Ad Blocks.**

Since July 2022 our account has been blocked on Google Ads. Meanwhile Google allows crisis pregnancy centers aka "fake clinics" to advertise on search, under abortion keywords (even when they don't provide abortions) and Google reportedly made $10M in ad revenues from these CPCs in the past year. in the past year. Plan C ads on Meta often get rejected as well, which leads to exhaustive appeals with their policy team, delaying or blocking the flow of critical public health information at this urgent moment in history.

**"Anti" bots.**

Recently we discovered and tracked artificially-enhanced results for keyword "abortion pill," likely designed by anti-abortionists to inflate their own CPC listings. On days when the bot was active, Plan C's listing was pushed far down the search results page.

**12**

# Tech, continued...

**Shadow-ban (verb):**

To block (a user) from a social media site or online forum without their knowledge, typically by making their posts and comments no longer visible or with limited visibility to other users.

**Censorship (noun):**

The suppression of speech, public communication, or other information.

**Digital suppression (verb):**

The restraint of an idea, information, or activity online by institutions with power.

13

# Tech, continued...

## How We're Overcoming These Challenges:

### Search Engine Optimization (SEO):

Our world-class SEO lead helps ensure that our website and Guide to Pills rises to the top of organic search results, above deceptive resources and meeting the individual in their moment of need as they search for abortion information.

In 2023 we also embarked upon a UX and development process to improve the Plan C Guide to Pills, incorporating user feedback to make information more understandable and digestible, improve the backend databases of providers and services, and ensure high levels of digital security and privacy along the way.

In one year:

- Organic traffic landing on the Guide's state pages increased by 26%.
- Google visibility of the Guide's state pages increased by 448%.
- Plan C ranked #1 in search for 122 keywords (previously 20 keywords).

### Breaking Through Censorship & Suppression:

This past year we partnered with Amnesty International, Women on Web, Reproaction, Center for Intimacy Justice, and Women First Digital in a coalition to fight against digital suppression of sexual and reproductive health information and collectively troubleshoot issues faced. We also gave a grant to OARS, who runs the Reddit /abortion page, answering thousands of questions each month from anonymous abortion seekers in need of for support.

We're also bringing issues to coalitions like Techies for RJ and the Charley Chatbot team. In 2024 we will continue to build power in coalition, to solve problems and share resources across the many organizations experiencing similar challenges in the face of ensuring ongoing access to abortion.

## Strategic Paid Ads Approach:

We continue to prioritize digital paid advertising to reach target audiences and restricted states, especially with the launch of our "Know Your Plan C" campaign. This has been one of Plan C's most successful strategies in reaching harder-to-reach members of target audiences.

We've been steadfast and creative in getting ads on platforms like Facebook, Instagram, TikTok, and Hulu and have been proud to partner with companies like iHeart Media who value and support our public health message.



**"You can't stop people from going on the internet. How are you going to stop them?"**

*Francine Coeytaux, Plan C cofounder, in opening scene of new documentary PLAN C*

**14**

App. 1300

# Press Highlights



### Here's What Happens If Trump Judge Ends Access To Critical Abortion Drug Nationwide

Elisa Wells, co-founder and co-director of Plan C, an organization that helps individuals obtain abortion pills, says regardless of Kacsmaryk's decision, women will still have options.

## The New York Times

### Inside the Online Market for Overseas Abortion Pills

This New York Times piece brought huge visibility to the option of obtaining abortion pills through ecommerce websites, informed heavily by Plan C's research over the past 10 years.

## The Washington Post

### The abortion bot will see you now

This overview of our collaboration on Charley describes the bold new abortion bot that helps abortion-seekers find access to vetted health care resources, from any state.

## abc NEWS

### Plan C on ABC News

This episode of ABC News addressed the proliferation of online pill vendor sites, as a real and available option for people in states with bans.

## teenVOGUE

### Abortion Pills Are in My Medicine Cabinet. They Should Be in Yours Too

Cofounder & Digital Director Amy Merrill wrote a widely-viewed op-ed for Teen Vogue to spread the word about Plan C's "No Roe. Get Pills in Advance" advance provision information campaign.

## The Dallas Morning News

### Texans still getting abortion pills by mail with out-of-state help

This Dallas Morning News interview reached millions of people in Texas. It was picked up by MSN for enormous amplification, translated for the Spanish language community in Texas, and led to further coverage of Plan C's work on the local news stations in-state.



### Savage Love podast with Elisa Wells

Co-Director Elisa Wells appeared on Dan Savage's Savage Love Cast, a personal highlight for members of Plan C who are fans of the show.

## COSMOPOLITAN

### This Documentary About the Fight for Abortion Information and Access Is One of the Must-Sees of 2023

Cosmopolitan was one of the scores of publications that wrote about the PLAN C documentary premiere and release. This was one of the major ways Plan C showed up in entertainment and culture news in 2023.

**15**

App. 1301







Plan C at Sundance Film Festival, January 2023

# Conferences

**Nexus Summit**

**SXSW**

**RightsCon**

**United Nations**
**General Assembly**

**NOW**
**National Conference**

**Abortion Camp**
**by SYA**

**Creating Change**

**CES Vegas**

**NetRoots**

# Changing the Narrative

One of our big realizations in 2023 was that so many people still don't know about abortion pills by mail, or how to access them from all states.

Plan C is committed to continuing to show up in spaces related to reproductive rights & access and also mainstream pop culture. We do this to share information, and also to expand the general public's current notion of what is an abortion: from self-managed, to miscarriage management, to "period pills," to getting pills in advance, we are describing a paradigm shift, one that contains a spectrum of experiences and needs, and introduces the transformative potential of abortion pills to meet those needs for people living in a post-Roe US.

**17**

App. 1303



# Day of A

### A Day of Action in Austin, TX – March 2023

In partnership with Future Front Texas we produced an activation during SXSW that brought hundreds of people through... highlighted local orgs and destigmatized abortion and shared information on how Texans could still access abortion pills by mail, despite bans to local access and care.



# This is a global movement.

- Abortion pills are endorsed by the World Health Organization as an essential medication.
- They are used by millions worldwide every year, and are available over the counter in many countries.
- In India, abortion pills used outside of health facilities account for over 70% of all abortions.
- In the US, we have seen great progress in catching up – but we still have a long way to go.
- There is much to learn from the international movement and from countries who have lived under abortion bans for a long time. Plan C is committed to showing up in global coalition, and exchanging learnings and practices with groups, activists and researchers from other countries.

**19**

# 2023 Impact & Financial Highlights

Starting with Texas' SB8 in the fall of 2021, the Plan C campaign has experienced generous upticks in donations and commitments. People and organizations wanting to fund abortion access recognize the potential of sharing information about abortion pills by mail, and channel their outrage and passion toward our work.

We are always happy to talk to donors about the measurable results of their donations: in materials created and distributed, resources shared, ad views, cost-per-clicks and website visitors, administrative and team support.

We also know that we are dealing in not just numbers but in paradigm shifts, introducing concepts of self-directed care and empowering others with information so they can then spread it further. Because of this will never truly see the extent of our impact.

One of our core strategies is to support other activists and organizations with not just information and collaboration, but with funding to do the work. This past year we gave over $350,000 to other organizations making a difference in abortion pill access for restricted states and across the US.

We also talked to our donors and partners about how they can fund this landscape as well.

We believe in supporting the multi-faceted ecosystem working to ensure holistic support for self-directed abortion, and that a rising tide lifts all ships.

We are endlessly grateful for the support of our donors and foundation partners, to enable us to do this critical work as such a poignant moment in history.

Together we are making change and showing up for people in need of abortion care.

## 2023 BUDGET

| | |
|---|---|
| Administrative: Travel, Team & Consulting Fees | $1,233,789 |
| Grants to Partners | $361,451 |
| Paid Ad Placements | $353,435 |
| Creative Partners | $104,325 |
| Stickers & Outreach Materials | $131,020 |
| Telecom, Software & Website | $130,466 |
| Fiscal Sponsorship Fees (10%) | $278,459 |
| Total Expenses | $2,592,945 |

# Our Vision & Values



Since 2015 our vision has stayed the same: abortion pills in the hands of the person who seeks them, full stop. We are laying the groundwork for over-the-counter access: disentangling this safe and effective option from politics, and moving agency over abortion back to the individual.

The efforts described in this report fall under two major goals, namely that:
1. People Know (about the pills), and
2. People Have Access (to pills).

These two concepts are what drive us.

Our team of public health researchers, social justice activists and digital strategists is dedicated to centering the abortion seeker in the work, and leading and collaborating from values of self-determination, equity and justice.

Read more at plancpills.org/about.

# **Where we're headed**

In this report we've described our recent work in context of the current domestic and global landscape. At Plan C we are structured like a campaign, designed to be nimble and responsive to the moment. When we achieve our mission, we will go "out of business."

Unfortunately in the US, our work is far from complete.

We are energized and equipped to show up clear and focused in 2024: building on previous successes, in deep service to abortion seekers, in support of activists and partners, and under the same shared vision of pills in hands.

We will continue to provide research-based information about where to obtain medication abortion, both mifepristone and misoprostol, as the landscape continues to change. We will lead creative campaigns and outreach, with a focus on restricted states, push back against censorship and bullying, and cultivate partnerships to build power in coalition.

At Plan C we believe abortion is basic health care and a human right. We believe everyone deserves full, legal access to this safe and effective medication through clinics, telehealth, and self-managed sources in every zip code in the US.

We aren't slowing down yet.



> **We hear all the time from our patients that Plan C was an incredible resource and helped them connect to trustworthy care.**
>
> *Telehealth company HeyJane*

**22**

**PLANCPILLS.ORG**                                    **JAN–DEC 2023**



# Thank you.

The support of our donors, our partners and
our community and makes this work possible.

Have a question, idea or offering?
Reach out at info@plancpills.org.

Visit us online at plancpills.org
@plancpills on Instagram, TikTok,
Facebook and Twitter.

*"Nobody can stop us from getting abortions when we are informed about how and where to get them."*

– comment on Plan C Instagram, Summer 2023

App. 1309

# EXHIBIT 79

# Free Medication Abortion

Free Medication Abortion          Home          What We Stand For          How to Use Abortion Pills

# FREE MEDICATION ABORTION

**In a restricted state? Looking for information on safe abortion access? We're here for you.**

Scroll down for a list of providers!

Abortion pills by mail are a reality even in states with restrictions.

*Please use a privacy app like <u>Duck Duck Go</u>*
*when looking at abortion resource sites like ours.*

***<u>En Español</u>***



**Free Medication Abortion**    Home    What We Stand For    How to Use Abortion Pills

This site is an information source _ s not give medical or legal advice or sell abortion pills.

For references to free, trusted, community support providers for people with **confirmed** pregnancies, find your state and corresponding contact email below.

*See below notes for how states and providers are identified.*

For your **safety** and the providers' safety, we encourage you to set up a secure, free email account on **_protonmail_** to use when contacting them.

**iCloud email** is not compatible with our system.

**Please note,** these services may take up to **14 days** to arrive after request. If it is not possible to wait 14 days (may come sooner, USPS service is out of their control) **please visit PlanCPills.org for alternative providers.**

**INCLUDE IN YOUR EMAIL :**

-The name of the person receiving the medication

-Your full mailing address

-Estimated number of weeks gestation

-The first day of your last menstrual period

-The date of your positive pregnancy test

**PLEASE CONFIRM YOUR INFORMATION HAS THE CORRECT ADDRESS** -  only one kit is shipped per request and the most frequent reason for non-delivery is an incorrect address or missing address information. Make sure to include ALL information - name, street, city, state, zip code and apartment number if available.

**Current Coverage by State**

**^Alabama  - sjog2010@proton.me**

**^American Samoa - AccessInformation13@proton.me**

**Arizona - IdahoAccess@proton.me**

**\*Arkansas - ARTogether@proton.me**

**^Florida - FLCompanionRequest@proton.me**

Free Medication Abortion          ^Geor___ssInformation13@proton.me          Home          What We Stand For          How to Use Abortion Pills

**^Guam -** AccessInformation13@proton.me

**Idaho -** IdahoAccess@proton.me

**^Indiana -** AccessMidAmerica@proton.me

**^Iowa -** AccessMidAmerica@proton.me

**^Kansas -** AccessMidAmerica@proton.me

**^Kentucky -** AccessMidAmerica@proton.me

**^Louisiana -** AccessInformation13@proton.me

**^Mississippi -** AccessInformation13@proton.me

**^Missouri -** AccessMidAmerica@proton.me

**Nebraska -** IdahoAccess@proton.me

**^Nevada -** AccessInformation13@proton.me

**^New Hampshire -** AccessMidAmerica@proton.me

**^North Carolina -** AccessMidAmerica@proton.me

**North Dakota -** IdahoAccess@proton.me

**^Northern Mariana Islands -** AccessInformation13@proton.me

**^Ohio -** AccessMidAmerica@proton.me

**Oklahoma -** IdahoAccess@proton.me

**^Pennsylvania -** AccessMidAmerica@proton.me

**^South Carolina -** AccessInformation13@proton.me

**South Dakota -** IdahoAccess@proton.me

**^Tennessee -** AccessMidAmerica@proton.me

**^*Texas -** TexasAccess@proton.me

**^US Virgin Islands -** AccessInformation13@proton.me

**^Utah -** AccessInformation13@proton.me

**^Virginia -** AccessMidAmerica@proton.me

**^West Virginia -** AccessMidAmerica@proton.me

**^Wisconsin -** AccessMidAmerica@proton.me

**^Wyoming -** AccessInformation13@proton.me

ⓘ above contact information is provided for community support groups that follow verified protocols

(listed below) to ensure consistency and security for all clients regardle          App. 1313

Case 2:22-cv-00223-Z   Document 254-8   Filed 08/22/25   Page 183 of 210   PageID 16744

Free Medication Abortion    Home    What we stand for    How to use Abortion Pills

States prefaced with (^) follow different mailing protocols.

States prefaced with (^) follow different dosing protocols.

See <u>coverage tab</u> for full list of community networks.

1) Client response provided within 24 hours, seven days a week

2) Medicines shipped by USPS priority mail in discreet packaging with no tracking. (unless prefaced with an asterisk (*))

3) Kits in states prefaced by (^) all contain one (1) 200 mg Mifepristone and 16 - 200 mcg Misoprostol for pregnancies 20 weeks and under (as recommended by MAHotline). Those without (^) contain (1) 200 mg Mifepristone and 12 - 200 mcg Misoprostol.

4) Choice for clients of loose, unidentifiable pills or foil, blister packs depending on their security concerns and community provider stock.  Loose is sent default if no choice is made or other inventory is not available.

5) Access to a personal, trained companion available for all clients and automatically assigned for clients over 14 weeks

6) Service for all gestations

7) No personal data retained or collected

8) Clinicians available on request


*Residents of other states may find abortion funding assistance through the <u>National Network of Abortion Funds</u>.*

*<u>PlanCPills</u> lists all vendors, including for-profit, for all states and territories.*

ⓘ

App. 1314

Free Medication Abortion          Home          What We Stand For          How to Use Abortion Pills



# EXHIBIT 80

# Plan C - Websites that Sell Pills

Case 2:22-cv-00223-Z    Document 254-8    Filed 08/28/25    Page 186 of 210    PageID 18747

Stay Safe: Read our digital privacy tips ›



Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español

Quick Exit (esc)

‹ GO BACK

# Websites That Sell Pills

These websites sell abortion pills but do not include any additional support. You can still get free medical support for your abortion from the M+A Hotline.



**Important:** These websites may not follow strict digital security protocols. Read our digital privacy tips to learn how to protect yourself when ordering or searching for abortion pills online.

**Read the FAQs below for more information on how these sites work.**

---

### What are websites that sell pills?                                                    ⌃

Websites that sell pills are e-commerce websites that sell and ship pills to addresses in all U.S. states. They do not require a prescription for the medications, do not require you to upload your ID, and do not provide a medical consultation or any kind of support.

---

### Are these websites legit?                                                             ⌃

Yes, these websites are legit. They sell generic abortion pills that are not regulated or inspected by the US government. Plan C regularly tests these websites by buying pills from them. The services we list in our guide all shipped pills to a home address. The pills were real (based on laboratory testing). But, we do not operate these sites, and cannot guarantee they will be reliable in the future.

**Important:** These websites may not follow strict digital security protocols. Read our **digital privacy tips** to learn how to protect yourself when ordering or searching for abortion pills online.

---

### How do I choose one of these websites?                                                ⌃

App. 1317



Stay Safe: Read our digital privacy tips ›           Quick Exit (esc)

Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate   Español

We suggest you check their website and pick the one that you feel most comfortable ordering from.  If you are not sure what pills to order, read the FAQ below, "What kind of kit do I order?".

## What kind of kit do I order? ^

Most of these websites sell abortion pills in a blister pack called an MTP Kit. These kits usually contain 5 pills: 1 dose of mifepristone (1 pill) and 1 dose of misoprostol (4 pills). Sometimes these packs will be listed under different names, or will be sold in bulk quantities, which may seem confusing. What is important is that you get the correct dosage for your pregnancy.  Read the next section "How many pills do I need?" for dosage information.

**Important note about payment:** It is very common for these websites to email or call soon after they get your order to request a different form of payment. They often say the credit card did not go through. They often ask the buyer to use a PayPal account in a person's name or in the name of another business. These payment requests do seem unusual, but they worked every time we tested them.

The pills usually arrive by the US Postal Service. They usually do not require a signature.

## How many pills do I need? ^

If you are *under* 9 weeks pregnant you usually need 1 mifepristone pill and 4 misoprostol pills. **People who are more than 9 weeks pregnant may need additional misoprostol pills (4 or 8 pills) to complete the abortion.** Many of these websites sell misoprostol pills separately (sometimes called Cytotec or Cytolog), which can be added to your order.

Read this guide for instructions on how to take abortion pills and for recommended dosages. If you don't know how many weeks pregnant you are you can use our **pregnancy calculator**.

## What if I have medical questions? ^

Websites that sell pills do not offer medical support.  If you have medical questions during your abortion, you can get support and have your questions answered by contacting **The Miscarriage and Abortion Hotline**. This hotline provides free, confidential medical information and support by phone and text. Often they can help you address a problem without needing to go to a clinic or hospital.

If you are experiencing complications and feel the need to seek care from a health care provider at a clinic or hospital, you should do so. Your clinician does not need to know that you have used abortion pills to provide appropriate follow up care. Clinicians also can't tell you've taken abortion pills unless you tell them, or if you inserted the misoprostol vaginally and the pills did not fully dissolve. Many people use misoprostol orally to prevent this possible detection.

App. 1318

Stay Safe: Read our digital privacy tips ›    Quick Exit (esc)

 PLAN C     Find Pills     FAQ ⌄     Support & Resources ⌄     Get Involved ⌄     About Plan C ⌄     Donate    Español

You can also get free, nonjudgmental emotional support before, during, and after your abortion from the folks at **All-Options Talkline**, **Exhale**, **Faith Aloud**, or **Reprocare**.

---

**Can I get in trouble for using abortion pills?**                                                                                      ⌃

The short answer is: it depends, and it's complicated.

Legal risk can depend on:

- where you live,

- your identity: race, ethnicity, income level, etc.

- and how far along you are in pregnancy.

In the end, it's up to each person to make their own decision about risk. Click the headings below for more information about these risks.

**Where someone lives makes a difference.**                                                                         ⌃

Many states allow legal access to abortion pills through clinics or telehealth services. People who get pills in states where these services are legal should face no legal risk.

Pills are available by mail in all states, even in states that ban clinic-based abortion care. This is possible because some states have "shield laws" that protect clinicians when they provide telehealth care to someone in another state. People in all states can also get abortion pills from alternate suppliers like international online clinics, community networks, and websites that sell pills. We mark alternate suppliers with an alert icon  in our **Guide** to let you know that they may have legal risk.

To understand the potential legal risks of using alternate suppliers, you can contact the ReproLegal Helpline, a free legal resource that can help answer your questions: visit **reprolegalhelpline.org** or call or text 844-868-2812.

**What if a state totally bans abortion?**                                                                              ⌄

Some states have laws against abortion. These laws mean that with limited exceptions medical providers and clinics in those states can't do an abortion procedure or provide abortion pills.

A ban that blocks providers from offering care does not necessarily block a person from using pills on their own. However, a person who self-manages their abortion can face legal risk: people in the US are criminalized for all kinds of reasons, with outsized impact on certain identities or socioeconomic backgrounds.

People in states that ban abortion can still get abortion pills by mail from telehealth providers in "shield law" states (see above) or alternate suppliers, like international online clinics, websites that sell pills, and community networks that mail them for free.

App. 1319

Stay Safe: Read our digital privacy tips ›                                    Quick Exit (esc)

PLAN C        Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate   Español

instance if they are not free to leave their home or do not want to risk going through an immigration checkpoint (which can be within 100 miles of any US border).

The **Repro Legal Helpline** provides free and confidential legal advice that can help people better understand the laws and legal risk they may face. Contact them **online** or call **844-868-2812**.

---

**How big is the legal risk?** ︿

This is a really hard question to answer.

We have some information about what has happened in the past. From 2000 to 2020, at least 61 people who have self-managed an abortion or have helped someone else **were arrested or prosecuted**. During that same time, many people self-managed abortions (tens of thousands or more).

It is unclear how new abortion laws will affect future criminalization of people for self-managing an abortion.

Those who are already at greater risk of criminalization because of their race, gender identity, economic status, or other factors may have a higher risk of prosecution.

The **Repro Legal Helpline** provides free and confidential legal advice that can help people better understand the laws and legal risk they may face. Contact them **online** or call **844-868-2812**.

---

**Why have some people gotten in legal trouble?** ⌄

---

**Have Legal Questions?** ⌄

---

The **Repro Legal Helpline** provides free and confidential legal advice that can help people better understand the laws and legal risk they may face. Contact them **online** or call **844-868-2812**.

For more analysis of potential legal risk, **read this article**.

---

## Showing 14 of 14 results

Sort by: **Price** ⌄

| PILL PULSE | | |
|---|---|---|
| Price | Delivery | Ages |
| $29 | 3-6 business days | All |

Pills by mail

| LIFE EASY ON PILLS | | |
|---|---|---|
| Price | Delivery | Ages |
| $30-50 | 3-6 business days | All |

Pills by mail

App. 1320

Case 2:22-cv-00223-Z     Document 257-8     Filed 08/20/25     Page 190 of 210     PageID 18757

Stay Safe: Read our digital privacy tips ›               Quick Exit (esc)

PLAN C      Find Pills      FAQ ⌄      Support & Resources ⌄      Get Involved ⌄      About Plan C ⌄      Donate    Español

MORE INFORMATION      ↗ REQUEST PILLS          MORE INFORMATION      ↗ REQUEST PILLS

### HOME ABORTIONRX

| Price | Delivery | Ages |
|---|---|---|
| $33 | 12–19 business days | All |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION      ↗ REQUEST PILLS

### PRIVATE EMMA

| Price | Delivery | Ages |
|---|---|---|
| $35 | 3–6 business days | All |

Pills by mail
For pregnancies up to 12 weeks

🏷️ Get pills in advance

🏦 Financial assistance available

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION      ↗ REQUEST PILLS

### MEDSIDE 24

| Price | Delivery | Ages |
|---|---|---|
| $44 | 3–6 business days | All |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION      ↗ REQUEST PILLS

### HOME ABORTION PILLSRX

| Price | Delivery | Ages |
|---|---|---|
| $45 | 3–6 business days | All |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION      ↗ REQUEST PILLS

### YBYCMEDS

| Price | Delivery | Ages |
|---|---|---|
| $46 | 3–6 business days | All |

Pills by mail

🏷️ Get pills in advance

### PRIVACY PILL RX

| Price | Delivery | Ages |
|---|---|---|
| $120 | 3–6 business days | All |

Pills by mail

🏷️ Get pills in advance

App. 1321

Case 2:22-cv-00223-Z    Document 224-8    Filed 08/20/25    Page 200 of 210    PageID 18762

Stay Safe: Read our digital privacy tips ›                                   Quick Exit (esc)



Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español



### SAFE PHARMACY

| Price | Delivery | Ages |
|---|---|---|
| **$198** | **3–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS



### ABORTION PILLS RX

| Price | Delivery | Ages |
|---|---|---|
| **$230** | **4–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS



### GENERIC ABORTION PILLS

| Price | Delivery | Ages |
|---|---|---|
| **$291** | **3–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS



### ABORTION RX

| Price | Delivery | Ages |
|---|---|---|
| **$299** | **3–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS



### ONLINE ABORTION PILL RX

| Price | Delivery | Ages |
|---|---|---|
| **$470** | **3–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS



### ABORTION PRIVACY

| Price | Delivery | Ages |
|---|---|---|
| **$470** | **3–6 business days** | **All** |

Pills by mail

🏷️ Get pills in advance

⚠️ Learn about the potential legal risk of using this service

MORE INFORMATION          ↗ REQUEST PILLS

App. 1322

PLAN C    Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español



## Live phone & text support

### For Medical Questions

**The M+A Hotline**

Free and confidential support from a clinician at the Miscarriage + Abortion Hotline. (M+A does not sell pills)

CALL OR TEXT    VISIT WEBSITE

### For Logistical & Emotional Support

**Reprocare Healthline**

Free and confidential help understanding how to get pills and how to use them.

CALL OR TEXT    VISIT WEBSITE

### For Legal Questions

**ReproLegal Helpline**

Connect with a lawyer for free and confidential legal information.

CALL OR TEXT    VISIT WEBSITE



## Automated support

NEW

### Charley the Chatbot

Provides users with personalized abortion options, including information about different abortion care methods, nearby clinics,

### Frequently Asked Questions

Get answers to common questions about how abortion pills work and how to access them.

App. 1323

**Stay Safe:** Read our digital privacy tips ›                                    Quick Exit (esc)

 PLAN C          Find Pills    FAQ ⌄    Support & Resources ⌄    Get Involved ⌄    About Plan C ⌄    Donate    Español



## Get the Plan C Newsletter

For breaking developments in abortion pill access and opportunities to take action.

| Your Email | **Sign Up** |



Plan C is a project under the fiscal sponsorship of the National Women's Health Network, a 501c3 organization. Our generous donors make this critical work possible.

**Find Pills** →

     

### FAQ

Finding Abortion Pills

About Abortion Pills

Using Abortion Pills

Can I get in Trouble for Using Abortion Pills?

### Support and Resources

Quick Resource List

Medical Support

Legal Support

Financial Support

Abortion Pill Instructions

Abortion Care Apps

Other Options for Getting an Abortion

### Get Involved

Plan C

Community

Take Action

Stickers & Flyers

Plan C Merch

Social Media Toolkit

Partner with Us

For Medical Professionals

Work with Plan C

Donate

### About Plan C

Mission

Team

Press

Research & Learning

PLAN C: The Documentary

2023 Annual Report

Media inquiries

Contact Us

### Language

Español

© 2024 National Women's Health Network

Site by Eyes Open

Privacy & Terms

**Disclaimer:** This is not legal or medical advice and does not substitute for the representation of an attorney or the advice of a doctor. No attorney client relationship has been formed by reviewing this material.



# EXHIBIT 81

**Ryan T. Anderson & Jamie Bryan Hall, T*he Abortion Pill Harms Women: Insurance Data Reveals One in Ten Patients Experiences a Serious Adverse Event*, Ethics & Public Policy Center (Apr. 28, 2025)**

LIFE AND FAMILY INITIATIVE

ETHICS
AND
PUBLIC
POLICY
CENTER
*Shaping Policy,*
*Renewing Culture.*

# The Abortion Pill Harms Women: Insurance Data Reveals One in Ten Patients Experiences a Serious Adverse Event

**Jamie Bryan Hall,** Director of Data Analysis, Ethics and Public Policy Center
**Ryan T. Anderson,** President, Ethics and Public Policy Center

April 28, 2025

## Summary

- This largest-known study of the abortion pill is based on analysis of data from an all-payer insurance claims database that includes 865,727 prescribed mifepristone abortions from 2017 to 2023.
- 10.93 percent of women experience sepsis, infection, hemorrhaging, or another serious adverse event within 45 days following a mifepristone abortion.
- The real-world rate of serious adverse events following mifepristone abortions is at least 22 times as high as the summary figure of "less than 0.5 percent" in clinical trials reported on the drug label.
- The FDA should immediately reinstate its earlier, stronger patient safety protocols to ensure physician responsibility for women who take mifepristone under their care, as well as mandate full reporting of its side effects.
- The FDA should further investigate the harm mifepristone causes to women and, based on objective safety criteria, reconsider its approval altogether.

**Danco Laboratories** markets Mifeprex as "the safe and effective abortion pill," but our research shows that mifepristone abortion, as currently practiced in the U.S., is not safe and effective.[1] The manufacturer and the FDA rely on the results of 10 clinical trials with a total of 30,966 participants, less than 0.5 percent of whom reportedly experienced serious adverse reactions. In contrast, we analyzed real-world insurance claims data for 865,727 prescribed mifepristone abortions, broadly representative of women who obtain mifepristone abortions in the U.S. today, and we find a serious adverse event rate of 10.93 percent—at least 22 times as high as the summary figure reported on the drug label. In light of this research, we urge the FDA to reinstate earlier, stronger patient safety protocols and reconsider its approval of mifepristone altogether. Women deserve better than the abortion pill.

## Our Key Findings

10.93 percent of women experience sepsis, infection, hemorrhaging, or another serious or life-threatening adverse event within 45 days following a mifepristone abortion, far greater than the summary figure of "less than 0.5 percent" in clinical trials reported on the drug label. *Figure 1, next page.*

---

1  Danco Laboratories, "The Safe and Effective Abortion Pill | Mifeprix (mifepristone)," https://www.earlyoptionpill.com (accessed April 14, 2025)

| FIGURE 1 | | |
|---|---|---|
| **Serious Adverse Events by Category** | | |
| | Number with adverse events | Serious adverse event rate |
| Sepsis | 824 | 0.10% |
| Infection | 11,707 | 1.34% |
| Transfusion | 1,257 | 0.15% |
| Hemorrhage | 28,658 | 3.31% |
| Hospitalization (related to the abortion) | 5,699 | 0.66% |
| ER visit (related to the abortion) | 40,960 | 4.73% |
| Ectopic pregnancy | 3,062 | 0.35% |
| Other life-threatening adverse events (cardiac, pulmonary, thrombosis, anaphylaxis, surgery) | 1,956 | 0.22% |
| Repeated (surgical) abortion | 24,563 | 2.84% |
| Other abortion-specific complications | 49,169 | 5.68% |
| Overall | 94,605 | 10.93% |

Note: The overall serious adverse event rate of 10.93% is adjusted for the fact that some women suffer from adverse events in multiple categories.

Simply stated, mifepristone, as used in real-world conditions, is not "safe and effective."

Our real-world post-market observational study of mifepristone is, to our knowledge, the most comprehensive study of chemical abortion safety ever conducted in the U.S.:

- We identify and include 865,727 prescribed mifepristone abortions, 28 times as many as were included in all FDA-cited clinical trials combined.
- Our dataset is more recent, no earlier than 2017, while the FDA approval of mifepristone relies entirely on data from more than a decade ago.
- The women in our dataset are broadly representative of the women who obtain mifepristone abortions in the U.S.; they are not a prescreened group of generally healthy women recruited into various clinical trials conducted at different times around the world.
- The women in our dataset receive (or fail to receive) pre- and post-abortion healthcare of the real-world quality that prevails in the U.S. today, not the carefully controlled regimen of care that ordinarily prevails in a clinical trial.

## Policy Implications

The FDA should reinstate the original patient safety protocols that were required when mifepristone was first approved. Doing so will likely reduce the harms to women and permit better monitoring to determine whether this drug should remain on the market:

- Prescribing mifepristone and misoprostol for the termination of pregnancy should require at least three in-person office visits by the patient—as originally required by the FDA.
- Mifepristone should be prescribed only by physicians—as originally required by the FDA—who have read and understood the prescribing information.
- Mifepristone should be administered only in a clinic, medical office, or hospital, by or under the supervision of a physician, able to assess the gestational age of an embryo and to diagnose ectopic pregnancies—all of which was originally required by the FDA.
- Physicians must be able to provide surgical intervention in cases of incomplete abortion or severe bleeding, or have made plans to provide such care through others, and be able to assure patient access to medical facilities equipped to provide blood transfusions and resuscitation, if necessary.
- Healthcare providers should be required once again to report to the FDA (and manufacturers of mifepristone) all serious adverse events resulting from the use of mifepristone.
- Mifepristone should only be prescribed to a woman who is confirmed by a physician to be in the first seven weeks of pregnancy—as originally required by the FDA.

App. 1327

## Background on FDA Approval and Regulation of Mifepristone

Mifepristone was developed by the French pharmaceutical company Roussel Uclaf S.A. and brought to the United States at the urging of President Clinton and after Congressional pressure. The FDA approved it under a little-used approval process for "certain new drug products that have been studied for their safety and effectiveness in treating serious or life-threatening illnesses and that provide meaningful therapeutic benefit to patients over existing treatments."[2] Thus, to grant approval in this manner, the FDA had to consider an unwanted pregnancy a "serious or life-threatening illness" and find that mifepristone was more effective than surgical abortion in treating it. The FDA's decision cites minimal data: clinical trials with only 859 participants in the U.S. and 1,800 in France.[3]

The original FDA-approved drug label for Mifeprex (the brand name of mifepristone) from September 2000 indicated use of the drug for "the medical termination of intrauterine pregnancy through 49 days' pregnancy."[4] It required several modest safeguards for women's health:

Treatment with Mifeprex and misoprostol for the termination of pregnancy requires three office visits by the patient. Mifeprex should be prescribed only by physicians who have read and understood the prescribing information. Mifeprex may be administered only in a clinic, medical office, or hospital, by or under the supervision of a physician, able to assess the gestational age of an embryo and to diagnose ectopic pregnancies. Physicians must also be able to provide surgical intervention in cases of incomplete abortion or severe bleeding, or have made plans to provide such care through others, and be able to assure patient access to medical facilities equipped to provide blood transfusions and resuscitation, if necessary.[5]

During the Obama and Biden administrations, the FDA chipped away at these initial safeguards, risking women's health in order to increase access to abortion. Under the current Risk Evaluation and Mitigation Strategy (REMS) in effect since 2023:

1. a mifepristone abortion now requires as a little as one telehealth visit with any approved healthcare provider (not necessarily a physician),

2. a woman may self-administer drugs obtained from a mail-order pharmacy, and

3. the prescriber need not report any adverse events unless he or she knows that a patient has died. *Figure 2.*

| *Figure 2*<br>**Weakening FDA Safeguards for Mifepristone** | 2000<br>Clinton<br>Initial<br>Approval | 2016<br>Obama<br>REMS<br>Changes | 2023<br>Biden<br>REMS<br>Changes |
|---|:---:|:---:|:---:|
| Required number of in-person visits | 3 | 1 | 0 |
| Maximum gestational age (LMP) | 7 weeks | 10 weeks | 10 weeks |
| Drugs prescribed only by physician | ✓ | ✗ | ✗ |
| Drugs dispensed only in office | ✓ | ✓ | ✗ |
| Drugs taken only in office | ✓ | ✗ | ✗ |
| Required in-office follow-up | ✓ | ✗ | ✗ |
| Required reporting of adverse events | ✓ | ✗ | ✗ |

---

2   Alliance for Hippocratic Medicine v. FDA, Complaint, https://adflegal.org/wp-content/uploads/2022/11/Alliance-for-Hippocratic-Medicine-v-FDA-2022-11-18-Complaint.pdf

3   Mifeprex (mifepristone) drug label, September 2000, page 3, https://www.accessdata.fda.gov/drugsatfda_docs/label/2000/20687lbl.pdf

4   Mifeprex (mifepristone) drug label, September 2000, page 6, https://www.accessdata.fda.gov/drugsatfda_docs/label/2000/20687lbl.pdf

5   Mifeprex (mifepristone) drug label, September 2000, page 14, https://www.accessdata.fda.gov/drugsatfda_docs/label/2000/20687lbl.pdf

App. 1328

The current FDA-approved drug label refers to the results of 10 clinical trials with a total of 30,966 participants, less than 0.5 percent of whom reportedly experienced serious adverse reactions.[6] But these figures are based entirely on data from trials taking place more than a decade ago.

## The Increasing Market Share of Chemical Abortion

Increased access to chemical abortion has coincided with a rapid increase in its prevalence. Chemical abortions—the vast majority of which are performed using a combination of mifepristone and misoprostol—now account for roughly two-thirds of all abortions in the United States. *Figure 3.*

In fact, Danco Laboratories boasts that more than 5 million U.S. women have used its abortion pill since it was approved in 2000.[7] Thus, it has become increasingly important to understand the risks and harms to women from chemical abortion in general and from mifepristone in particular.

## How We Identified Mifepristone Abortions

In our data, a mifepristone abortion was identified in one of three ways:

1. procedure code S0199: medically induced abortion by oral ingestion of medication including all associated services and supplies,
2. a prescription for mifepristone (with or without misoprostol within the next 3 days), or
3. a diagnosis code for elective termination or unwanted pregnancy, along with other billing coding consistent with manufacturer instructions for reimbursement for a mifepristone abortion for a given state and insurer combination.[8]

Following this method, we identified a total of 865,727 mifepristone abortions prescribed for a total of 692,873 women from 2017 to 2023. This includes 566,446 women, each of whom had one such abortion, and 126,427 women with multiple such abortions.



*Figure 3*

**Chemical abortion has increased rapidly since approval in 2000 and now accounts for approximately two-thirds of all abortions.**

Source: Guttmacher Abortion Provider Census and Monthly Abortion Provision Study, via
https://www.guttmacher.org/2024/03/medication-abortion-accounted-63-all-us-abortions-2023-increase-53-2020

---

6  Page 7 of the drug label states, "Serious adverse reactions were reported in <0.5% of women. Information from the U.S. and non-U.S. studies is presented in Table 2." Table 2 on page 8 indicates that some categories of serious adverse reactions were observed at higher rates in some trials, but this is never discussed in the text, leaving only the previous statement with which to interpret the table. See Mifeprex (mifepristone) drug label, January 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/020687Orig1s026lbl.pdf

7  Danco Laboratories, "The Safe and Effective Abortion Pill | Mifeprex (mifepristone)," https://www.earlyoptionpill.com (accessed April 14, 2025)

8  Danco Laboratories, "Mifeprex State Payer Policies," https://www.earlyoptionpill.com/how-do-i-get-mifeprex/state-payer-policies (accessed April 14, 2025)

App. 1329

# How We Identified Serious Adverse Events

We followed the official FDA definition of "serious adverse event."[9] To do so, we identified relevant ICD-10 diagnosis codes and CPT/HCPCS procedure codes for adverse events from multiple sources:

- CDC Severe Maternal Morbidity (SMM) indicators,[10]
- CMS Diagnosis-Related Group (DRG) 770 and 769 codes,[11]
- FDA Adverse Events Reporting System (FAERS) reports (interpreted and translated into diagnosis and procedure codes by the doctors on our team),[12] and
- a small number of (mostly gynecological) codes suggested by our doctors.

These codes were then graded by a team of physicians using the the NIH Common Terminology Criteria for Adverse Events (CTCAE version 5), which categorizes adverse events by severity on a 5-point scale.[13] We included CTCAE Grade 3 (severe) and Grade 4 (life-threatening). We did not include Grade 1 (mild) or Grade 2 (moderate). (Grade 5 is death, which would count as a serious adverse event under the FDA definition but could not necessarily be observed in the insurance claims data. We hope to show the rate of death in a subsequent report.)

For reporting, we have grouped the relevant diagnosis and procedure codes as follows:

1. The mifepristone label divides serious adverse events into six categories identified in the clinical trials: sepsis, infection, transfusion, hemorrhage, hospitalization, and emergency room visit. Only those hospitalizations and emergency room visits with abortion-related diagnosis and procedure codes are included in our analysis.

2. FAERS received reports of various events that our doctors judge to be life-threatening and have grouped into broad categories: ectopic pregnancy, surgery, cardiac, pulmonary, thrombosis, and anaphylaxis.

3. Repeated (surgical) abortion procedures are considered serious adverse events.

4. Other abortion complications include codes specifically related to an abortion or miscarriage, as well as life-threatening mental health diagnoses, etc.

We consider only serious adverse events that occurred within 45 days following the abortion. This is conservative, as some adverse events may present later (and studies relied on by the FDA used a timeframe as long as 72 days). Additionally, the likelihood of a subsequent pregnancy within this timeframe is negligible, which ensures that adverse events are related to the abortion rather than to a subsequent pregnancy.

## Our Data

Our team has purchased access to a commercially available all-payer health insurance claims database including de-identified data for all U.S. patients during the years 2017 to 2023. It includes information on hospital and office visits, diagnoses, procedures, and prescriptions processed through private health insurance, Medicaid, Medicare, TRICARE, and the Department of Veterans Affairs (VA). The data excludes transactions for which the insurer is also the provider (as is the case with some HMOs and much VA care), as well as cash pay transactions (which are disproportionately common for abortion). This dataset provides longitudinal tracking of medical diagnoses, procedures, and prescriptions for each patient and is widely used in academic and regulatory research.

---

9  FDA, "What is a Serious Adverse Event?," https://www.fda.gov/safety/reporting-serious-problems-fda/what-serious-adverse-event

10  CDC, "Identifying Severe Maternal Morbidity (SMM)," https://www.cdc.gov/maternal-infant-health/php/severe-maternal-morbidity/icd.html

11  CMS, "ICD-10-CM/PCS MS-DRG v37.0 Definitions Manual," https://www.cms.gov/icd10m/version37-fullcode-cms/fullcode_cms/P0287.html

12  FDA, "FDA Adverse Events Reporting System (FAERS) Public Dashboard," https://fis.fda.gov/sense/app/95239e26-e0be-42d9-a960-9a5f-7f1c25ee/sheet/33a0f68e-845c-48e2-bc81-8141c6aaf772/state/analysis

13  NIH, "Common Terminology Criteria for Adverse Events (CTCAE)," https://ctep.cancer.gov/protocolDevelopment/electronic_applications/ctc.htm

App. 1330

## Our Research Project Team

Our research project was conducted and validated by a team of data scientists, analysts, and engineers, with assistance from our clinical team of board-certified obstetricians and gynecologists. Members have a history of academic research and peer-reviewed publication.

## Conclusion

Our research shows unequivocally that mifepristone abortion, as currently practiced in the U.S., is considerably more dangerous to women than is represented on the FDA-approved drug label. The FDA should immediately reinstate its earlier, stronger patient safety protocols to ensure physician responsibility for women who take mifepristone under their care, as well as mandate full reporting of its side effects. The FDA should further investigate the harm this drug causes to women and, based on objective safety criteria, reconsider its approval altogether. Women deserve better than the abortion pill.

*This paper is the first in a series investigating women's health and abortion using real-world data.*



ETHICS
♦ AND ♦
PUBLIC
POLICY
CENTER

*Shaping Policy,*
*Renewing Culture*

App. 1331

# EXHIBIT 82

# Declaration of Dr. Ingrid Skop

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

**ALLIANCE FOR HIPPOCRATIC MEDICINE**, on behalf of itself, its members, and their members, and their members' patients; **AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS**, on behalf of itself, its members, and their patients; **AMERICAN COLLEGE OF PEDIATRICIANS**, on behalf of itself, its members, and their patients; **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS**, on behalf of itself, its members, and their patients; **SHAUN JESTER, D.O.**, on behalf of himself and his patients; **REGINA FROST-CLARK, M.D.**, on behalf of herself and her patients; **TYLER JOHNSON, D.O.**, on behalf of himself and his patients; and **GEORGE DELGADO, M.D.**, on behalf of himself and his patients,

      Plaintiffs,

    v.

**U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D.**, in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration; **JANET WOODCOCK, M.D.**, in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration **PATRIZIA CAVAZZONI, M.D.**, in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**; and **XAVIER BECERRA**, in his official capacity as Secretary, U.S. Department of Health and Human Services,

      Defendants.

Case No. _____

1

App. 1333

## DECLARATION OF DR. INGRID SKOP

I, Ingrid Skop, a citizen of the United States and a resident of San Antonio, Texas, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge.

1. I am over eighteen years old and make this declaration on personal knowledge.

2. I am a board-certified obstetrician and gynecologist working for OB Hospitalist Group with privileges in the Baptist Hospital System.

3. I also serve as a Senior Fellow and Director of Medical Affairs at the Charlotte Lozier Institute.

4. I am a member of Plaintiff American Association of Pro-Life Obstetricians and Gynecologists (AAPLOG), where I served as a member of the board from 2018-2020. I am also a member of the Christian Medical & Dental Associations.

5. I received my medical degree from Washington University School of Medicine in 1992 and completed my residency in obstetrics and gynecology at the University of Texas Health Sciences Center at San Antonio in 1996.

6. My current practice involves delivering babies and performing surgeries in a hospital setting as an obstetric hospitalist. In my prior 25-year career in a large single-specialty OB/GYN practice, I also provided clinic-based obstetric and gynecologic care to women and girls.

2

App. 1334

7. I have provided written and oral expert testimony about chemical abortion to several state legislatures and to the United States Congress.

8. I have also published the peer-reviewed articles "Chemical Abortion: Risks Posed by Changes in Supervision" and "Medical Abortion: What Physicians Need to Know" in the Journal of American Physicians and Surgeons.

9. The articles I published reflect the research I have performed on the risks associated with unsupervised chemical abortion—a practice that is becoming more common.

10. A chemical abortion includes providing patients with a combination of two drugs. One drug—mifepristone—blocks hormonal support, killing the unborn child, while the other—misoprostol—induces uterine contractions to expel the unborn child and the pregnancy tissue.

11. The drugs mifepristone and misoprostol may cause serious complications for the women and girls who take them.

12. In my practice, I often treat patients who are admitted through the hospital's emergency department with complications from chemical abortions.

13. In my practice, I have cared for several dozen women in the emergency department who were totally unprepared for the pain and bleeding they experienced due to chemical abortion.

14. In my experience caring for women who have gone through chemical abortion, the doctors who prescribed or administered chemical abortion drugs

3

to these women often did not adequately prepare them for the drugs' effects, so these women could not have truly achieved informed consent.

15. At least a dozen patients have expressed significant emotional distress to me when they viewed the body of their unborn child in the toilet after the chemical abortion.

16. I have treated patients who have experienced trauma and emotional distress because of complications from chemical abortion. Those women were not anticipating that complications were possible and likely did not have sufficient informed consent to proceed with chemical abortion.

17. In my practice, I have cared for at least a dozen women who have required surgery to remove retained pregnancy tissue after a chemical abortion. Sometimes this includes the embryo or fetus, and sometimes it is placental tissue that has not been completely expelled.

18. I have cared for approximately five women who, after a chemical abortion, have required admission for a blood transfusion or intravenous antibiotics or both.

19. Complications from chemical abortion are not uncommon. In fact, chemical abortions involve more complications than surgical abortions.

20. The FDA's actions in 2016 and 2021 have increased the frequency of complications from chemical abortion.

21. Given my experience, I expect to see and treat more patients presenting with complications from chemical abortion.

4

App. 1336

22. For example, in one month while covering the emergency room, my group practice admitted three women to the hospital. Of the three women admitted in one month due to chemical abortion complications, one required admission to the intensive care unit for sepsis and intravenous antibiotics, one required a blood transfusion for hemorrhage, and one required surgical completion for the retained products of conception (*i.e.*, the doctors had to surgically finish the abortion with a suction aspiration procedure).

23. In my office, I treated one young woman who had been bleeding for six weeks after she took the chemical abortions drugs given to her by a doctor at a Planned Parenthood clinic. After two follow-ups at Planned Parenthood, during which she was given additional misoprostol but not offered surgical completion, she presented to me for help. I performed a sonogram, identified a significant amount of pregnancy tissue remaining in her uterus, and performed a suction aspiration procedure to resolve her complication.

24. I have also cared for minor women below the age of 18 who have obtained chemical abortion drugs. Although mifepristone has not been studied specifically in minor women, the FDA has negligently allowed their provision to this special age group, assuming their response will be the same as adult women.

25. The FDA's actions deregulating mifepristone and expanding access to unsupervised chemical abortion harm women and their doctors, including me. Concerns about "unsafe, back-alley abortions" were used to overturn all

5

state abortion restrictions in 1973 and they are being recycled today to allow the abortion industry to continue perpetuating dangerous abortion methods. Yet, a clear-eyed look at the FDA's actions allowing unsupervised "mail-order abortions" shows that they are now promoting illegal, unsafe "chemical coat hangers" to the women they falsely say they want to protect.

26. The FDA's actions harm women, including my patients, because without proper oversight, chemical abortions can become even more dangerous than when they are supervised.

27. The FDA's actions harm women, including my patients, because clinics and physicians prescribing or dispensing chemical abortion drugs, or websites that provide these drugs through mail order delivery without any physician involvement, often underprepare women for the severity and risks of chemical abortion, and they often provide insufficient or no follow-up care to those women. Many women are inadequately prepared for the effects of the drugs, the severity of the pain and bleeding they will experience, the human tissue they will expel, and some are unaware that they have complicating factors such as ectopic implantation, more advanced gestation than estimated, and Rh-negative blood type. These patients are being abandoned because in many cases there is no doctor-patient relationship, so they often present to overwhelmed emergency rooms in their distress, where they are usually cared for by physicians other than the abortion prescriber.

App. 1338

28. Unsupervised chemical abortion—authorized by the FDA—harms women because they may have underestimated the gestational age of their unborn child. Women who should not be a candidate for chemical abortion because they are past the FDA-approved cutoff of ten weeks gestation may consume chemical abortion drugs, which will increase their chances of complications due to the increased amount of tissue, leading to hemorrhage, infection and/or the need for surgeries or other emergency care.

29. For example, approximately 2% of pregnancies are ectopic pregnancies, implanted outside of the uterine cavity. Chemical abortion drugs will not effectually end an ectopic pregnancy because they exert their effects on the uterus, which leaves women at risk of severe harm from hemorrhage due to tubal rupture, in need of emergent surgery or potentially at risk of death. Failure to perform an ultrasound prior to prescribing abortion drugs will cause some women to remain undiagnosed and at high risk for these adverse outcomes.

30. The FDA's removal of the reporting requirement for adverse events of mifepristone harms women by creating an inaccurate safety profile, and it harms my practice because it makes it more difficult to practice evidence-based medicine. The incidence of abortion-related complications remains unknown if there is no accurate system for data collection.

31. The FDA's actions also harm women because the lack of oversight will likely exacerbate human trafficking, which happens frequently in San Antonio. In

7

App. 1339

my practice, part of my care of my patients is ensuring that they are making medical decisions free of coercion. Many trafficked women experience unintended pregnancies and alert doctors serve as an important resource to intervene on behalf of women. Removing the in-person medical interaction removes an opportunity to identify and rescue these women. It also leaves them at risk of being coerced into an abortion they may not desire.

32. Deregulated chemical abortion harms my practice because it increases the number of women who come to the emergency department with complications. When I must perform surgery to deal with complications from chemical abortions, this takes attention away from my other patients. As a hospitalist, I am often supervising multiple laboring patients on labor and delivery. When I am called to the operating room to address an emergency resulting from chemical abortion, this necessarily means I may not be immediately available if an emergency should occur with one of my laboring patients.

33. Unsupervised chemical abortion is heartbreaking to me because it causes women to suffer unnecessarily, and my patients deserve quality medical care.

34. The FDA's expansion of chemical abortion also harms my conscience rights because it could force me to have to surgically finish an incomplete elective chemical abortion. I object to abortion because it ends a human life. My moral and ethical obligation to my patients is to promote human life and health.

App. 1340

But the FDA's actions may force me to end the life of a human being in the womb for no medical reason.

Executed this November _11_, 2022.

By: _Ingrid Skop_

Ingrid Skop, MD

9