# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> *v.* <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, <br><br> and <br><br> Danco Laboratories, LLC; GenBioPro, Inc., <br><br> Intervenor-Defendants. | Case No. 2:22-cv-00223-Z |

## DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Federal Rule of Civil Procedure 6(b), the Federal Defendants and Intervenor-Defendants jointly request an extension of time to respond to the States of Florida and Texas' motion to intervene. Defendants' current response deadline is September 12, 2025. Defendants now respectfully request an extension of that deadline until October 14, 2025—30 days from the current deadline, adjusted for a Sunday and federal holiday at the end of the period. *See* Fed. R. Civ. P. 6(a)(1)(C). Neither Florida nor Texas nor the current Intervenor-Plaintiffs oppose the request. Accordingly, and as set forth herein, good cause exists for this extension.

1.  On January 18, 2025, Federal Defendants moved to dismiss the Amended Complaint filed by Intervenor-Plaintiffs (Missouri, Idaho, and Kansas). *See* ECF No. 218. On January 28, 2025, Intervenor-Defendant Danco Laboratories, LLC (Danco) likewise moved to dismiss the States' Amended Complaint. *See* ECF No. 221. Those motions are now fully briefed and remain pending.

1

2. On August 22, 2025, Florida and Texas moved to intervene. ECF No. 254. Attached to that motion is a proposed complaint spanning nearly 500 paragraphs and more than 113 pages, ECF No. 254-2, as well as a seven-volume, 1466-page appendix, ECF No. 254-3 – 254-9.

3. Under this Court's Local Rules, Defendants' response to that motion is currently due on September 12, 2025. *See* Local Civil Rule 53.1(c). An extension of that deadline until October 14, 2025, would give Defendants sufficient time to review the large volume of materials submitted by Florida and Texas.

4. As set forth in the accompanying Certificate of Conference, this motion is unopposed. Florida "does not oppose a 30-day extension for all Defendants to respond to the motion to intervene." Texas "is also unopposed." And the Intervenor-Plaintiffs "are unopposed."

5. For the reasons set forth above, Defendants respectfully request that their deadline to respond to the States of Florida and Texas' motion to intervene be extended until October 14, 2025.

| | |
|---|---|
| September 4, 2025 | Respectfully submitted, |
| */s/ Jessica L. Ellsworth*<br>Jessica L. Ellsworth*<br>Catherine E. Stetson*<br>Philip Katz*<br>Lynn W. Mehler*<br>Marlan Golden*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>202-637-5600<br>jessica.ellsworth@hoganlovells.com<br><br>*admitted pro hac vice<br><br>Ryan Brown<br>RYAN BROWN ATTORNEY AT LAW<br>Texas Bar No. 24073967<br>1222 S. Fillmore Street<br>Amarillo, TX 79101<br>806-372-5711 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br><br>SARMAD M. KHOJASTEH<br>Senior Counsel to the Assistant Attorney General<br>Civil Division<br><br>JAMES W. HARLOW<br>Acting Assistant Director<br><br>*/s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division |

| | |
|---|---|
| ryan@ryanbrownattorneyatlaw.com | U.S. Department of Justice |
| | P.O. Box 386 |
| Counsel for Danco Laboratories, LLC | Washington, DC 20044-0386 |
| | 202-305-2428 |
| | Noah.T.Katzen@usdoj.gov |
| | |
| | *Counsel for Federal Defendants* |

/s/ *Christopher M. Odell*
Christopher M. Odell
Texas Bar No. 24037205
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Suite 4000
Houston, TX 77002-2755
713-576-2400
christopher.odell@arnoldporter.com

Daphne O'Connor*
Robert J. Katerberg*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
202-942-5000
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

Skye L. Perryman*
Carrie Y. Flaxman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
202-448-9090
sperryman@democracyforward.org
cflaxman@democracyforward.org

*admitted pro hac vice

Counsel for GenBioPro, Inc.

**Certificate of Conference**

Pursuant to Local Civil Rule 7.1, undersigned counsel (Noah T. Katzen) conferred with counsel for the other parties regarding this motion on August 29, 2025, to September 2, 2025. Counsel for Intervenor-Plaintiffs (Louis J. Capozzi III) stated that "[t]he plaintiff States are unopposed." Counsel for Florida (Samuel F. Elliott) stated that Florida "does not oppose a 30-day extension for all Defendants to respond to the motion to intervene." Counsel for Texas (Amy S. Hilton) reported that "Texas is also unopposed."

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
202-305-2428
Noah.T.Katzen@usdoj.gov
