# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| State of Missouri, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>*v.*<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>    Defendants,<br><br>and<br><br>Danco Laboratories, LLC; GenBioPro, Inc.<br><br>    Intervenor-Defendants. | Case No. 2:22-cv-00223-Z |

**[Proposed] Order Granting Defendants' Unopposed Motion for Extension of Time to File Response**

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Response ("Motion") (ECF No. 261), filed on September 4, 2025. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that Federal Defendants' and Intervenor-Defendants' deadlines to file their responses to Florida and Texas' Motion to Intervene (ECF No. 254) are hereby **EXTENDED** until October 14, 2025.

SO ORDERED.


September ___, 2025                           _____
                                              MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE