IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br>　　Intervenor Plaintiffs. <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br>　　Defendants, <br><br> and <br><br> DANCO LABORATORIES, LLC; GENBIOPRO, INC., <br><br>　　Intervenor Defendants. | 2:22-CV-223-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Response ("Motion"), filed on September 4, 2025. ECF No. 261. The Court has "generously granted extensions to all parties" in this case. ECF No. 168. Having considered the Motion, the Court **GRANTS** the Motion. Federal Defendants' and Intervenor Defendants are **ORDERED** to file their response brief on or before October 14, 2025.

**SO ORDERED**.

September 11, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE