IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **State of Missouri,** *et al.*,<br><br>*Intervenor-Plaintiffs,* and<br><br>**State of Florida, State of Texas,**<br><br>*Proposed Intervenor-Plaintiffs,*<br><br>and<br><br>**Rosalie Markezich** and **State of Louisiana**, by and through its Attorney General, **Liz Murrill**,<br><br>*Proposed Intervenor-Plaintiffs*,<br><br>v.<br><br>**United States Food and Drug Administration,** *et al.*,<br><br>*Defendants,* and<br><br>**Danco Laboratories, LLC,**<br><br>*Intervenor-Defendant*, and<br><br>**GenBioPro, Inc.,**<br><br>*Intervenor-Defendant.* | **Civ. No. 2:22-cv-00223-Z** |

**ROSALIE MARKEZICH AND THE STATE OF LOUISIANA'S
MOTION FOR LEAVE TO INTERVENE**

1

Rosalie Markezich and the State of Louisiana move for leave to intervene as Plaintiffs in this case under Fed. R. Civ. P. 24(a) and (b). They seek to intervene so that they can assert the claims alleged in the proposed Complaint attached to this motion. The accompanying memorandum explains why the Court should grant the motion. Attached is the proposed complaint in intervention and an appendix of exhibits to Movants' proposed complaint in intervention. A proposed order granting this intervention motion is also attached and respectfully submitted for this Court's consideration.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, Counsel for Rosalie Markezich and the State of Louisiana (Erik C. Baptist) conferred by email with counsel for Plaintiff State of Missouri (Louis J. Capozzi), Plaintiff State of Kansas (Jay Rodriguez), Plaintiff State of Idaho (James Craig), the Federal Government Defendants (Noah T. Katzen), Defendant Danco Laboratories LLC (Jessica L. Ellsworth), and Defendant GenBioPro, Inc., (Robert J. Katerberg) between September 18-19, 2025. Plaintiffs do not oppose the motion. Defendants Danco Laboratories and GenBioPro oppose the motion without stating their reasons. At the time of filing, the Federal Government Defendants had not responded.

Dated: September 19, 2025

/s/ Erik C. Baptist
Erik C. Baptist
  VA Bar No. 99148
Erin M. Hawley*
  VA Bar No. 100848
Julie Marie Blake
  VA Bar No. 97891
Frank W. Basgall*
  Kansas Bar No. 25073
Gabriella M. McIntyre*
  DC Bar No. 1672424
Dalton A. Nichols*
  Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
P: (571) 707-4655
F: (571) 707-4790
ebaptist@adflegal.org
ehawley@adflegal.org
jblake@adflegal.org
fbasgall@adflegal.org
gmcintyre@adflegal.org
dnichols@adflegal.org

Charles Eric Vickers
  Texas Bar No. 24118577
VICKERS LAW FIRM
600 S Taylor St, Suite 2100
Amarillo, TX 79101
P: (806) 414-0966
eric@vickersfirm.com

*Counsel for Proposed Intervenor-Plaintiffs Rosalie Markezich and State of Louisiana*

*pro hac vice forthcoming

Respectfully submitted,

LIZ MURRILL
  Attorney General
J. Benjamin Aguiñaga*
  Solicitor General
Caitlin Huettemann*
  LA Bar No. 40402
  Assistant Solicitor General
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
P: (225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Proposed Intervenor-Plaintiff State of Louisiana*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2025, I electronically filed the foregoing document through this Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

                                          /s/ *Erik C. Baptist*
                                          Erik C. Baptist